1  TRACY L. WILKISON
   Acting United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   ANDREW BROWN (Cal. Bar No. 172009)
4  Assistant United States Attorney
   Major Frauds Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0102
7       Facsimile: (213) 894-6269
        E-mail:    andrew.brown@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

**FILED**
CLERK, U.S. DISTRICT COURT

March 9, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VM___ DEPUTY

10                    UNITED STATES DISTRICT COURT

11                FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,              | CR 2:21-cr-00106-MCS
13 |         Plaintiff,                     | GOVERNMENT'S *EX PARTE* APPLICATION
                                              FOR ORDER SEALING INDICTMENT AND
14 |         v.                             | RELATED DOCUMENTS; DECLARATION OF
                                              AUSA BROWN
15 | U.S. PRIVATE VAULTS, INC.,
      California Corporate                  | **(UNDER SEAL)**
16 |  Number C3405297,

17 |         Defendant.

18

19      The government hereby applies <u>ex parte</u> for an order that the

20 indictment and any related documents in the above-titled case be and

21 remain sealed until unsealed by court order.

22 //

23 //

24 //

25 //

26 //

27 //

28 //

This ex parte application is based on the attached declaration.

Dated: March 8, 2021        Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

*Andrew Brown*
_____
ANDREW BROWN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF AUSA ANDREW BROWN**

I, Andrew Brown, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of United States v. U.S. Private Vaults, Inc., an indictment which is being presented to a federal grand jury in the Central District of California on March 9, 2021.

2. I plan to seek search warrants targeting the owners and employees of defendant U.S. Private Vaults, Inc., within a month or so. If the owners and employees of U.S. Private Vaults learned it had been indicted, however, they might take steps to hide, destroy, or alter evidence, which could frustrate the government's attempts to gather evidence of others' involvement in the offenses.

3. Accordingly, the government requests that the indictment and documents in this case be and remain sealed until unsealed by court order.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on March 8, 2021.

*Andrew Brown*
AUSA ANDREW BROWN