```
                                          FILED
                                  CLERK, U.S. DISTRICT COURT

                                       4/2/2021

                                  CENTRAL DISTRICT OF CALIFORNIA
                                  BY: ____DD_____ DEPUTY
```

1  TRACY L. WILKISON
   Acting United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   ANDREW BROWN (Cal. Bar No. 172009)
4  Assistant United States Attorney
   Major Frauds Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0102
7       Facsimile: (213) 894-6269
        E-mail:    andrew.brown@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                      UNITED STATES DISTRICT COURT

11                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          No. 2:21-CR-106-MCS

13           Plaintiff,                GOVERNMENT'S *EX PARTE* APPLICATION
                                       FOR ORDER UNSEALING INDICTMENT AND
14           v.                        RELATED DOCUMENTS; DECLARATION OF
                                       AUSA BROWN
15  U.S. PRIVATE VAULTS, INC.,
      California Corporate
16    Number C3405297,

17           Defendant.

18

19       The government hereby applies ex parte for an order that the

20  indictment and related documents in the above-titled case be

21  unsealed.

22  //

23  //

24  //

25  //

26  //

27  //

28  //

This ex parte application is based on the attached declaration.

Dated: April 2, 2021						Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

/s/ Andrew Brown
_____
ANDREW BROWN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF AUSA ANDREW BROWN**

I, Andrew Brown, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of United States v. U.S. Private Vaults, Inc., an indictment which is currently under seal to prevent the subjects of the investigation and related warrants from learning of the extent of the government's investigation prematurely.

2. Beginning on March 22, 2021, the government began executing the related warrants, and interviewing persons connected to U.S. Private Vaults. Accordingly, there is no longer a strong reason to keep the indictment under seal, and the government requests that it and its related documents be unsealed.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on April 2, 2021.

/s/ *Andrew Brown*
AUSA ANDREW BROWN