```
TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0102
     Facsimile: (213) 894-6269
     E-mail:    andrew.brown@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>U.S. PRIVATE VAULTS, INC.,<br>　California Corporate<br>　Number C3405297,<br><br>　　　　Defendant. | No. 2:21-CR-106-MCS<br><br>[PROPOSED] ORDER UNSEALING INDICTMENT AND RELATED DOCUMENTS<br><br>**(UNDER SEAL)** |

　　　For good cause shown, IT IS HEREBY ORDERED THAT:

　　　The indictment and related documents in the above-titled case are hereby unsealed.

| | |
|---|---|
| April 2, 2021 | *Mark C. Scarsi* |
| DATE | UNITED STATES DISTRICT JUDGE |

1