Brian Silber, Esq.
silberlaw@gmail.com
Florida Bar #: 0640646
916 South Andrews Avenue
Fort Lauderdale, Florida, 33316
954-462-3636

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITES STATES OF AMERICA

Plaintiff(s)

v.

U.S. PRIVATE VAULTS, INC.

Defendant(s).

CASE NUMBER

21-CR-00106-MCS

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Silber, Brian Y.  of  Law Offices of Brian Silber, P.A.
*Applicant's Name (Last Name, First Name & Middle Initial)*   916 South Andrews Avenue
954-462-3636   Fort Lauderdale, Florida, 33316
*Telephone Number    Fax Number*
silberlaw@gmail.com
*E-Mail Address*   *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Tenant-1, Tenant-2, Tenant-3, Tenant-4

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:* Rule 41(g) movants.

**and designating as Local Counsel**

Lentz, Jacek W.   of   The Lentz Law Firm, P.C.
*Designee's Name (Last Name, First Name & Middle Initial)*   9171 Wilshire Blvd, Ste 500
213198   213-250-9200   888-571-5591   Beverly Hills, CA 90210-5536
*Designee's Cal. Bar No.   Telephone Number   Fax Number*
jwl@lentzlawfirm.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated _____         _____
                              **U.S. District Judge/U.S. Magistrate Judge**

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1

**PROOF OF SERVICE**

I, Malgorzata A. Graves, declare as follows:

I am over the age of eighteen years, and not a party to the within case; my business address is The Lentz Law Firm, P.C., 9171 Wilshire Blvd, Suite 500, Beverly Hills, California 90210. On April 28, 2021, I served the within:

**APPLICATION PRO HAC VICE BRIAN SILBER**

in the United States District Court, Central District of California, Court Case No. 21-CR-00106-MCS, by sending a true copy thereof, as indicated and addressed as follows:

Mr. Andrew Brown
Assistant US Attorney
Office of US Attorney
Major Frauds Section
312 North Spring Street
11th Floor
Los Angeles, CA 90012-4700
[Fax: ]

[X] **(BY MAIL)** By placing such document in an envelope, with postage thereon fully prepaid for First Class Mail, for collection and mailing at 79 Forest Lake Dr., Asheville, NC 28803. I am readily familiar with the process of collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] **(BY PERSONAL SERVICE)** By causing such document to be delivered by hand with instructions that it be personally served.

[ ] **(BY FACSIMILE)** By placing such document for collection and transmission at the office of The Lentz Law Firm, P.C., Los Angeles, California, to the facsimile numbers listed above. I am readily familiar with the practice of The Lentz Law Firm, P.C., for collection and processing of facsimiles, said practice being that in the ordinary course of business, facsimiles are transmitted immediately after being placed for processing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 28, 2021, at Asheville, North Carolina.

_Malgorzata A. Graves_
Malgorzata A. Graves

PROOF OF SERVICE