RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

APR 28 2021

CENTRAL DISTRICT OF CA

UNITED STATES DISTRICT COURT

THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-CR-00106-MCS |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| U.S. PRIVATE VAULTS INC., California Corporate Number C3405297, | |
| Defendant. | |

GOOD CAUSE BEING SHOWN, upon consideration of the Motion For Leave To Proceed Anonymously by Tenant-1 and Tenant-2, the Motion is hereby granted and movants are permitted to proceed in this case anonymously under pseudonyms Tenant-1 and Tenant-2.

DATED: _____

_____
Hon. Mark C. Scarsi
U.S. District Court Judge