RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

APR 2 8 2021

CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br><br>U.S. PRIVATE VAULTS INC.,<br>California Corporate Number C3405297,<br><br>　　　　　　　　Defendant. | Case No. 21-CR-00106-MCS<br><br>**[PROPOSED] ORDER** |

GOOD CAUSE BEING SHOWN, upon consideration of Motion For Return Property by Tenant-1 and Tenant-2, the Motion is hereby granted and contents of movants' safe deposit box are ordered to be returned.

DATED: _____          _____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Mark C. Scarsi
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge