# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge <mark>Scarsi</mark>

From: Johanie Banegas, Deputy Clerk    Date Received: 4/28/2021

Case No.: 21cr106MCS    Case Title: USA v. U.S. PRIVATE VAULTS, INC.,

Document Entitled: Motion by Tenant-3 For leave to proceed anonymously. ~~Motion by Tenant-1 and Tena~~ MOTION by T3 for return of property. Application to seal and proposed order

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1     Documents must be filed electronically
- ☐ Local Rule 6-1       Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1     No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1    Document not legible
- ☐ Local Rule 11-3.8    Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1    No copy provided for judge
- ☐ Local Rule 11-6      Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8      Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1      Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7      Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1      Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1      Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2      Statement of genuine disputes of material fact lacking
- ☐ Local Rule 83-2.5    No letters to the judge
- ☐ Fed. R. Civ. P. 5    No proof of service attached to document(s)
- ☑ Other:    Flier not a party to the case. Attorney represents Movants.

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

May 3, 2021                                  Mark C. Scari    /s/ Mark C. Scarsi
Date                                         U.S. District Judge / ~~U.S. Magistrate Judge~~

☐ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_____                              _____
Date                                         U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (06/13)                NOTICE OF DOCUMENT DISCREPANCIES