LAW OFFICES OF BRIAN SILBER, P.A.
Brian Silber (Pro Hac Vice Application Pending)
916 South Andrews Avenue
Fort Lauderdale, FL 33316
Telephone: (954) 462-3636
Email: silberlaw@gmail.com

THE LENTZ LAW FIRM, P.C.
Jacek W. Lentz (Cal. State Bar No. 213198)
9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210
Telephone: (213) 250 - 9200
Facsimile: (888) 571 – 5591
Email: jwl@lentzlawfirm.com

Attorneys for Movant
Tenant-3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br><br>U.S. PRIVATE VAULTS INC.,<br>California Corporate Number C3405297,<br><br>　　　　　　　　Defendant. | Case No. 21-CR-00106-MCS<br><br>**APPLICATION BY TENANT-3 TO FILE UNDER SEAL**<br><br>Date: ~~TBD~~ *June 7, 2021*<br>Time: ~~TBD~~ *3:00 p.m*<br>Department:<br><br>**Hon. Mark C. Scarsi** |

## **APPLICATION FOR LEAVE TO FILE UNDER SEAL**

TO THE HONORABLE COURT AND THE OFFICE OF THE UNITED STATES

ATTORNEY FOR THE CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that on the date and time indicated above, or as soon thereafter as the matter may be heard by this Court, TENANT-3, a person ("Tenant-1") will, and hereby does, move this Court for leave to seal Tenant-3's Declaration (the "Declaration"), a document attached as Exhibit A to Tenant-3's Motion for Return of Property (the "Motion"), pursuant to *L.R. 79-5.2.2* and *L.R. 79-7*. In support the application, Tenant-3 states as follows:

1. Concurrently with this application, Tenant-3 filed the Motion in the instant case pursuant to *Rule 41(g), FRCrP.* The instant application seeks leave to file the Declaration under seal. A redacted version of the Declaration was filed as an attachment to the Motion. The instant application seeks leave to file the Declaration under seal. A redacted version of the Declaration was filed as Exhibit "A" to the Motion.

2. Even though the instant case is a criminal proceeding, Tenant-3's *Rule 41(g)* motion is governed by the *Federal Rules of Civil Procedure. U.S. v. Kama*, 394 F.3d 1236, 1237-1238 (9th Cir. 2005), quoting *Ramsden v. United States*, 2 F.3d 322, 324 (9th Cir. 1993).

3. Since the instant case is not under seal and since the Declaration is attached to a motion that is governed by the civil rules, the instant application is filed pursuant to *L.R. 79-5.2.2 (Under-Seal Documents in Non-Sealed Civil Cases).*

4. The instant motion is also being filed contemporaneously with Tenant-3's Motion for Leave to Proceed Anonymously. Both the *Rule 41(g)* motion and the motion for leave to proceed anonymously are incorporated herein by reference.

5. Tenant-3 is not party to the instant action and merely appear for the brief and narrow purpose of seeking *Rule 41(g)* relief.

6. The Court is asked to seal the Declaration because it contains Tenant-3's confidential description of the box number(s), box location(s), box size(s), and box contents for her/his safe deposit box(es) at USPV.

7.     This information must be sealed to avoid three kinds of irreparable harm. First, if this information was exposed, Tenant-3 would lose her/his ability to authenticate her/his claim and recover the Subject Property. Second, it would breach Tenant-3's privacy and expose her/him to injury, harassment, and embarrassment. Third, fraudulent claimants could misuse the descriptions to make false claims for Tenant-3's property.

8.     The redacted version of the Declaration is attached herein as Exhibit "A." The unredacted version is filed with the Court in an envelope, as provided by the local rules.

WHEREFORE, Tenant-3 respectfully motions this Court to permit the undersigned attorneys to present the Declaration under seal to this Court using the procedures set forth in this Court's local rules.


DATED:     April 27, 2021              Respectfully submitted,

                                       LAW OFFICES OF BRIAN SILBER


                                       By: _____
                                           Brian Silber
                                           Attorneys for Claimant
                                           Tenant-3


DATED:     April 27, 2021              Respectfully submitted,

                                       THE LENTZ LAW FIRM, P.C.


                                       By: _____
                                           Jacek W. Lentz
                                           Attorneys for Claimant
                                           Tenant-3

**PROOF OF SERVICE**

I, Malgorzata A. Graves, declare as follows:

I am over the age of eighteen years, and not a party to the within case; my business address is The Lentz Law Firm, P.C., 9171 Wilshire Blvd, Suite 500, Beverly Hills, California 90210. On April 28, 2021, I served the within:

**APPLICATION FOR LEAVE TO FILE UNDER SEAL by TENANT-3**

in the United States District Court, Central District of California, Court Case No. 21-CR-00106-MCS, by sending a true copy thereof, as indicated and addressed as follows:

Mr. Andrew Brown
Assistant US Attorney
Office of US Attorney
Major Frauds Section
312 North Spring Street
11th Floor
Los Angeles, CA 90012-4700
**[Fax: ]**

☒ **(BY MAIL)** By placing such document in an envelope, with postage thereon fully prepaid for First Class Mail, for collection and mailing at 79 Forest Lake Dr., Asheville, NC 28803. I am readily familiar with the process of collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

☐ **(BY PERSONAL SERVICE)** By causing such document to be delivered by hand with instructions that it be personally served.

☐ **(BY FACSIMILE)** By placing such document for collection and transmission at the office of The Lentz Law Firm, P.C., Los Angeles, California, to the facsimile numbers listed above. I am readily familiar with the practice of The Lentz Law Firm, P.C., for collection and processing of facsimiles, said practice being that in the ordinary course of business, facsimiles are transmitted immediately after being placed for processing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 28, 2021, at Asheville, North Carolina.

_Malgorzata A Graves_

_____
Malgorzata A. Graves

PROOF OF SERVICE

*THE LENTZ LAW FIRM, P.C.*
*9171 WILSHIRE BLVD, SUITE 500, BEVERLY HILLS, CA 90210*
*Telephone: 213/250-9200 Facsimile: 888/571-5591*

# EXHIBIT

# "A"

LAW OFFICES OF BRIAN SILBER, P.A.
Brian Silber (Pro Hac Vice Application Pending)
916 South Andrews Avenue
Fort Lauderdale, FL 33316
Telephone: (954) 462-3636
Email: silberlaw@gmail.com

THE LENTZ LAW FIRM, P.C.
Jacek W. Lentz (State Bar No. 213198)
9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210
Telephone: (213) 250 - 9200
Facsimile: (888) 571 – 5591
Email: jwl@lentzlawfirm.com

Attorneys for Movant
Tenant-3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br><br>U.S. PRIVATE VAULTS INC.,<br>California Corporate Number C3405297,<br><br>                  Defendant. | Case No. 21-CR-00106-MCS<br><br>**NOTICE OF MOTION AND MOTION BY TENANT-3 FOR RETURN OF PROPERTY**<br><br>**[Rule 41(g) Fed. Rules Crim. Proc.]**<br><br>**Date: TBD**<br>**Time:  TBD**<br>**Department:**<br><br>**Hon. Mark C. Scarsi** |

TO THE HONORABLE COURT AND THE OFFICE OF THE UNITED STATES

ATTORNEY FOR THE CENTRAL DISTRICT OF CALIFORNIA:

      PLEASE TAKE NOTICE that on the date and time indicated above, or as soon

as the matter may be heard, Movant TENANT-3 ("Tenant-3") will, and hereby does,

respectfully move this Court through the undersigned counsel for an order for return of

her/his property, to wit, contents of safe deposit box No. 7604 (the "Subject Property") seized on or about March 22, 2021, from a facility known as U.S. PRIVATE VAULTS, INC. ("USPV") in Beverly Hills, California, on or about March 22, 2021 to March 26, 2021.

This motion will be made pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure and the 4TH, 5TH, and 14TH Amendments to the United States Constitution, other authority named below, and the equitable jurisdiction of the Court.

This motion will be based on this notice, the memorandum of points and authorities that will be submitted prior to the hearing, the complete files and records of this action, and the argument of counsel and evidence presented at the time of the hearing of this motion.

**Please note that the instant motion is nearly identical to the Motions For Return of Property filed on behalf of movants Tenant-1, Tenant-2 and Tenant-4 filed contemporaneously herewith.  The only difference is in the name of the movant and the contents of the declarations and the exhibits thereto.**

DATED: April 27, 2021                          Respectfully submitted,

LAW OFFICES OF BRIAN SILBER

By: _____
Brian Silber
Attorneys for Movant
Tenant-3
(Pro Hac Vice Application Pending)

**REDACTED VERSION OF DOCUMENT**
**PROPOSED TO BE FILED UNDER SEAL**

**DECLARATION UNDER PENALTY OF PERJURY**
**TENANT-3**

1.      I am the person identified as TENANT-3 in *Tenant-3's Motion for Return of Property* filed in case number 21-CR-00106-MCS, in the U.S. District Court for the Central District of California, by my attorneys Brian Silber and Jacek W. Lentz.  I submit this declaration in support of that motion. The property referred to as the "Subject Property" in that motion is the same property that I claim and describe in this declaration.

2.      ███████████████████████████████████ box number 7604 ("Box 7604") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212. ████████████

3.      ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

4.      ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████



5. ████████████████████████████████
████████████████████

6. ████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████████

    7.    I authorize law enforcement, including the FBI, to release the Subject Property, as described herein, to my attorneys Brian Silber and/or Jacek W. Lentz.

8. ████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████

9. ████████████████████████████
████████████

10. ██████████████████████████████
████████████████

11. ████████████████████████████████
██████████████

12. ████████████████████████████████
████████████████

13. ████████████████████████████████
████████████████████████████████████
████

1

2 ## <u>OATH PURSUANT TO 28 U.S.C. §1746</u>

3

4    I declare under penalty of perjury under the laws of the United States that the

5 foregoing is true and correct. Executed this 25TH day of April, 2021, at Beverly Hills,

6 California.

7

8 _____

9    **Tenant-3**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

# DECLARATION TENANT-3



# EXHIBIT 2

# DECLARATION TENANT-3



# EXHIBIT 3

# DECLARATION TENANT-3



# EXHIBIT 4

# DECLARATION TENANT-3



# EXHIBIT 5

# DECLARATION
# TENANT-3