APR 2 8 2021

# UNITED STATES DISTRICT COURT

# THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-CR-00106-MCS |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| U.S. PRIVATE VAULTS INC., California Corporate Number C3405297, | |
| Defendant. | |

GOOD CAUSE BEING SHOWN, upon consideration of the Application To File Under Seal by Tenant-3, the Application is hereby granted and Tenant-3's Declaration plus exhibits submitted under Exhibit A to Motion For Return of Property are ordered sealed.

DATED: _____

                                              Hon. Mark C. Scarsi
                                              U.S. District Court Judge