1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

THE CENTRAL DISTRICT OF CALIFORNIA

APR 2 8 2021

| UNITED STATES OF AMERICA, | Case No. 21-CR-00106-MCS |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| U.S. PRIVATE VAULTS INC., California Corporate Number C3405297, | |
| Defendant. | |

GOOD CAUSE BEING SHOWN, upon consideration of the Motion For Leave To Proceed Anonymously by Tenant-3, the Motion is hereby granted and movant is permitted to proceed in this case anonymously under pseudonyms Tenant-3.

DATED: _____        _____

Hon. Mark C. Scarsi
U.S. District Court Judge