1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-CR-00106-MCS |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| U.S. PRIVATE VAULTS INC., California Corporate Number C3405297, | |
| Defendant. | |

GOOD CAUSE BEING SHOWN, upon consideration of Motion For Return Property by Tenant-3, the Motion is hereby granted and contents of movant's safe deposit box are ordered to be returned.

DATED: _____          _____

Hon. Mark C. Scarsi
U.S. District Court Judge

[PROPOSED] ORDER                                        -1-