RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

APR 28 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___

UNITED STATES DISTRICT COURT

THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>U.S. PRIVATE VAULTS INC.,<br>California Corporate Number C3405297,<br><br>　　　　　　Defendant. | Case No. 21-CR-00106-MCS<br><br>**[PROPOSED] ORDER** |

GOOD CAUSE BEING SHOWN, upon consideration of the Application To File Under Seal by Tenant-4, the Application is hereby granted and Tenant-4's Declaration plus exhibits submitted under Exhibit A to Motion For Return of Property are ordered sealed.

DATED: _____　　　　　　_____

　　　　　　　　　　　　　　　　　　Hon. Mark C. Scarsi
　　　　　　　　　　　　　　　　　　U.S. District Court Judge