UNITED STATES DISTRICT COURT

THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br><br>U.S. PRIVATE VAULTS INC.,<br>California Corporate Number C3405297,<br><br>　　　　　Defendant. | Case No. 21-CR-00106-MCS<br><br>**[PROPOSED] ORDER** |

GOOD CAUSE BEING SHOWN, upon consideration of the Motion For Leave To Proceed Anonymously by Tenant-4, the Motion is hereby granted and movant is permitted to proceed in this case anonymously under pseudonyms Tenant-4.

DATED: _____

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Mark C. Scarsi
　　　　　　　　　　　　　　　　　　U.S. District Court Judge