# UNITED STATES DISTRICT COURT
# THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br><br> U.S. PRIVATE VAULTS INC., <br> California Corporate Number C3405297, <br> Defendant. | Case No. 21-CR-00106-MCS <br><br> **[PROPOSED] ORDER** <br><br> RECEIVED BUT NOT FILED <br> CLERK, U.S. DISTRICT COURT <br> APR 2 8 2021 <br> CENTRAL DISTRICT OF CALIFORNIA <br> BY　　　　　　　　DEPUTY |

GOOD CAUSE BEING SHOWN, upon consideration of Motion For Return Property by Tenant-4 is hereby granted and the contents of movant's safe deposit box are ordered returned.

DATED: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Mark C. Scarsi
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

[PROPOSED] ORDER　　　　　　　　　　-1-