UNITED STATES DISTRICT COURT

THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-CR-00106-MCS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER on Ex Parte Application to File Under Seal (ECF No. 10) |
| v. | |
| U.S. PRIVATE VAULTS INC., California Corporate Number C3405297, | |
| Defendant. | |

GOOD CAUSE BEING SHOWN, upon consideration of the Application To File Under Seal by Tenant-1 and Tenant-2, the Application is hereby granted and Tenant-1's and Tenant-2's Declaration plus exhibits submitted under Exhibit A to Motion For Return of Property may be filed under seal.

DATED: May 3, 2021

Hon. Mark C. Scarsi
U.S. District Court Judge