APR 2 8 2021

# UNITED STATES DISTRICT COURT

# THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. PRIVATE VAULTS INC.,<br>California Corporate Number C3405297,<br><br>Defendant. | Case No. 21-CR-00106-MCS<br><br>[PROPOSED] ORDER on Ex Parte Application to File Under Seal<br><br>(ECF No. 14) |

GOOD CAUSE BEING SHOWN, upon consideration of the Application To File Under Seal by Tenant-3, the Application is hereby granted and Tenant-3's Declaration plus exhibits submitted under Exhibit A to Motion For Return of Property may be filed under seal.

DATED: May 3, 2021

*Mark C. Scarsi*
Hon. Mark C. Scarsi
U.S. District Court Judge

[PROPOSED] ORDER -1-