UNITED STATES DISTRICT COURT

THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>U.S. PRIVATE VAULTS INC.,<br>California Corporate Number C3405297,<br><br>    Defendant. | Case No. 21-CR-00106-MCS<br><br>[PROPOSED] ORDER on Ex Parte Application to File Under Seal (ECF No. 18) |

GOOD CAUSE BEING SHOWN, upon consideration of the Application To File Under Seal by Tenant-4, the Application is hereby granted and Tenant-4's Declaration plus exhibits submitted under Exhibit A to Motion For Return of Property may be filed under seal.

DATED: May 3, 2021

*/s/ Mark C. Scarsi*
Hon. Mark C. Scarsi
U.S. District Court Judge