TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/General Crimes Section
     1100/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0102/1785
     Facsimile: (213) 894-6269/0141
     E-mail: Andrew.Brown@usdoj.gov
             Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>U.S. PRIVATE VAULTS, INC.,<br>  California Corporate<br>  Number C3405297,<br><br>          Defendant. | Case No. 2:21-cr-00106-MCS<br><br>PLAINTIFF UNITED STATES OF AMERICA'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO THE MOTIONS FOR LEAVE TO PROCEED ANONYMOUSLY BY MOVANTS TENANT-1 AND TENANT-2 [DOCKET NO. 11], TENANT-3 [DOCKET NO. 15] AND TENANT-4 [DOCKET NO. 19]<br><br>Date:      June 7, 2021<br>Time:      3:00 p.m.<br>Courtroom: 7C, the Honorable<br>           Mark C. Scarsi |

MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff United States of America ("the government") respectfully submits this memorandum of points of authorities in opposition to the motions for leave to proceed anonymously filed by movants Tenant-1 and Tenant-2 (docket no. 11), Tenant-3 (docket no. 15) and Tenant-4 (docket no. 19). Contemporaneously herewith, the government has filed its opposition to the motions for return of property pursuant to Fed. R. Crim. P. 41(g) filed by movants Tenant-1 and Tenant-2 (docket no. 12), Tenant-3 (docket no. 16) and Tenant-4 (docket no. 20). For the reasons set forth in the government's opposition, the movant Tenants motions should be denied. Accordingly, the government respectfully submits that the movants' motion to proceed anonymously should be denied or deemed moot.

Dated: May 12, 2021            Respectfully submitted,

                                TRACY L. WILKISON
                                Acting United States Attorney

                                BRANDON D. FOX
                                Assistant United States Attorney
                                Chief, Criminal Division

                                 /s/
                                ANDREW BROWN
                                MAXWELL COLL
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA