LAW OFFICES OF BRIAN SILBER, P.A.
Brian Silber (Pro Hac Vice)
916 South Andrews Avenue
Fort Lauderdale, FL 33316
Telephone: (954) 462-3636
Email: silberlaw@gmail.com

THE LENTZ LAW FIRM, P.C.
Jacek W. Lentz (State Bar No. 213198)
9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210
Telephone: (213) 250 - 9200
Facsimile: (888) 571 – 5591
Email: jwl@lentzlawfirm.com

Attorneys for Movants
Tenants 1 - 4

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br><br>U.S. PRIVATE VAULTS INC.,<br>California Corporate Number C3405297,<br><br>                Defendant. | Case No. 21-CR-00106-MCS<br><br>**REPLY IN SUPPORT OF MOTION FOR LEAVE TO PROCEED ANONYMOUSLY BY TENANTS 1 – 4**<br><br>**Date: June 7, 2021**<br>**Time:  3:00 p.m.**<br><br>**Hon. Mark C. Scarsi** |

TENANTS 1 – 4 ("movants" or "tenants") hereby reply to the Plaintiff's United States of America (the "government") Opposition to Motion For Leave To Proceed Anonymously, as follows:

# I.
## **MEMORANDUM OF POINTS AND AUTHORITIES**

Tenants' 1-4's Motions For Return of Property (the "Motion") [Dkt Doc. Nos: 12, 16, 20] and their Reply In Support of the Motion (the "Reply") [Dkt Doc. No. 29] are incorporated herein by reference.

Based on the arguments made in the Motion, the Reply and the complete files and records of this action, the Court is asked to grant tenants' Motion For Leave to Proceed Anonymously.

DATED: May 19, 2021                                   Respectfully submitted,

                                                                         LAW OFFICES OF BRIAN SILBER

                                                                         /s/  Brian Silber
                                                                    By: _____
                                                                         Brian Silber
                                                                         Attorneys for Movants
                                                                         Tenants 1 - 4

DATED: May 19, 2021

Respectfully submitted,

THE LENTZ LAW FIRM, P.C

/s/ Jacek W. Lentz

By: _____
Jacek W. Lentz
Attorneys for Movants
Tenants 1 - 4