UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.  2:21-cr-00106-MCS-1                                      Date: June 7, 2021

Present: The Honorable: Mark C. Scarsi, U.S. District Judge

Interpreter   N/A

| Stephen Montes Kerr | Gaye Limon | Victor A. Rodgers, Jr. |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Movant Tenants 1-4 | | | | Brian Silber and Jacek W. Lentz | X | | X |

**Proceedings:    Motions for Order for Leave to Proceed Anonymously (ECF Nos. 11, 15, and 19); Motions for Return of Property (ECF Nos. 12, 16, and 20)**

The motion hearing is held. Counsel address the Court. The Court orders the movants to file supplemental briefs by June 14, 2021 for reasons stated on the record. The Government's reply thereto is due on June 21, 2021. Both briefs are not to exceed 10 pages. Movants are urged to provide authority whereby a court granted a motion filed by an anonymous non-party under Fed. R. Crim. P. 41(g). The government is urged to provide *applicable* authority supporting its position that Fed. R. Crim. P. 41(g) is an inappropriate means for movants to seek return of the subject property. The Court continues this matter to June 28, 2021, at 3:00 p.m.

IT IS SO ORDERED.

cc

                                                                                       : 46
                                                   **Initials of Deputy Clerk**   SMO