TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Section
      1100/1400/1200 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-0102/2569/1785
      Facsimile: (213) 894-6269/0142/0141
      E-mail: Andrew.Brown@usdoj.gov
              Victor.Rodgers@usdoj.gov
              Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) Case No. 2:21-CR-00106-MCS |
|---|---|
| Plaintiff, | ) **STIPULATION AND REQUEST TO CONTINUE** |
| | ) **HEARING DATE AND BRIEFING SCHEDULE** |
| v. | ) **ON MOVANT TENANTS' MOTIONS FOR** |
| | ) **RETURN OF PROPERTY AND MOTIONS FOR** |
| U.S. PRIVATE VAULTS, INC., | ) **LEAVE TO PROCEED ANONYMOUSLY;** |
| California Corporate | ) **[PROPOSED] ORDER THEREON LODGED** |
| Number C3405297, | ) **UNDER SEPARATE COVER** |
| | ) |
| Defendant. | ) |

     Plaintiff United States of America and movants Tenants 1,
2, 3 and 4 hereby respectfully stipulate and request, in order
to allow them to continue their discussions to resolve or at
least narrow the issues in dispute in this matter, that the
Court continue the deadlines set forth in the Court's June 7,
2021 minute order (docket no. 32) concerning the motions for

1  return of property pursuant to Fed. R. Crim. P. 41(g) filed by

2  movants Tenant-1 and Tenant-2 (docket no. 12), Tenant-3 (docket

3  no. 16) and Tenant-4 (docket no. 20) and the motions for leave

4  to proceed anonymously filed by movants Tenant-1 and Tenant-2

5  (docket no. 11), Tenant-3 (docket no. 15) and Tenant-4 (docket

6  no. 19).  Counsel respectfully requests that movants' time to

7  file their supplemental brief be continued from June 14, 2021 to

8  June 21, 2021; the government's time to file its reply thereto

9  be continued from June 21, 2021 to June 28, 2021; and the

10 further hearing on this matter be continued from June 28, 2021

11 at 3:00 p.m. to July 12, 2021 at 3:00 p.m.

12                          Respectfully submitted,

13 Dated: June 10, 2021     TRACY L. WILKISON
                            Acting United States Attorney
14                          SCOTT M. GARRINGER
                            Assistant United States Attorney
15                          Chief, Criminal Division

16

17                          ANDREW BROWN
                            VICTOR A. RODGERS
18                          MAXWELL COLL
                            Assistant United States Attorneys
19
                            Attorneys for Plaintiff
20                          UNITED STATES OF AMERICA

21
22 Dated: June 10, 2021     LAW OFFICES OF BRIAN SILBER
                            THE LENTZ LAW FIRM, P.C.
23

24                          BRIAN SILBER/JACEK W. LENTZ

25                          Attorneys for Movants
26                          TENANT-1, TENANT-2, TENANT-3 and
                            TENANT-4

27                                              6-10-21

28                                         e mail
                                           authorization

                                2