UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00106-MCS |
| Plaintiff, | **[PROPOSED] ORDER CONTINUING HEARING DATE AND BRIEFING SCHEDULE ON MOVANT TENANTS' MOTIONS FOR RETURN OF PROPERTY AND MOTIONS FOR LEAVE TO PROCEED ANONYMOUSLY** |
| v. | |
| U.S. PRIVATE VAULTS, INC., California Corporate Number C3405297,, | |
| Defendant. | |

Pursuant to the stipulation of plaintiff United States of America and movant Tenants 1, 2, 3 and 4 (collectively, the "movants"), and good cause appearing therefor, IT IS HEREBY ORDERED that that the deadlines set forth in the Court's June 7 2021 minute order (docket no. 32) concerning the motions for return of property pursuant to Fed. R. Crim. P. 41(g) filed by movants Tenant-1 and Tenant-2 (docket no. 12), Tenant-3 (docket no. 16) and Tenant-4 (docket no. 20) and the motions for leave to proceed anonymously filed by movants Tenant-1 and Tenant-2 (docket no. 11), Tenant-3 (docket no. 15) and Tenant-4 (docket

no. 19) are hereby continued as follows:  movants' time to file their supplemental brief is continued from June 14, 2021 to June 21, 2021; the government's time to file its reply thereto is continued from June 21, 2021 to June 28, 2021; and the further hearing on this matter is continued from June 28, 2021 at 3:00 p.m. to July 12, 2021 at 3:00 p.m.

Dated: _____  _____
                                    THE HONORABLE MARK C. SCARSI
                                    UNITED STATES DISTRICT JUDGE

Presented By:

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


       /s/
_____
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA