1 | TRACY L. WILKISON
Acting United States Attorney
2 | SCOTT M. GARRINGER
Assistant United States Attorney
3 | Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
4 | VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
5 | Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
6 | General Crimes Sections
        1100/1400/1200 United States Courthouse
7 |     312 North Spring Street
        Los Angeles, California 90012
8 |     Telephone: (213) 894-0102/2569/1785
        Facsimile: (213) 894-6269/0142/0141
9 |     E-mail: Andrew.Brown@usdoj.gov
                Victor.Rodgers@usdoj.gov
10 |            Maxwell.Coll@usdoj.gov

11 | Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) Case No. 2:21-CR-00106-MCS |
| | ) |
| Plaintiff, | ) **STIPULATION AND REQUEST TO CONTINUE** |
| | ) **HEARING DATE AND BRIEFING SCHEDULE** |
| v. | ) **ON MOVANT TENANTS' MOTIONS FOR** |
| | ) **RETURN OF PROPERTY AND MOTIONS FOR** |
| U.S. PRIVATE VAULTS, INC., | ) **LEAVE TO PROCEED ANONYMOUSLY;** |
| California Corporate | ) **[PROPOSED] ORDER THEREON LODGED** |
| Number C3405297, | ) **UNDER SEPARATE COVER** |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff United States of America and movants Tenants 1, 2, 3 and 4 hereby respectfully stipulate and request, in order to allow them to continue in their discussions to resolve or at least narrow the issues in dispute in this matter, that the Court continue for another two weeks the deadlines set forth in the Court's June 11, 2021 order (docket no. 34) which was

entered based on the parties stipulation therefor filed June 10, 2021 (docket no. 33) and continued the deadlines contained in the Court's June 7, 2021 minute order (docket no. 32) concerning the motions for return of property pursuant to Fed. R. Crim. P. 41(g) filed by movants Tenant-1 and Tenant-2 (docket no. 12), Tenant-3 (docket no. 16) and Tenant-4 (docket no. 20) and the motions for leave to proceed anonymously filed by movants Tenant-1 and Tenant-2 (docket no. 11), Tenant-3 (docket no. 15) and Tenant-4 (docket no. 19).  Counsel respectfully requests that movants' time to file their supplemental brief be continued from June 21, 2021 to July 5, 2021; the government's time to file its reply thereto be continued from June 28, 2021 to July

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  12, 2021; and the further hearing on this matter be continued

2  from July 12, 2021 at 3:00 p.m. to July 26, 2021 at 3:00 p.m.

3                                  Respectfully submitted,

4  Dated: June 18, 2021         TRACY L. WILKISON
                                Acting United States Attorney

5                                SCOTT M. GARRINGER
                                Assistant United States Attorney

6                                Chief, Criminal Division

7

8                                    /s/
                                ANDREW BROWN

9                                VICTOR A. RODGERS
                                MAXWELL COLL

10                               Assistant United States Attorneys

11                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA

12

13  Dated: June 18, 2021         LAW OFFICES OF BRIAN SILBER
                                THE LENTZ LAW FIRM, P.C.

14

15                                 /s/
                                BRIAN SILBER/JACEK W. LENTZ

16                              Attorneys for Movants
                              TENANT-1, TENANT-2, TENANT-3 and

17                              TENANT-4