1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00106-MCS |
| Plaintiff, | **[PROPOSED] ORDER CONTINUING HEARING DATE AND BRIEFING SCHEDULE ON MOVANT TENANTS' MOTIONS FOR RETURN OF PROPERTY AND MOTIONS FOR LEAVE TO PROCEED ANONYMOUSLY** |
| v. | |
| U.S. PRIVATE VAULTS, INC., California Corporate Number C3405297,, | |
| Defendant. | |

   Pursuant to the stipulation of plaintiff United States of America and movant Tenants 1, 2, 3 and 4 (collectively, the "movants"), and good cause appearing therefor, IT IS HEREBY ORDERED that that the deadlines set forth in the Court's June 11, 2021 order (docket no. 34) concerning the motions for return of property pursuant to Fed. R. Crim. P. 41(g) filed by movants Tenant-1 and Tenant-2 (docket no. 12), Tenant-3 (docket no. 16) and Tenant-4 (docket no. 20) and the motions for leave to proceed anonymously filed by movants Tenant-1 and Tenant-2 (docket no. 11), Tenant-3 (docket no. 15) and Tenant-4 (docket

no. 19) are hereby continued as follows:  movants' time to file their supplemental brief is continued from June 28, 2021 to July 5, 2021; the government's time to file its reply thereto is continued from June 28, 2021 to July 12, 2021; and the further hearing on this matter is continued from July 12, 2021 at 3:00 p.m. to July 26, 2021 at 3:00 p.m.

Dated: _____   _____
                                     THE HONORABLE MARK C. SCARSI
                                     UNITED STATES DISTRICT JUDGE

Presented By:

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


        /s/
_____
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA