# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

### HONORABLE MARK C. SCARSI, U.S. DISTRICT JUDGE

USA,                                          )  NO. LA CR21-00106 MCS
                                              )
                        PLAINTIFF,            )
                                              )
            VS.                               )
                                              )
U.S. PRIVATE VAULTS, INC.,                    )
CALIFORNIA CORPORATE NUMBER C3405297,)
                                              )
                        DEFENDANT.            )
_____)


**REPORTER'S TRANSCRIPT OF PROCEEDINGS**
**MOTIONS FOR ORDER FOR LEAVE TO PROCEED ANONYMOUSLY**
**MONDAY, JUNE 7, 2021**
**2:13 P.M.**
**LOS ANGELES, CALIFORNIA**

_____

**GAYE L. LIMON, CSR NO. 7416**
FEDERAL OFFICIAL PRO TEMPORE COURT REPORTER
LIMONCSR@GMAIL.COM

```
 1

 2      APPEARANCES:

 3      FOR THE PLAINTIFF:      UNITED STATES ATTORNEY
                                BY:  VICTOR A. RODGERS, AUSA
 4                              VICTOR.RODGERS@USDOJ.GOV
                                312 NORTH SPRING STREET
 5                              SUITE 14TH FLOOR
                                LOS ANGELES, CALIFORNIA 90012
 6

 7      FOR THE TENANTS         THE LENTZ LAW FIRM
        1, 2, 3, AND 4:         BY:  JACEK W. LENTZ, ESQ.
 8                              INFO@LENTZLAWFIRM.COM
                                9171 WILSHIRE BOULEVARD
 9                              SUITE 500
                                BEVERLY HILLS, CALIFORNIA 90210
10                                    -AND-
                                LAW OFFICES OF BRIAN SILBER
11                              BY:  BRIAN SILBER, ESQ.
                                SILBERLAW@GMAIL.COM
12                              916 SOUTH ANDREWS AVENUE
                                FT. LAUDERDALE, FLORIDA 33316
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          M A S T E R   I N D E X

2

3          JUNE 7, 2021; VOLUME 1

4

5   CHRONOLOGICAL AND ALPHABETICAL INDEX OF WITNESSES

6

7                  NONE

8

9

10                EXHIBITS

11

12             NONE OFFERED

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT

1           MONDAY, JUNE 7, 2021; 2:13 P.M.

2               LOS ANGELES, CALIFORNIA

3                       -OOO-

4           THE CLERK:  CALLING ITEM NO. 6, LA CR21-106 U.S.A.

5    VERSUS U.S. PRIVATE VAULTS, INC.

6           COUNSEL, YOUR APPEARANCES, PLEASE.

7           MR. RODGERS:  GOOD AFTERNOON, YOUR HONOR.  VICTOR

8    RODGERS APPEARING ON BEHALF OF THE GOVERNMENT.

9           THE COURT:  GOOD AFTERNOON, MR. RODGERS.

10          MR. SILBER:  GOOD AFTERNOON, YOUR HONOR.  BRIAN SILBER

11   ON BEHALF OF TENANTS 1, 2, 3, AND 4.

12          MR. LENTZ:  GOOD AFTERNOON, YOUR HONOR.  JACEK LENTZ --

13   THAT'S J-A-C-E-K L-E-N-T-Z -- CO-COUNSEL WITH MR. SILBER ON

14   THE SAME MATTER.

15          THE COURT:  THANK YOU VERY MUCH.

16              WE ARE HERE ON THE MOTIONS TO PROCEED ANONYMOUSLY

17   AND THE MOTIONS FOR RETURN OF PROPERTY.

18              I HAVE SOME QUESTIONS AND SOME ISSUES; AND SO LET

19   ME JUST -- I'LL ASK SOME PARTIES SOME THINGS AND I'LL LET YOU

20   KNOW WHAT I AM THINKING HERE.

21              LET ME ASK THE GOVERNMENT FIRST:  WITH RESPECT TO

22   THE PROPERTY IN THESE MOTIONS, IS IT THE CASE THAT NONE OF

23   THIS PROPERTY'S INVOLVED IN A CRIMINAL INVESTIGATION?

24          MR. RODGERS:  I CANNOT SAY THAT.  PART OF THE PROPERTY

25   IS INVOLVED IN ADMINISTRATIVE ASSET FORFEITURE PROCEEDINGS IN

                    UNITED STATES DISTRICT COURT

1    ANOTHER FORUM, WHICH WAS COMMENCED ON MAY 20, WHICH WAS AFTER

2    THE GOVERNMENT FILED ITS OPPOSITION PAPERS WITH RESPECT TO

3    THIS MATTER; SO I WOULD ARGUE THAT SOME OF IT IS INVOLVED IN

4    INVESTIGATIONS AS PART OF THE ASSET FORFEITURE PROCEEDINGS

5    WHEREAS OTHER PROPERTY IS BEING RETURNED.

6         THE COURT:  OKAY.  DO YOU HAVE A -- ANY SPECIFICS WITH

7    RESPECT TO THESE PARTICULAR MOVANTS -- PERSONS 1, 2, 3, AND

8    4 -- WHETHER THEIR PROPERTY IS STILL INVOLVED IN

9    INVESTIGATIONS?  DO YOU HAVE THAT -- CAN YOU DO THAT ON A

10   CASE-BY-CASE BASIS?

11        MR. RODGERS:  I CAN DO IT WITH RESPECT TO THE PROPERTY

12   THAT'S INVOLVED WITH TENANTS 1 AND 2.  IT IS PART OF ASSET

13   FORFEITURE PROCEEDINGS THAT COMMENCED ON MAY 20; SO TO THAT

14   EXTENT, IT WOULD BE PART OF AN INVESTIGATION, AND I SUPPOSE

15   IT WOULD BE A CRIMINAL INVESTIGATION.

16            TENANT -- AND THE PROPERTY -- I CAN DISCLOSE WHAT

17   IT IS.  IT IS CURRENCY.

18            TENANT 3'S PROPERTY DEALS WITH VARIOUS ITEMS, AND

19   THOSE ITEMS ARE SCHEDULED TO BE RETURNED.

20            TENANT 4'S PROPERTY, I'M NOT SURE.  I CANNOT

21   DETERMINE WHETHER IT IS PART OF THE ASSET FORFEITURE NOTICE

22   OR NOT, BUT IT MIGHT BE.

23        THE COURT:  OKAY.  SO I ONCE WANT -- YOU MENTIONED

24   TENANT 3'S PROPERTY IS IN THE PROCESS OF BEING RETURNED.  HOW

25   IS THAT BEING FACILITATED?

UNITED STATES DISTRICT COURT

```
 1          MR. RODGERS:  IT IS BEING -- IT IS BEING HANDLED BY
 2     AGENTS WHO HAVE -- WOULD HAVE BEEN CONTACTED BY, AS I
 3     UNDERSTAND IT, TENANT 3; AND ARRANGEMENTS ARE BEING MADE WITH
 4     RESPECT TO THAT TENANT TO MAKE SURE, AS I UNDERSTAND IT, THAT
 5     THAT TENANT, IN FACT, IS THE OWNER OF THAT PROPERTY.  AND I'M
 6     NOT SURE THAT I CAN REALLY -- BECAUSE I JUST DO NOT KNOW.  I
 7     DON'T HAVE ANY ADDITIONAL INFORMATION AS TO WHEN TENANT 3 WAS
 8     LAST CONTACTED, WHAT ARRANGEMENTS SPECIFICALLY HAVE BEEN MADE
 9     WITH RESPECT TO TENANT 3'S PROPERTY.  I JUST DON'T KNOW.
10          THE COURT:  DO YOU KNOW HOW THE GOVERNMENT WAS ABLE TO
11     FIND OUT WHO TENANT 3 WAS TO CONTACT HIM?
12          MR. RODGERS:  I BELIEVE IT MAY HAVE BEEN THROUGH
13     COUNSEL.
14          THE COURT:  OKAY.  OKAY.  SO THE GOVERNMENT -- WHAT I
15     AM INTERESTED IN IS I AM TRYING TO FIGURE OUT WHETHER OR NOT
16     THE PARTIES IN THIS CASE, THE MOVING PARTIES, HAVE STANDING
17     TO PROCEED ANONYMOUSLY OR NOT.
18          MR. RODGERS:  I BELIEVE --
19          THE COURT:  I'M WONDERING WHAT THE GOVERNMENT'S
20     POSITION IS ON THAT.
21          MR. RODGERS:  I BELIEVE TENANTS 1 AND 2 -- I BELIEVE
22     THE GOVERNMENT PROBABLY -- WELL, I SHOULDN'T SAY THAT.  I
23     THINK THE GOVERNMENT KNOWS WHO THEY ARE, BUT I'M NOT SURE IF
24     THAT'S THE CASE OR NOT.
25               WITH RESPECT TO THE RIGHT TO PROCEED ANONYMOUSLY,
```

UNITED STATES DISTRICT COURT

1    THAT'S A COMPLICATED ISSUE, WHICH, QUITE FRANKLY, HAS BEEN

2    BRIEFED; AND, YOU KNOW, A T.R.O. OPPOSITION THAT WAS FILED

3    LAST WEEK AS WELL AS A MOTION TO DISMISS THAT WAS FILED TWO

4    WEEKS AGO, BOTH IN FRONT OF JUDGE KLAUSNER, WITH RESPECT TO

5    THE 12 MOTIONS FOR RETURN OF PROPERTY THAT ARE BEFORE HIM.

6           WITH RESPECT TO THE ISSUE OF ANONYMITY, WHERE IT

7    BOILS DOWN TO IS IT'S DETERMINED AT VARIOUS STAGES OF THE

8    LITIGATION.  IT CAN BE DETERMINED PRIOR TO THE TIME AN ACTION

9    WAS ACTUALLY FILED; IT CAN BE DETERMINED WHEN DISCOVERY IS

10   BEING CONDUCTED.  BUT THE CASE IS MADE CLEAR THAT IT CAN BE

11   DETERMINED THROUGHOUT THE ENTIRETY OF LITIGATION AND WITH

12   RESPECT TO THE MOVING PARTY.  WITH RESPECT TO ALL OF THE

13   TENANTS, THE GOVERNMENT ARGUED THAT ANONYMITY IS NOT

14   APPROPRIATE FOR THE REASONS THAT WE HAD SET FORTH IN MASSIVE

15   AMOUNTS OF BRIEFING.

16          THE COURT:  YES.  I'VE BEEN THROUGH THE CASES, THE

17   CIVIL CASES, AND I UNDERSTAND WHAT'S BEEN SAID THERE.  THE

18   GOVERNMENT IN THOSE CASES REPRESENTED THAT, IF THE PROPERTY

19   IN THESE BOXES WERE LEGITIMATELY DERIVED AND BELONGED TO A

20   PLAINTIFF, THEN THE GOVERNMENT SINCERELY WISHES TO RETURN THE

21   PROPERTY; AND I JUST WANT TO MAKE SURE THAT'S STILL THE

22   GOVERNMENT'S POSITION THAT IF THESE -- THE PROPERTY OF THESE

23   BOXES IS NOT PART OF A CRIMINAL INVESTIGATION, YOU'RE

24   PERFECTLY WILLING TO RETURN THE PROPERTY; CORRECT?

25          MR. RODGERS:  THAT IS CORRECT, YOUR HONOR.

1    THE COURT:  SO THE QUESTION THAT I HAVE IS, YOU KNOW,

2    IS THERE SOME WAY THAT THE TWO PARTIES CAN GET TOGETHER AND

3    FACILITATE THIS THAT DOESN'T REQUIRE THE COURT TO ESTABLISH

4    SOME RULES WHICH MAY OR MAY NOT CAUSE A HEADACHE TO BOTH

5    SIDES AT SOME POINT?

6    MR. RODGERS:  I THINK THERE OUGHT TO BE.  WE DIDN'T

7    HAVE A MEET AND CONFER BEFORE THESE MOTIONS WERE FILED IN

8    CONNECTION WITH THIS; SO I BELIEVE THAT, WITH RESPECT TO THE

9    PROPERTY WE ARE GOING TO RETURN, YES, IT CAN BE RESOLVED WITH

10   THE ATTORNEYS.

11   THE COURT:  BECAUSE, AS I UNDERSTAND IT, YES, IF

12   THERE'S NO CRIMINAL INVESTIGATION, IF THERE'S NO -- IF THE

13   PROPERTY IN THE BOX IS NOT RELEVANT TO YOUR ONGOING

14   INVESTIGATION, YOU HAVE NO INTEREST IN KEEPING THAT; CORRECT?

15   MR. RODGERS:  CORRECT.

16   THE COURT:  LET ME ASK COUNSEL FOR PARTY NO. 3, AT

17   LEAST:  ARE YOU AWARE OF SOME ONGOING NEGOTIATIONS WITH THE

18   GOVERNMENT GETTING THAT PROPERTY BACK CURRENTLY?

19   MR. SILBER:  SO, YOUR HONOR, IF I COULD GIVE YOU A

20   LITTLE HISTORY ON THAT.

21   THE COURT:  SURE.

22   MR. SILBER:  WHAT HAD HAPPENED WAS TENANT 3 ON HIS OWN,

23   BEFORE HE EVER MADE CONTACT WITH US, TOOK HIS OWN STEPS TO

24   GET HIS PROPERTY RETURNED.  HE EMAILED; HE PHONE CALLED.

25   FRANKLY, HE FELT LIKE HE WAS GETTING THE RUNAROUND, AND

1     THAT'S WHAT PROMPTED HIM TO REACH OUT TO COUNSEL.

2             WE SINCE FILED ON HIS BEHALF; AND, IN FACT, AFTER

3     THEY ALREADY KNEW WE FILED -- YOU KNOW, WE FILED, YOU KNOW,

4     ON PACER IN COURT -- WE IMMEDIATELY HAD COMMUNICATIONS WITH

5     THE GOVERNMENT.  AND THE NEXT DAY WE REACHED OUT TO AUSA

6     BROWN JUST TO INTRODUCE OURSELVES.  THE ANSWER WE GOT FROM

7     THE GOVERNMENT WAS THAT -- AT LEAST FROM THE U.S. ATTORNEY'S

8     OFFICE IS, "WE'RE NOT HANDLING THAT.  THE FBI IS HANDLING

9     THAT."  OKAY.

10            MR. BROWN HAD TOLD US IN AN EMAIL THAT THAT

11    TENANT'S BOX WAS ALREADY SLATED FOR RETURN, AND WE SAID -- WE

12    WROTE BACK, "GREAT.  WE'D LIKE TO ARRANGE TO PICK IT UP.  WHO

13    DO WE CONTACT?"  AND THAT'S WHEN HE TOLD ME THE FBI'S

14    HANDLING IT.

15            SUBSEQUENT THERETO, WE REACHED OUT TO THE FBI,

16    AND I SAID, "MY NAME'S BRIAN SILBER.  I'M THE LAWYER WHO

17    REPRESENTS THE OWNER OF THIS BOX."  AND THEY BASICALLY

18    WOULDN'T SPEAK TO ME UNLESS I GAVE HIM -- GAVE THEM MY

19    CLIENT'S NAME.  AND AT THAT POINT, I DIDN'T HAVE

20    AUTHORIZATION TO DO THAT.  MY CLIENT DOES WISH TO PROCEED

21    ANONYMOUSLY.  NOTHING TO DO WITH THE SUBSTANCE OF THIS CASE

22    AT ALL.  HE DENIES ANY AND ALL WRONGDOING.  HE HAS VERY

23    SPECIFIC REASONS WHY HE WISHES TO BE ANONYMOUS.  I WOULD LIKE

24    TO TELL YOU IN CAMERA IF YOU NEED MORE INFORMATION; BUT,

25    BASICALLY HE WISHES TO AVOID HARASSMENT, RIDICULE, DANGER TO

1    HIMSELF.

2              YOU KNOW, WHEN I -- IF I COULD GO BACK EVEN A

3    STEP FURTHER, YOUR HONOR, LET ME EXPLAIN TO THE COURT WHAT

4    PROMPTED ME TO FILE THESE MOTIONS.

5              SO WE CAME ONTO THE LITIGATION LATE IN THE GAME.

6    THERE WERE ALREADY OTHER THINGS FILED.  OKAY.  AND PEOPLE

7    CAME TO ME.  "WHAT ABOUT THIS IDEA OF FILING ANONYMOUS?

8    WE'VE SEEN IT; WE HEARD OF IT."  SO I RESEARCHED IT.

9    HONESTLY, I NEVER FILED A PLEADING ANONYMOUSLY.  AS A

10   PROSECUTOR I DID BUT NEVER ON THE OTHER SIDE.

11             SO MY FIRST QUESTION WAS IS THIS EVEN POSSIBLE,

12   AND UNDER WHAT CONDITIONS WOULD IT BE APPROPRIATE?  FOR THE

13   PEOPLE WE WERE SPEAKING WITH -- I THINK IT WAS EVEN BORNE OUT

14   OF THE PHYSICIAN WHO CAME FORWARD -- THEY DON'T WANT THEIR

15   NAME OUT THERE ASSOCIATED WITH DRUG DEALING BECAUSE THERE'S

16   MENTION IN THE INDICTMENT ABOUT ONE PERSON WHO CAME IN AND

17   SAID HE OWED "ESCANTE" DEBT DOWN SOUTH.  I MEAN, ESCANTE DEBT

18   IS FOR METHAMPHETAMINE.  THE FIRST THING THAT CAME TO OUR

19   MIND WAS WHAT HAPPENS IF SOMEBODY DOESN'T PAY THEIR ESCANTE

20   DEBT?  FOR FOLKS WHO HAVE NOTHING TO DO WITH THE CRIMINAL

21   JUSTICE SYSTEM -- WE'RE A LITTLE DESENSITIZED

22   PROFESSIONALLY -- BUT THEY WANT NOTHING TO DO WITH THIS.

23   THEY JUST WANT THEIR PROPERTY BACK.  THEY DON'T WANT THEIR

24   NAME GIVEN IN DISCOVERY.  THEY DON'T WANT THEIR NAME TO BE

25   SUBJECT TO A WITNESS LIST.  THEY DON'T WANT TO GET CALLED IN

1    BY LAWYERS TO TESTIFY OR WHATEVER THE CASE MAY BE.  THEY

2    REALLY GENUINELY HAVE GOT NOTHING TO DO WITH THIS AND WANT TO

3    STAY THAT WAY.

4              INSOFAR AS TENANT 3'S SCHEDULING FOR RETURN,

5    THERE'S NOTHING SCHEDULED AT THIS TIME.  THERE'S NOTHING ON

6    THE BOOKS.  AND WE WOULD ASK THE COURT TO ORDER SPECIFIC TIME

7    JUST -- IF THEY'RE GOING TO RETURN IT, STOP DAWDLING.  WE

8    FILED THIS TWO MONTHS AGO.  THEY COULD HAVE PICKED UP THE

9    PHONE AND CALLED US AT ANY TIME.  WE REACHED OUT MULTIPLE

10   TIMES, TWICE AT LEAST, WITH NO RESULT; AND THAT'S WHY WE ARE

11   ASKING YOU TO ISSUE AN ORDER AT LEAST ON ONES THEY'RE NOT

12   DISPUTING.  THAT SHOULD BE VERY EASY FOR THEM TO AGREE TO.

13        THE COURT:  MR. RODGERS, LET ME ASK YOU THIS:  IS THERE

14   A VEHICLE BY WHICH THE GOVERNMENT CAN -- CAN DETERMINE WHO

15   OWNS THESE BOXES BUT NOT MAKE THAT INFORMATION GENERALLY

16   PUBLICLY AVAILABLE SO, YOU KNOW, IF A PERSON'S GOT ONE OF

17   THESE BOXES AND THEY'VE GOT THEIR STAMP COLLECTION IN IT AND

18   THEY DON'T WANT THEIR, YOU KNOW, BROTHER-IN-LAW TO KNOW ABOUT

19   THEIR STAMP COLLECTION, THEY DON'T WANT THEIR NAME, NICKNAME

20   TO GET OUT THERE, IS THERE A WAY TO DO THAT WITHIN THE FBI

21   PROCESS?

22        MR. RODGERS:  THE GOVERNMENT IS NOT DISCLOSING THE NAME

23   OF THE INDIVIDUALS WHOSE BOXES ARE BEING RETURNED; SO

24   THAT'S -- THAT'S NOT AN ISSUE AT ALL.  I MEAN, THE PEOPLE WHO

25   ARE CONTACTING THE FBI WHO DID AFTER THE SEIZURE CONTACT THE

1    FBI HOPEFULLY PROVIDE THEIR NAME, BUT THERE'S -- THE

2    GOVERNMENT IS NOT -- IF IT IS NOT GOING TO FILE AN ASSET

3    FORFEITURE CASE AGAINST THAT BOX, THERE'S NO NEED, AND THE

4    GOVERNMENT HAS NOT BEEN DISCLOSING THE NAME OF THAT

5    INDIVIDUAL IF THE BOX IS BEING RETURNED.

6             THE REASON THE GOVERNMENT NEEDS A NAME OF THE

7    INDIVIDUAL IS TO MAKE SURE THEY UNDERSTAND THAT THIS PERSON,

8    IN FACT, OWNS THAT BOX.

9         THE COURT:  ALL RIGHT.  AND, COUNSEL, THAT'S ONE OF THE

10   PROBLEMS I'VE GOT WITH THIS -- WITH THE ANONYMITY ISSUE HERE

11   IS THAT IF -- IF ONE OF YOUR CLIENTS TELLS YOU THAT HE OWNS

12   THE BOX, FOR EXAMPLE, AND HE'S GOT KEYS AND HE'S GOT A

13   DESCRIPTION OF WHAT'S IN IT BUT HE TOOK THOSE FROM SOMEBODY

14   ELSE, WE GIVE HIM THE STUFF BACK, AND THEN WE HAVE NO

15   RECOURSE AGAINST THAT PERSON.  WE HAVE NO WAY OF KNOWING WHO

16   IT WAS.  YOU CAN'T TELL US BECAUSE OF ATTORNEY-CLIENT

17   PRIVILEGE, AND THE COURT CAN'T KNOW.  SO IT'S NOT -- YOU

18   KNOW, I UNDERSTAND THE NEED FOR CONFIDENTIALITY AND FOR

19   ANONYMITY, BUT IT PUTS THE COURT IN A POSITION WHERE THE

20   COURT WOULD ORDER RELEASE OF PROPERTY TO AN INDIVIDUAL THAT

21   THE COURT DOESN'T KNOW AND NO WAY TO COME BACK AND SAY, "WAIT

22   A MINUTE.  WHO WAS THAT PERSON?"  IF IT TURNS OUT LATER ON

23   THAT SOMEBODY COMES FORWARD AND SAYS, "HEY, YOU KNOW, MY KEY

24   AND MY INFORMATION WAS STOLEN."  SO IT'S A LITTLE BIT

25   DIFFICULT, WHICH IS WHY I'M NOT PREPARED TO MAKE A DECISION

1    ON IT TODAY BECAUSE I'M TRYING TO NEEDLE NOSE THROUGH THOSE

2    ISSUES.

3            BUT THE BIG QUESTION I HAVE IS CAN -- ON A 41(G)

4    MOTION CAN SOMEBODY PROCEED ANONYMOUSLY?  I KNOW THAT'S YOUR

5    POSITION -- RIGHT? -- THAT SOMEONE CAN, AND THE GOVERNMENT IS

6    TAKING THE POSITION THAT THEY CAN'T.  I CAN'T FIND ANY CASE

7    LAW WHERE ANYONE'S DONE THAT BEFORE WHERE ON A 41(G) MOTION

8    SOMEBODY HAS PROCEEDED ANONYMOUSLY.

9            AND I'M WONDERING WHETHER THE PARTIES MIGHT BE

10   WILLING TO DO SOME SUPPLEMENTAL BRIEFING HERE ON THAT VERY

11   SPECIFIC ISSUE AS TO WHETHER OR NOT UNDER 41(G) A PARTY CAN

12   MOVE ANONYMOUSLY OR NOT BECAUSE I THINK THAT'S A REAL GATEWAY

13   ISSUE HERE BECAUSE, IF THE COURT'S CONVINCED THEY CAN MOVE

14   ANONYMOUSLY, I THINK WE CAN COME UP WITH A PROCEDURE THAT

15   WILL ALLOW US TO RESOLVE THESE CLAIMS.  IF NOT, I THINK YOUR

16   BEST BET IS TO WORK WITH THE GOVERNMENT TO TRY TO COME UP

17   WITH SOME -- WITH SOME REASSURANCES ON THE FACT THAT YOUR

18   CLIENTS' NAMES AREN'T GOING TO GET RELEASED TO THE PRESS OR

19   RELEASED, YOU KNOW, PUBLICLY.

20           AS I UNDERSTAND IT, MR. RODGERS, FROM THE

21   GOVERNMENT'S PERSPECTIVE, THESE PROCEEDINGS ON PEOPLE GETTING

22   THEIR PROPERTY BACK FROM THE GOVERNMENT ARE NOT GENERALLY

23   PUBLICIZED; CORRECT?

24        MR. RODGERS:  THAT IS CORRECT.  WITH RESPECT TO THOSE

25   PROPERTY ITEMS THAT WE ARE NOT SEEKING FORFEITURE, THAT IS

1  CORRECT.

2  THE COURT:  SO WHAT I WOULD LIKE TO DO IS I WOULD LIKE

3  TO ASK THE TENANTS TO FILE A SUPPLEMENTAL BRIEF LIMITED TO

4  THE STANDING ISSUE BY THE 14TH OF JUNE.  I KNOW IT'S NOT A

5  LOT OF TIME, BUT I WANT TO DEAL WITH THIS SOONER RATHER THAN

6  LATER IF YOU CAN.  AND, YOU KNOW, FIVE PAGES ON STANDING, IF

7  THE GOVERNMENT CAN REPLY WITHIN A WEEK, AND THEN WE'LL COME

8  BACK HERE ON THE 28TH OF JUNE TO TRY TO SEE IF WE CAN'T COME

9  UP WITH A -- WITH A SOLUTION.

10  I DO ENCOURAGE YOU, THOUGH, THAT, IF YOU CAN WORK

11  TOGETHER AND COME UP WITH A RESOLUTION, IT PROBABLY MIGHT BE

12  BETTER FOR YOUR CLIENTS AND BETTER FOR THE GOVERNMENT THAN

13  WHAT THE COURT MIGHT DO.

14  LET ME ASK MR. RODGERS BEFORE I FORGET:  THE

15  GOVERNMENT -- WHAT DOES THE GOVERNMENT REQUIRE FROM SOMEBODY

16  IN ORDER FOR THEM TO GET THEIR PROPERTY BACK?  SO LET'S

17  ASSUME IT'S A CASE WHERE THE PROPERTY IS NOT CURRENTLY PART

18  OF THE FORFEITURE PROCEEDINGS.

19  MR. RODGERS:  I CANNOT REALLY SPEAK TO THAT BECAUSE, AS

20  MR. BROWN -- AUSA BROWN TOLD THEM, IT IS THE FBI THAT IS

21  DOING THAT.  THE FBI GETS TELEPHONE CALLS FROM THESE

22  INDIVIDUALS AND EMAILS FROM THESE INDIVIDUALS, AND I CANNOT

23  TELL YOU SPECIFICALLY AS I STAND HERE TODAY WHAT KIND OF

24  QUESTIONS THAT THE FBI ASKS.  BUT I DO KNOW THAT WHAT THE FBI

25  IS TRYING TO DO IS TO VERIFY THAT THE PERSON WHO THEY ARE

1    SPEAKING WITH, IN FACT, OWNS THE BOX.

2            THE COURT:  OKAY.

3            MR. SILBER:  MAY I RESPOND, YOUR HONOR?

4            THE COURT:  YES, PLEASE.

5            MR. SILBER:  SO, YOUR HONOR, HERE'S MY PROBLEM WITH THE

6    GOVERNMENT'S WHOLE POSITION RESPECTFULLY:  WE HAVE TO LOOK AT

7    THE BIG PICTURE HERE.  WE HAVE TO SEE THE FOREST FROM THE

8    TREES.  WHAT ARE WE DEALING WITH?  THIS BUSINESS WAS

9    COMPLETELY ANONYMOUS.  OKAY.  A PERSON COULD WALK UP TO THE

10   FBI AND LITERALLY SAY, "HI.  MY NAME IS DONALD DUCK, AND I

11   HAVE BOX 1, 2, 3, 4."  HOW COULD THAT EVER BE DISPUTED?  IT

12   CAN'T BE DISPUTED BECAUSE THERE'S NO RECORD TO COMPARE IT TO

13   AS TO, LET'S SAY, UNDER THE NORMAL CIRCUMSTANCES OF A BANK OR

14   A PUBLIC STORAGE THAT KEEPS SUCH RECORDS.

15           THE ONLY WAY TO IDENTIFY SOMEONE AS -- EVEN A

16   POTENTIAL CLAIMANT IS WITH THE KEYS AND THE DESCRIPTIONS.  IT

17   IS THE ONLY TRUE WAY TO SHOW THAT YOU HAVE THE DOMINION OR

18   CONTROL THAT CREATES STANDING.

19           NOW, OF COURSE, NOTHING IS ABSOLUTE.  OKAY.

20   SURE, A HYPOTHETICAL COULD BE MADE, WELL, WHAT IF THIS PERSON

21   COMING FORWARD ROBBED THE TRUE BOX OWNER OF THEIR KEYS AND

22   HELD A GUN TO THEIR FACE AND MADE THEM GIVE THE DESCRIPTION?

23   I GUESS THAT'S POSSIBLE, BUT I DON'T THINK WE SHOULD MAKE A

24   DECISION ON THE HYPOTHETICALS THAT CAN COME FOR THIS.  IT

25   SHOULD BE WHAT'S IN FRONT OF US.  AND WHAT'S IN FRONT OF US

1    ARE PEOPLE WHO HAVE KEYS AND HAVE DESCRIPTIONS.

2              AND EVEN IF THE FBI HAD A NAME, IT WOULD BE

3    USELESS TO THEM.  THERE'S NOTHING WITH IT -- WITH A NAME.

4    THERE'S NO WAY TO SAY WHO IS THE RIGHTFUL BOX OWNER.  NOT TO

5    MENTION I CAN TELL YOU RIGHT NOW, YOUR HONOR, THERE ARE BOXES

6    WHERE ONE PERSON HAS A POSSESSORY INTEREST BECAUSE THEY'RE

7    SECURING THE BOX, AND THERE'S OTHER PEOPLE WHO OWN THE

8    CONTENTS, YOU KNOW.  I CAN'T, OBVIOUSLY, DELVE INTO DETAIL,

9    BUT THERE ARE DEFINITELY INSTANCES WHERE BUSINESSES HAVE

10   STORED MERCHANDISE EVEN MAYBE SOME THINGS ON CONSIGNMENT IN

11   THESE BOXES.  SO ON ANY ONE CLAIM, YOU COULD HAVE MULTIPLE

12   PEOPLE MAKING A POSSESSORY CLAIM BECAUSE THEY HAVE THE KEYS

13   AND THEY HAVE THE -- THE DESCRIPTIONS, AND THEN SOMEONE ELSE

14   COULD COME FORWARD AND SAY, "I'M THE OWNER."  THAT THAT'S

15   CERTAINLY POSSIBLE.  AND EACH ONE OF THESE FOLKS HAS A

16   RIGHTFUL -- HAS THE RIGHT TO GET THE PROPERTY.

17             SO, FOR EXAMPLE, LET'S SAY THEY WALKED INTO THE

18   U.S. PRIVATE VAULTS THE DAY BEFORE THE SEIZURE, OKAY -- AND

19   YOU'VE READ THE PLEADINGS.  IF YOU RECALL THE PART WHERE I

20   MENTIONED THE COIN-OPERATED LOCKER.  LET ME TELL YOU WHERE

21   THAT CAME FROM.  BACK HOME IN FT. LAUDERDALE, THE BROWARD

22   SHERIFF'S OFFICE OPERATES THE MAIN JAIL.  TO GET INTO THAT

23   JAIL TO DO ATTORNEY VISITATION, I HAVE TO TAKE MY CELL PHONE

24   AND PUT IT IN A COIN-OPERATED LOCKER.  NOBODY ASKS ME MY NAME

25   FOR I.D. OR NOTHING.  THEY JUST DON'T WANT A CELL PHONE IN

1    THE JAIL, YOU KNOW.

2              SO FOR A PERSON TO LAWFULLY WALK UP TO U.S.

3    PRIVATE VAULTS AND TAKE THE CONTENTS OUT OF ANY ONE BOX AND

4    WALK AWAY WITHOUT BEVERLY HILLS POLICE ARRESTING THEM FOR

5    THEFT, ALL THEY NEED IS A KEY.  THE NAME IS COMPLETELY --

6    UNDER THE UNIQUE CIRCUMSTANCES OF THIS CASE, COMPLETELY

7    IRRELEVANT.  IT DOES NOTHING EVIDENTIARY-WISE.  AND EVEN IF

8    YOU HAD IT, THERE WOULD BE NOTHING TO DO WITH IT BECAUSE

9    THERE'S NOTHING TO COMPARE IT TO.

10        THE COURT:  SO I UNDERSTAND THE POINT THAT THE NAME

11   ISN'T RELEVANT TO DETERMINE THE IDENTITY OF WHO OWNS THESE

12   BOXES BECAUSE THEY WEREN'T -- NAMES WEREN'T USED TO SECURE

13   THE BOXES.  SO I HAVE THAT POINT.  MY CONCERN IS KIND OF ON

14   THE BACK END IN TERMS OF TRACEABILITY STANDPOINT.

15             SO LET'S TAKE YOUR EXAMPLE.  YOU PUT YOUR CELL

16   PHONE IN A LOCKER AT THE BROWARD COUNTY JAIL.  YOU PUT YOUR

17   QUARTER IN.  YOU GET THE KEY.  SOMEBODY COMES THROUGH AND

18   TAKES THE KEY OUT OF YOUR POCKET WHILE -- WHEN YOU ARE NOT

19   LOOKING, AND THEY COME UP AND THEY USE THE KEY TO OPEN UP THE

20   BOX AND THEY TAKE YOUR PHONE.  THAT -- KNOWING WHO THAT

21   PERSON IS WOULD HELP YOU TO GET RECOURSE TO TRY TO FIND YOUR

22   PHONE LATER ON.

23             WE HAVE A DECISION POINT.  WE CAN EITHER REQUIRE

24   THAT NAME SO WE CAN TRACE IT BACK, OR WE CANNOT -- OR WE

25   CANNOT REQUIRE THE NAME.  WHAT I AM WONDERING ABOUT IS

1  WHETHER OR NOT THAT STANDING IS IMPORTANT TO FIGURE IT OUT.

2          IF YOU CAN COME BACK -- AND, I MEAN, AGAIN, WE

3  ARE TALKING ABOUT RELEASING PROPERTY UNDER 41(G) ANONYMOUSLY;

4  AND AS FAR AS I KNOW, IT HASN'T BEEN DONE BEFORE.  NOW, IF

5  YOU COME BACK AND TELL ME, "OH, YEAH, LOTS OF COURTS HAVE

6  DONE IT," THEN MAYBE I'LL FEEL DIFFERENTLY ABOUT IT.  BUT

7  IT'S SOMETHING THAT I WANT TO THINK ABOUT A LITTLE BIT MORE

8  BECAUSE I WANT -- I WANT TO -- I'M WORRIED ABOUT THE INSTANCE

9  WHERE, YOU KNOW, SOMEBODY'S COIN COLLECTION OR STAMP

10  COLLECTION OR SOMETHING THAT'S GOT VALUE TO THEM IS TAKEN BY

11  SOMEBODY WHO HAS STOLEN THEIR KEY OR WHO -- AND THEN THEY

12  COME LATER ON TO FIND THAT THEIR PROPERTY'S GONE, THEY WANT

13  TO KNOW WHO -- YOU KNOW, WHO THEY NEED TO SUE.  AND THE COURT

14  SAYS, "I DON'T KNOW.  WE DIDN'T ASK FOR THEIR NAME."

15          MR. SILBER:  IF I MAY, YOUR HONOR, THE ONLY THING THAT

16  COMES TO MIND -- WE'LL BRIEF AND WE'LL DISCUSS IT WITH THE

17  GOVERNMENT.  I REALLY THINK THE ONLY WAY TO SOLVE ALL THE

18  PROBLEMS WOULD BE IF THE NAME -- THE CLAIMANT GAVE THEIR NAME

19  TO THE COURT IN CAMERA.

20          AND WHAT I AM THINKING FORWARD IS THE MAIN THING

21  THAT CONCERNS ME, FOR THE CLIENTS THAT WISH TO BE ANONYMOUS,

22  ONE AVENUE THAT, IF WE GIVE THE IDENTITY TO THE GOVERNMENT,

23  EVEN THOUGH THEY SAY THEY'RE NOT DISCLOSING IT, THEY'RE GOING

24  TO HAVE A TON OF LITIGATION COME OUT OF THIS CASE --

25  CRIMINAL, CIVIL.  I MEAN, THERE'S ALREADY PENDING LITIGATION.

1    THERE'S GOING TO BE THE TIME WHERE THEY HAVE TO DISCLOSE

2    THAT, AND THAT'S PART OF WHAT WE ARE TRYING TO AVOID.

3            FOR THE PURPOSE IN PART THAT THE COURT IS

4    CONCERNED ABOUT, WE DON'T WANT FALSE CLAIMANTS COMING FORWARD

5    AND HARASSING THESE FOLKS.  IF I THINK FORWARD ABOUT IT, HOW

6    COULD A FALSE CLAIMANT POSSIBLY -- THEY'RE ULTIMATELY NOT

7    GOING TO HAVE THE KEYS.  THEY'RE NOT GOING TO HAVE THE

8    DESCRIPTIONS.  THAT'S WHY I THOUGHT THOSE THINGS WERE SO

9    HARMONIOUS.  YOU KNOW, ANYBODY CAN GIVE A NAME, YOU KNOW.

10           BUT, LET'S SAY, YOU REALLY ARE THE TRUE PERSON.

11   YOU REALLY WERE ROBBED.  WHAT RECOURSE COULD YOU HAVE?  YOU

12   ARE GOING AGAINST AN OPPONENT THAT HAS THE KEYS, YOU KNOW.

13   ANYWAY, THAT'S JUST MY TWO CENTS, AND I THINK THE ONLY

14   SOLUTION MIGHT BE TO SHARE WITH THE COURT EXCLUSIVELY.  THIS

15   WAY WE DON'T HAVE THE DISCOVERY CONCERNS, THEN, MAYBE FOR

16   REASONS WE CAN'T EVEN THINK OF TODAY MIGHT BE COMPELLED OUT

17   OF THE GOVERNMENT.

18       THE COURT:  WHAT ABOUT FILING THE MOTIONS UNDER SEAL?

19   WHAT IF YOU DISCLOSE THE NAMES OF THE TENANTS IN A MOTION

20   THAT'S SEALED BY THE COURT SO IT IS PART OF THE CRIMINAL

21   RECORD BUT UNDER SEAL?  THE GOVERNMENT HAS ACCESS TO IT BUT

22   IT IS NOT A PUBLIC FILING -- IT IS NOT A PUBLICLY AVAILABLE

23   FILING.

24       MR. SILBER:  FORGIVE MY LACK OF KNOWLEDGE.  OKAY.  I

25   GUESS IT'S A PROCEDURAL QUESTION.  WOULD THAT FALL UNDER THE

1    GOVERNMENT'S DISCOVERY OBLIGATION IN ANY OF THE CASES IF WE

2    WERE TO DO THAT?

3        THE COURT:  I MEAN IT WOULD.  BUT I THINK THE

4    GOVERNMENT WOULD BE -- I MEAN, THERE COULD BE AN ARGUMENT

5    MADE THAT THE GOVERNMENT DOESN'T HAVE TO DISCLOSE IT, BUT I

6    DON'T KNOW THAT THERE'S A BREAK LINE RULE THERE.  I GET YOUR

7    POINT ABOUT YOU DON'T WANT THESE NAMES TO BE DISCOVERABLE.

8    I'M NOT SURE THERE'S A MECHANISM TO AVOID THAT.

9         MR. RODGERS, ANY THOUGHTS ON THESE ISSUES?

10       MR. RODGERS:  WELL, THE ONLY ISSUE IS WITH RESPECT TO

11    THE DISCOVERY OBLIGATION, AND THIS GOES TO THE OTHER ISSUE

12    THAT I'M SURE WE'RE GOING TO GET TO LATER.  THE DISCOVERY

13    OBLIGATION IS BASED UPON THE DISCOVERY IN THE CRIMINAL CASE,

14    AND THE CRIMINAL CASE IS JUST AGAINST USPV.  IT IS NOT

15    AGAINST TENANT 1, 2, AND 3.  WE ARE NOT FILING A CRIMINAL

16    CASE NOR CRIMINAL FORFEITURE WITH RESPECT TO THIS CRIMINAL

17    CASE.  AND SO WHEN WE'RE TALKING ABOUT IDENTIFYING NAMES, THE

18    PROBLEM WITH ALL OF THIS -- AND AS I CONSIDER IT, AFTER

19    HAVING DONE ASSET FORFEITURE FOR MANY YEARS, IS THAT, BECAUSE

20    THIS MOTION -- AND I HAVE NEVER SEEN THIS DONE BEFORE -- IS

21    BEING FILED IN THIS CRIMINAL CASE, THE ISSUES WITH RESPECT TO

22    WHAT DISCOVERY OBLIGATIONS SHOULD ARISE -- DO THEY ARISE FOR

23    THESE MOTIONS THAT ARE BEING FILED BY THIRD PARTIES WHO HAVE

24    NEVER SOUGHT PERMISSION TO INTERVENE IN A CRIMINAL CASE AND

25    THEY JUST FILED A MOTION?  IS IT BASED, AS I BELIEVE IT

1    SHOULD BE BASED, SOLELY ON THE CRIMINAL CASE, WHICH IS SOLELY

2    AGAINST UNITED STATES USPV?  IT HAS NOTHING TO DO WITH THOSE

3    TENANTS OR ANY OTHER MOVANTS.

4         SO WITH RESPECT TO FILING MOTIONS UNDER SEAL AND

5    WHETHER THE GOVERNMENT WOULD HAVE A DISCOVERY OBLIGATION TO

6    PRODUCE IT IN A CRIMINAL CASE, I GUESS I WOULD ARGUE --

7    ASSUMING THAT IT IS APPROPRIATE TO FILE THESE MOTIONS IN A

8    CRIMINAL CASE, AND I BELIEVE CATEGORICALLY IT IS NOT, THE

9    DISCOVERY OBLIGATION WOULD NOT ARISE WITH RESPECT TO THESE

10   TENANTS BECAUSE THEY'RE NOT REALLY PART OF THE CRIMINAL CASE.

11   THE COURT:  SO, YEAH, I'M STILL NOT SURE THAT DISCOVERY

12   OBLIGATION IS GOING TO BE CUT AND DRY ENOUGH FOR ME TO

13   UNDERSTAND, YOU KNOW, FOR YOUR CLIENTS TO IMMUNIZE THEMSELVES

14   FROM THESE THINGS BEING DISCOVERED; BUT I DO THINK -- I

15   DISAGREE WITH THE GOVERNMENT'S POSITION ON THE PROPRIETY OF

16   THE 41(G) MOTIONS.  I THINK THESE MOTIONS ARE THE RIGHT WAY

17   TO GO GETTING THE PROPERTY BACK.  MY QUESTION IS JUST WHETHER

18   OR NOT YOUR CLIENTS HAVE STANDING WITHOUT REVEALING THEIR

19   NAMES TO BRING -- TO BRING THE MOTIONS.  SO I THINK THAT'S

20   PROBABLY -- I THINK THAT'S PROBABLY ALL THE QUESTIONS I HAD.

21        I DO WANT TO -- I DO WANT THE SUPPLEMENTAL

22   BRIEFING ON STANDING, FIVE PAGES APIECE, 14TH, FOR THE

23   PLAINTIFF AND -- 14TH FOR THE MOVANT, I'M SORRY, AND THE 21ST

24   FOR THE GOVERNMENT.  AND WE'LL DECIDE HOW TO PROCEED IN -- ON

25   JUNE 28.

1          AND I WOULD AGAIN ENCOURAGE YOU TO TRY TO WORK

2     TOGETHER.  MR. RODGERS, IF YOU CAN MAYBE OFFER SOME OPTIONS

3     TO THE TENANTS THAT MIGHT AVOID -- YOU KNOW, AVOID THIS.  I

4     JUST -- MY CONCERN IS, IF THE GOVERNMENT -- IF THE COURT

5     WEIGHS IN AT THIS POINT, IT SORT OF MAKES THINGS -- IT COULD

6     MAKE THINGS A LITTLE BIT MORE CUMBERSOME.  I KNOW THIS

7     CRIMINAL CASE IS JUST BEGINNING; SO I'D HATE TO DO ANYTHING

8     THAT'S GOING TO GET IN THE WAY.

9          ANY QUESTIONS ABOUT HOW WE'RE MOVING FORWARD AT

10    THIS POINT?

11         MR. LENTZ:  YOUR HONOR, IF I MAY, COULD WE GET

12    GOVERNMENT'S REPRESENTATION, IF NOT THIS SECOND BUT SOME KIND

13    OF COMMITMENT ON THE PART OF THE GOVERNMENT, TO EXPLAIN ITS

14    STAND ON TENANT NO. 4?  BECAUSE WE HAVEN'T HEARD ANYTHING

15    DEFINITE ABOUT TENANT NO. 4.

16         THE COURT:  YES.  I DON'T KNOW THAT THAT'S REALLY PART

17    OF THESE DISCUSSIONS HERE, BUT I WOULD SAY -- AND, AGAIN, I

18    DON'T KNOW WHETHER IT IS PART OF REALLY THIS -- THIS MOTION.

19         BUT LET ME ASK MR. RODGERS:  IS THERE ANYTHING --

20    WHAT WOULD YOU RECOMMEND TO COUNSEL FOR TENANT NO. 4 ON HOW

21    THEY COULD GET SOME CLARITY?

22         MR. RODGERS:  WITH RESPECT TO TENANT NO. 4, AGAIN,

23    THAT'S -- TENANT 4 IS DIFFERENT FROM TENANT 1 AND 2 BECAUSE

24    TENANT 1 AND 2 -- WE ARE CLEARLY DOING ADMINISTRATIVE

25    FORFEITURE PROCEEDINGS.  WE MIGHT BE DOING ADMINISTRATIVE

```
1    FORFEITURE PROCEEDINGS ON NO. 4.  WITH RESPECT TO TENANT 3,

2    WE ARE RETURNING THE PROPERTY.  I WILL CHECK INTO SEEING WHAT

3    THE STATUS IS WITH RESPECT TO TENANT NO. 4 AND IF WE ARE IN A

4    POSITION TO RETURN THE PROPERTY WITH TENANT NO. 4, JUST LIKE

5    TENANT NO. 3.

6         THE COURT:  WHAT WAS -- HOW -- WHO DOES COUNSEL DEAL

7    WITH?  DOES HE DEAL WITH YOU?

8         MR. RODGERS:  YES, COUNSEL CAN DEAL WITH ME ON THAT.

9         THE COURT:  AND, YOU KNOW, TENANT 5 AND 6 AND 8 AND 9,

10   WHO HAVEN'T FILED MOTIONS YET, DO THEY GO TO YOU, OR DO THEY

11   GO TO THE FBI?

12        MR. RODGERS:  WELL, THEY GO TO ME; AND I, IN TURN, GO

13   TO THE FBI.

14        THE COURT:  OKAY.  I JUST -- IT IS JUST HELPFUL TO, YOU

15   KNOW, TO -- WE MIGHT BE ABLE TO AVOID A LOT OF FOLLOW ON

16   LITIGATION IF PEOPLE HAVE A SENSE AS TO HOW THEY GO ABOUT

17   WEAVING THROUGH THIS PROCESS.

18        MR. RODGERS:  SURE.

19        THE COURT:  ANY OTHER QUESTIONS?

20        MR. SILBER:  JUST A COUPLE OF CLARIFICATIONS IF I MAY,

21   YOUR HONOR.

22             COUNSEL MENTIONED THAT TENANT 1 AND 2 -- THE CASE

23   IS IN ADMINISTRATIVE FORFEITURE.  I CAN REPRESENT TO THE

24   COURT THAT A CLAIM WAS FILED OVER THE WEEKEND, AND THOSE

25   PROCEEDINGS WERE, THEREFORE, BROUGHT TO A TERMINATION; SO
```

1    THERE IS NO PENDING ADMINISTRATIVE FORFEITURE.  BUT YOU
2    WOULDN'T KNOW THAT.
3         MR. RODGERS:  CORRECT.  AND, YOUR HONOR, MAYBE THIS IS
4    A GOOD TIME TO POTENTIALLY GO INTO THE OTHER ISSUES BECAUSE
5    THERE ARE A WEALTH OF ADDITIONAL ISSUES WITH RESPECT TO
6    JUDICIAL CIVIL FORFEITURE, JUDICIAL ADMINISTRATIVE
7    FORFEITURE, THE 11 DAYS WITH JUDGE KLAUSNER THAT ALL DEAL
8    WITH THESE SPECIFIC ISSUES.  I KNOW THE COURT INDICATED
9    PREVIOUS JUDICIALLY THE COURT DOES HAVE JURISDICTION OVER
10   THESE MOTIONS.  I WOULD LIKE TO RAISE AN ARGUMENT AS TO WHY I
11   BELIEVE THAT IS NOT THE CASE.  ALL OF THAT FACTORS IN WITH
12   RESPECT TO HOW THIS ISSUE OF RETURNS ARE CONCERNED.  AND SO I
13   DIDN'T THINK THE COURT HAD TERMINATED IN ANY WAY DISCUSSION
14   ABOUT THAT ISSUE THAT I WOULD LIKE TO ADDRESS WITH RESPECT TO
15   JURISDICTION, BUT EVERYTHING TURNS UPON THAT.  AND SO I WOULD
16   BE HAPPY TO ADDRESS THAT ISSUE WHENEVER THE COURT --
17        THE COURT:  YES.  AND I'M HAPPY TO DISCUSS THAT.  I
18   THINK THE COURT MAYBE HAS A SLIGHTLY DIFFERENT VIEW, BUT I
19   SEE THE STANDING ISSUE AS SORT OF A GATEWAY ISSUE BECAUSE THE
20   TENANTS PROBABLY ARE NOT GOING TO WANT TO PURSUE THESE
21   MOTIONS IF THEY CAN'T PROCEED ANONYMOUSLY; SO I SORT OF FEEL
22   LIKE WE NEED TO DEAL WITH THAT FIRST.  ONCE WE GET PAST THAT
23   ISSUE, IF WE DECIDE THAT THEY CAN PROCEED ANONYMOUSLY, THERE
24   IS STANDING; THEN I THINK THESE REALLY GO ON A CASE-BY-CASE
25   BASIS BECAUSE A LOT IS GOING TO DEPEND UPON WHAT THE

```
1    GOVERNMENT'S POSITION IS.  IF THE GOVERNMENT HAS GOT
2    FORFEITURE PROCEEDINGS, FOR EXAMPLE, I THINK THAT SUPERSEDES
3    WHAT WE'RE DOING HERE.  I THINK THAT'S -- I THINK THE ONLY
4    TIME -- I MEAN, I THINK THE MOTIONS ARE APPROPRIATE WHEN THE
5    GOVERNMENT DOESN'T HAVE PROCEEDINGS AGAINST THE PROPERTY
6    PENDING.  I THINK THE MOTIONS ARE APPROPRIATE WHEN THE
7    GOVERNMENT HAS -- IS NOT INVESTIGATING THE PROPERTY FOR
8    CRIMINAL PURPOSES; SO IT'S GOING TO BE ON A CASE-BY-CASE
9    BASIS.
10            I MIGHT AGREE WITH YOU IN SOME INSTANCES, BUT I
11   MIGHT DISAGREE WITH YOU IN OTHERS DEPENDING ON THE TENANT AND
12   THE TYPE OF PROPERTY WE'RE TALKING ABOUT.
13       MR. RODGERS:  I SEE.  WITH RESPECT TO THE RETURNS AND
14   THE CASES THAT WE CITED IN CONNECTION WITH THE BRIEF, I'LL
15   POINT OUT THE FOLLOWING:  THEY FILED THIS MOTION UNDER RULE
16   41(G).  I SUSPECT THAT MOST OF THE PROPERTY THE GOVERNMENT IS
17   GOING TO RETURN AND IS NOT SEEKING TO FORFEIT WILL BE
18   RETURNED WITHIN THE NEXT 60 DAYS.  THAT'S MY SUSPICION.  I
19   DON'T KNOW THAT, BUT THAT'S MY IMPRESSION.  BUT THESE THINGS
20   ALL DEPEND ON A NUMBER OF DIFFERENT ISSUES.
21            FOR EXAMPLE, THERE WAS A CLASS ACTION FILED IN
22   FRONT OF JUDGE KLAUSNER FOR THESE SPECIFIC TYPE OF CLAIMS,
23   CLAIMANTS TO WHOM THE GOVERNMENT IS NOT SEEKING
24   ADMINISTRATIVE FORFEITURE.  THAT MOTION WAS FILED ABOUT TWO
25   WEEKS AGO.  IT'S BEING BRIEFED.  IT IS A CLASS ACTION WITH
```

1  RESPECT TO THIS; AND, AGAIN, IT WAS AN INDEPENDENT ACTION

2  THAT WAS FILED WITH RESPECT TO THOSE PARTICULAR TYPES OF

3  CLAIMANTS, WHICH IS TENANT 3, IN CONNECTION WITH THIS.

4          AND SO WITH RESPECT TO THAT, AND AS ALL OF THOSE

5  OTHER CLAIMANTS NEED 12 OTHER CASES HAS DECIDED AN

6  INDEPENDENT ACTION IS APPROPRIATE AND WARRANTED AND UNDER THE

7  *IBRAHIM* CASE AS WELL AS THE *RITCHIE* CASE, WHICH WE ALREADY

8  CITED, WE BELIEVE THOSE CASES, AS WELL AS *MARTINSON* AND ALL

9  NINTH CIRCUIT CASES, HOLD THAT, WHEN THERE IS NO CRIMINAL

10  PROCEEDINGS AGAINST THE MOVANTS, WHICH IS SPECIFICALLY WHAT

11  THOSE CASES SAY -- IF THERE IS NO CRIMINAL PROCEEDINGS

12  AGAINST THE MOVANT, WHICH THE MOVANTS ARE HERE, THEN THE

13  COURT WILL ALLOW A RULE 41(G) MOTION.  BUT THE RULE 41(G)

14  MOTION HAS TO BE FILED AS AN INDEPENDENT CIVIL CASE BECAUSE

15  IN THAT CIRCUMSTANCE, AS THE COURT RECOGNIZES, THAT'S A WHOLE

16  POLICY AND A WHOLE REASON THAT THE COURT IN *MARTINSON* -- THE

17  NINTH CIRCUIT MADE THAT DECISION.  THERE'S NO FORUM IN THAT

18  CIRCUMSTANCE FOR A MOVANT WHO'S NOT A CRIMINAL DEFENDANT TO

19  FILE ANYTHING.

20          SO THE COURT DETERMINED -- THE COURTS IN

21  *MARTINSON*, *RITCHIE,* *IBRAHIM*, *ATCARDO* [PHONETIC], ALL NINTH

22  CIRCUIT CASES, HAVE DETERMINED IN THAT CIRCUMSTANCE, BECAUSE

23  THERE IS NO AVAILABLE FORUM, THE ONLY WAY THAT WE CAN CREATE

24  A FORUM FOR A MOVANT TO BE HEARD IS TO ALLOW EQUITABLE

25  JURISDICTION FOR SOMEBODY TO FILE A RULE 41(G) CRIMINAL

1    MOTION EVEN THOUGH IN FILING THIS MOTION IN WHAT IS KNOWN AS

2    A CIVIL CASE.  THAT CREATES AN ADEQUATE REMEDY AT LAW FOR

3    THOSE INDIVIDUALS BECAUSE THERE'S NO OTHER PROCEEDING FOR

4    THEM TO BE HEARD.

5              AND IN THAT CIRCUMSTANCE, BASED UPON THE 12 OTHER

6    CASES THAT ARE IN FRONT OF JUDGE KLAUSNER, ALL OF THOSE

7    CLAIMS, NOT JUST PLAINTIFFS FOR WHOM WE STARTED

8    ADMINISTRATIVE FORFEITURE PROCEEDINGS BUT PLAINTIFFS WHOM WE

9    HAVEN'T STARTED ANY FORFEITURE PROCEEDINGS.  ALL OF THOSE

10   PLAINTIFFS UNDERSTAND THAT FULL WELL; AND ALL OF THOSE

11   PLAINTIFFS HAVE GOTTEN SUMMONS ISSUED, AND THOSE SUMMONS

12   PROVIDE, WITH RESPECT TO EACH OF THOSE CASES, THAT THE

13   GOVERNMENT HAS TO RESPOND IN 60 DAYS TO ALL OF THEIR

14   COMPLAINTS BECAUSE, UNDER FEDERAL RULE OF CIVIL PROCEDURE 4

15   AND 12(A)(2), THE GOVERNMENT IS GIVEN 60 DAYS TO RESPOND TO

16   COMPLAINTS.  ALL OF THOSE PLAINTIFFS WHO ARE REPRESENTED BY

17   ASSET FORFEITURE LAWYERS KNOW FULL WELL THAT THE PROBLEM WITH

18   FILING A MOTION FOR RETURN IN A CRIMINAL CASE LIKE THIS WHEN

19   SOMEBODY DOES NOT HAVE THE RIGHT TO INTERVENE IS YOU ARE

20   GOING TO END UP WITH A VOID JUDGMENT OR VOID ORDERS BECAUSE

21   THE ORDERS ARE BEYOND, RESPECTFULLY, IN MY VIEW, THE COURT'S

22   JURISDICTION.  I HAVE NEVER SEEN ANYONE DO IT THIS WAY.  THAT

23   IS BOTH WITH RESPECT TO ITEMS THAT WE'RE SEEKING TO RETURN AS

24   WELL AS ITEMS WE'RE SEEKING TO FORFEIT.  WITH RESPECT TO

25   ITEMS WE ARE SEEKING TO FORFEITURE, THOSE ARE ITEMS THAT WE

1  STARTED ADMINISTRATIVE FORFEITURE ON MAY 20.

2          IF I CAN JUST READ QUICKLY A QUOTE FROM THE

3  *RITCHIE* CASE WITH RESPECT TO WHETHER OR NOT A RULE 41(G) IS

4  PROPERLY FILED BY A MOVANT IN A CRIMINAL CASE IN WHICH THE

5  MOVANT IS NOT A PARTY.  IN *RITCHIE*, THE COURT STATED AS

6  FOLLOWS -- *RITCHIE* IS A NINTH CIRCUIT 2003 OPINION, 342 F.3D

7  903, 906 -- ON PAGE 906:  "RULE 41 MOTIONS ARE TREATED AS

8  PROCEEDINGS IN EQUITY WHEN THERE ARE NO CRIMINAL PROCEEDINGS

9  AGAINST THE MOVANT."  NOT AGAINST THE CRIMINAL DEFENDANT.

10  IT'S AGAINST THE MOVANT.

11          ALSO, IN *UNITED STATES V. MARTINSON*, ANOTHER

12  NINTH CIRCUIT CASE AT 802 F.2D AT 1366, 1367, QUOTE, "A

13  DISTRICT COURT HAS JURISDICTION TO ENTERTAIN MOTIONS TO

14  RETURN PROPERTY SEIZED BY THE GOVERNMENT WHEN THERE ARE NO

15  CRIMINAL PROCEEDINGS AGAINST THE MOVANT."  IT IS NOT AGAINST

16  THE CRIMINAL DEFENDANT; IT'S AGAINST THE MOVANT.

17          THE GOVERNMENT COULDN'T ADDRESS THE ARGUMENT THAT

18  THE MOVANTS MADE IN THEIR REPLY BRIEF BECAUSE, TYPICALLY, IF

19  SOMEBODY'S TRYING TO FILE A MOTION TO INTERVENE IN A CRIMINAL

20  CASE, THEY BEAR THE BURDEN ON THAT ISSUE; AND IN THEIR

21  OPENING BRIEF, THEY WILL ADDRESS THAT ISSUE.  THEY WILL SAY,

22  "WE'RE MAKING A MOTION TO INTERVENE UNDER FEDERAL RULE OF

23  CIVIL PROCEDURE 24," OR WHATEVER.  BUT THEY DIDN'T DO THAT

24  HERE.  THEY JUST SIMPLY FILED A MOTION, WHICH I HAVE NEVER

25  SEEN IN ONE OF THESE CASES.  PARTIES ALWAYS FILE FOR RULE

1    41(G) MOTIONS.  WHETHER WE'VE DONE ADMINISTRATIVE FORFEITURE,

2    JUDICIAL FORFEITURE, WHETHER WE ARE GOING TO RETURN THE

3    PROPERTY, WHATEVER, THEY ALWAYS FILE INDEPENDENT ACTION

4    BECAUSE THEY REALIZE WHAT GOOD DOES IT DO TO FILE A MOTION IN

5    A CRIMINAL CASE IN WHICH THEY ARE NOT NAMED AS A CRIMINAL

6    DEFENDANT AND THE GOVERNMENT IS NOT SEEKING CRIMINAL

7    FORFEITURE AGAINST THE PROPERTY THAT THEY ARE SEEKING TO HAVE

8    RETURNED?  IF THE COURT DOESN'T HAVE JURISDICTION, WHY BOTHER

9    FILING A MOTION BEFORE THAT COURT?  THAT IS WHY THE 12 OTHER

10    PLAINTIFFS HAVE NOT DONE IT THAT WAY.

11    AND I SUBMIT -- PARTICULARLY I ASK THE COURT TAKE

12    A LOOK AT THE CLASS ACTION THAT WAS FILED.  I DON'T HAVE THE

13    CASE NUMBER, BUT I CAN CERTAINLY FIND IT.  IT WAS FILED ON

14    BEHALF OF A CLASS OF ALL PEOPLE FOR WHOM THE GOVERNMENT IS

15    NOT FORFEITING THE PROPERTY, WHICH, I GUESS, MEANING IS NOT

16    CONDUCTING A CRIMINAL INVESTIGATION BUT TO WHOM THE

17    GOVERNMENT IS GOING TO RETURN PROPERTY.  AND IN CONJUNCTION

18    WITH THAT CASE -- I KNOW BECAUSE I'M WORKING ON THAT CASE --

19    ONE OF THE PARTIES WHO REQUESTED A RETURN AND IS SCHEDULED TO

20    RETURN REQUESTED A RETURN SEVEN DAYS BEFORE THE MOTION WAS

21    FILED.  AND SO WHILE THE GOVERNMENT IS WORKING THROUGH

22    THAT -- AND I HAVE INDICATED THAT IT IS MY HOPE THAT WE WILL

23    GET THESE THINGS RETURNED TO THESE PEOPLE -- WE ARE NOT DOING

24    FORFEITURE WITH RESPECT TO THEIR PROPERTY.  THAT IS THE

25    APPROPRIATE FORUM, I BELIEVE, WITH RESPECT TO THIS ISSUE.

1            BECAUSE ANOTHER ISSUE WITH RESPECT TO RULE 41

2     MOTIONS IS -- A RULE 41 MOTION IN A CRIMINAL CASE CAN BE

3     DENIED IN THE EVENT THE GOVERNMENT CAN SHOW THAT THE

4     GOVERNMENT NEEDS TO RETAIN THE PROPERTY FOR EVIDENTIARY

5     PURPOSES IN THE CRIMINAL CASE OR THEIR FORFEITURE PROCEEDINGS

6     IN A CRIMINAL CASE.  IT MAKES NO SENSE WITH RESPECT TO WHAT

7     THE MOVANTS HAVE DONE HERE BECAUSE WE ARE RETAINING PROPERTY

8     FOR EVIDENTIARY PURPOSES IN CONNECTION WITH THE CRIMINAL CASE

9     AGAINST USPV.  WE ARE NOT RETAINING PROPERTY AS EVIDENCE WITH

10    RESPECT TO A CRIMINAL CASE THAT DOESN'T EXIST AGAINST THE

11    MOVANTS WHO AREN'T CRIMINAL DEFENDANTS.

12            SO THE WHOLE -- THEY HAVE CITED ONE 1976 DECISION

13    OUT OF THE DISTRICT OF COLUMBIA CIRCUIT TO SUPPORT THEIR

14    PROPOSITION.  EVEN WHEN A CRIMINAL CASE OVER, A COURT STILL

15    HAS JURISDICTION.  THEY COMPLETELY MISINTERPRETED OR MISCITED

16    THAT CASE.  THAT WAS A CASE WHERE THE CRIMINAL DEFENDANT WAS

17    FILING A MOTION FOR RETURN OF PROPERTY AFTER THE CRIMINAL

18    CASE WAS OVER.  AND THE COURT SAID IN THAT CASE, "OKAY.

19    WE'VE HAD JURISDICTION OVER THE CRIMINAL DEFENDANT.  THE

20    GOVERNMENT SEIZED A WHOLE BUNCH OF PROPERTY FROM THE CRIMINAL

21    DEFENDANT.  THE CRIMINAL CASE IS NOW OVER.  THE GOVERNMENT NO

22    LONGER HAS A NEED TO RETAIN THAT PROPERTY FOR EVIDENCE

23    BECAUSE A CRIMINAL CASE IS OVER.  AS A RESULT, WE ARE GOING

24    TO ALLOW THIS MOTION UNDER FEDERAL RULE OF CRIMINAL PROCEDURE

25    TO BE HEARD IN THIS CRIMINAL CASE."  THAT'S NOT WHAT THE

1    MOVANTS ARE DOING HERE.  THE MOVANTS HAVE NEVER BEEN CRIMINAL

2    DEFENDANTS.

3              AGAIN, THEIR ONLY DECISION TO SUPPORT THEIR

4    POSITION IS A 1976 DISTRICT OF COLUMBIA CIRCUIT CASE WHERE IT

5    IS THEIR -- THE GOVERNMENT CITED THREE -- FOUR NINTH CIRCUIT

6    CASES AS WELL AS DISTRICT COURT OPINIONS THAT INSTRUCT

7    DISTRICT COURTS HOW THEY SHOULD TREAT THESE MOTIONS FOR

8    RETURN OF PROPERTY.

9         THE COURT:  LET ME YOU ASK:  IN THE *RITCHIE* AND

10   *MARTINSON* CASES, THE NINTH CIRCUIT CASES YOU MENTIONED, IN

11   THOSE CASES, THE 41 -- THE RULE 41(G) MOTIONS -- WERE THEY

12   FILED IN A CONTEXT OF A CIVIL CASE?

13        MR. RODGERS:  NO.  THEY WERE FILED IN THE CONTEXT --

14   THEY WERE FILED IN THE CONTEXT OF A -- LET ME MAKE SURE ABOUT

15   THIS.  IF THERE'S A CRIMINAL CASE PENDING, PEOPLE CAN FILE

16   RULE 41(G) MOTIONS.  CRIMINAL DEFENDANT DOES.  WHAT HAPPENS

17   IN CONNECTION WITH THOSE CRIMINAL CASES WHERE A CRIMINAL

18   DEFENDANT FILES A MOTION IS OUR RESPONSE IS YOU DON'T HAVE TO

19   APPEAR FOR A 41(G) MOTION.  A CRIMINAL DEFENDANT WILL HAVE

20   HIS OR HER DAY IN COURT AT TRIAL WITH RESPECT TO THE CRIMINAL

21   DEFENDANT.

22        THE COURT:  RIGHT.  BUT I GUESS MY QUESTION IS YOUR

23   ARGUMENT IS THAT IT HAS TO BE A CRIMINAL DEFENDANT FILING

24   THIS MOTION; RIGHT?

25        MR. RODGERS:  THAT'S ABSOLUTELY CORRECT.

1          THE COURT:  YES.  I'M WONDERING -- I MEAN, THAT'S NOT

2     THE -- NOT IN THE RULE; RIGHT?

3          MR. RODGERS:  WELL, IT'S IN THIS RULE.  IN ORDER FOR A

4     PARTY TO INTERVENE IN A CASE, THE PARTY HAS TO SET FORTH HIS

5     OR HER RIGHT TO INTERVENE.  A PARTY CAN'T, FOR EXAMPLE, JUST

6     FILE JOINDERS IN MOTION WHERE THEY ARE NOT PARTIES.  BUT THE

7     FACT THAT THE RULE SAYS YOU CAN FILE A MOTION DOESN'T MEAN

8     THAT YOU CAN FILE A MOTION IN ANY CASE.  IT MEANS THAT

9     THERE'S GOT TO BE A BASIS FOR DOING SO.  THERE'S GOT TO BE

10    AUTHORITY THAT PERMITS YOU TO DO SO.

11          AS A MOVANT IN A CIVIL CASE, IN A CRIMINAL

12    CASE -- IT DIDN'T REALLY MATTER IN ORDER TO -- IF YOU ARE NOT

13    A PARTY IN THAT CASE, YOU CAN'T JUST FILE A MOTION.  IF THERE

14    IS NO CRIMINAL CASE PENDING AT ALL EITHER AGAINST THE

15    CRIMINAL DEFENDANT, THEN THE CRIMINAL DEFENDANT, OBVIOUSLY,

16    HAS GOT TO FILE A RULE 41(G) MOTION.  BUT IF THERE IS NO CASE

17    AT ALL, WHAT HAPPENS IN *MARTINSON* -- NOW, *MARTINSON* IS SORT

18    OF A DIFFERENT SITUATION, BUT *RITCHIE* STATES THAT THERE IS NO

19    CRIMINAL CASE AGAINST A CRIMINAL DEFENDANT OR AGAINST THE

20    MOVANT AND THERE'S NO CIVIL CASE.  AND THE COURT SAYS, "WELL,

21    YOU HAVE TO CREATE" -- "THIS MOVANT HAS NO ADEQUATE REMEDY AT

22    ALL.  YOU HAVE TO CREATE A FORUM FOR THIS MOVANT TO BE ABLE

23    TO HAVE HIS OR HER MOTION HEARD."  AND THAT FORUM, THE COURT

24    HAS SAID, IS -- THE FORUM IS "WE'LL ALLOW A CIVIL CASE TO

25    START AND WE'LL ALLOW UNDER A CRIMINAL PROCEDURAL RULE

1    BECAUSE CRIMINAL PROCEDURAL RULES DON'T APPLY TO CIVIL CASES,

2    BUT THE COURT SAID AT THE BEGINNING OF *MARTINSON* WE'LL TREAT

3    THESE AS CIVIL EQUITABLE PROCEEDINGS, AND WE'LL TREAT THESE

4    RULE 41(G) MOTIONS AS A CIVIL COMPLAINT."

5           AND THEN *MARTINSON* AND THE *RITCHIE* AND *IBRAHIM*

6    STATE, "OKAY.  WHEN WE TREAT THEM AS A CIVIL COMPLAINT, EVEN

7    THOUGH IT'S A RULE OF CRIMINAL PROCEDURE, WE'LL APPLY ALL THE

8    RULES OF CIVIL PROCEDURE TO THOSE PROCEEDINGS; AND YOU WILL

9    FILE AN INDEPENDENT ACTION BECAUSE THERE'S NOWHERE ELSE FOR

10   YOU TO SUE."  THAT DOESN'T MEAN THAT, IF THERE'S A CRIMINAL

11   CASE AGAINST A CRIMINAL DEFENDANT, THAT ANYONE IN THE WORLD

12   CAN FILE A MOTION IN THAT CASE.  THAT'S GOT TO BE AUTHORITY

13   TO PROVE IT.

14        THE COURT:  YEAH.  AND THAT THAT'S WHAT I WOULD LIKE TO

15   KNOW MORE ABOUT.  AND MAYBE YOU CAN INCLUDE THAT IN YOUR

16   WRITING, WHAT THE RULE SAYS A PERSON AGGRIEVED BY AN UNLAWFUL

17   SEARCH AND SEIZURE OF PROPERTY MAY MOVE FOR THE PROPERTY'S

18   RETURN.  THE MOTION MUST BE FILED IN THE DISTRICT WHERE THE

19   PROPERTY WAS SEIZED.  SO THIS IS THE DISTRICT WHERE THE

20   PROPERTY WAS SEIZED.  THIS IS THE COURT THAT'S GOT THE

21   CRIMINAL CASE, BUT THE CRIMINAL CASE ENDED UP HERE, AND THE

22   SEIZURE FALLS UNDERNEATH THAT CRIMINAL CASE.  TENANTS 1, 2,

23   3, AND 4 SAY THEY ARE INDIVIDUALS AGGRIEVED -- THEY ARE

24   PERSONS AGGRIEVED BY AN UNLAWFUL SEARCH, AND I -- SO IF

25   THE -- IF THE RULE IS, AS YOU SUGGEST, THAT THEY NEED TO BE

```
 1    CRIMINAL DEFENDANTS AND THEY NEED TO -- ON -- AND THEY
 2    NEED TO FILE -- THERE'S SOME OTHER PROCEDURE THAT THEY NEED
 3    TO GO THROUGH, I WOULD LIKE TO SEE SOMETHING DIRECTLY ON
 4    POINT THERE.
 5         MR. RODGERS:  OKAY.  I CAN CERTAINLY BRIEF THAT.  AND I
 6    AM GOING TO ADD IN CONNECTION WITH THAT.  BUT MY POINT IN ALL
 7    OF THIS IS, IF SOMEBODY WANTS TO INTERVENE IN A CASE, THEY
 8    BEAR THE BURDEN OF SHOWING THEY HAVE A RIGHT TO DO SO.  I
 9    UNDERSTAND WHAT THE STATUTE SAYS JUST BY READING IT, BUT IF
10    YOU READ IT, JUST BY LOOKING AT IT -- AND I'M NOT SURE THAT
11    THE SEIZURE PERTAINS TO NECESSARILY THIS CRIMINAL CASE.  IT
12    MAY BUT IT MAY NOT.  IT'S TOO BROAD TO ASSUME -- IF YOU JUST
13    READ THAT STATUTE, IT ALLOWS ANYBODY TO FILE A MOTION.  THE
14    ISSUE IS WHERE THEY CAN FILE THE MOTION.  IT'S NOT IF THEY
15    CAN FILE A MOTION.  THEY CAN FILE A MOTION, AND THE COURT
16    SAID IN *MARTINSON* AND ITS PROGENY THEY CAN FILE THAT MOTION
17    AND WILL ALLOW THEM TO DO SO UNDER THE EQUITABLE JURISDICTION
18    OF THE COURT WHO GAVE THEM THE LETTER CONCERNING THE LAW.
19    BUT THAT IS WHY 12 OTHER CLAIMANTS HAD FILED SEPARATE
20    ACTIONS.  THEY DON'T WANT -- AND, QUITE FRANKLY, THESE
21    MOVANTS SHOULDN'T WANT AN ORDER THAT GOES BEYOND THE COURT'S
22    JURISDICTION.  IT DOESN'T HELP ANYBODY.
23         THE COURT:  I'M NOT PERSUADED THAT THE 12 PEOPLE IN THE
24    OTHER LAWSUIT BEFORE JUDGE KLAUSNER HAVE DONE THE RIGHT
25    THING.  I'M NOT SURE.  THAT DOESN'T MOVE ME BY SAYING --
```

```
1          MR. RODGERS:  I UNDERSTAND.

2          THE COURT:  -- THEY DID THIS; SO, YOU KNOW, TENANTS 1,

3    2, 3, AND 4 SHOULD HAVE.  I'M CURIOUS ABOUT THE PROCEDURE.

4    THE RULE SEEMS TO NOT CONTAIN THE RESTRICTIONS THAT YOU ARE

5    TRYING TO IMPOSE ON IT, WHICH IS -- YOU KNOW, CERTAINLY CAN

6    BE THE CASE IF THERE'S CASE LAW OUT THERE.

7          SO I'M GOING TO REVISE WHAT I SAID BEFORE.  I'M

8    GOING TO GIVE YOU ALL EACH TEN PAGES.  I'D LIKE YOU TO

9    ADDRESS THE STANDING ISSUE WITH RESPECTIVE TO PROCEEDING

10   ANONYMOUSLY AND WHATEVER CASE LAW YOU CAN SHED ON THE PROPER

11   PROCEDURES FOR BRINGING A 41(G) MOTION.  CAN THE -- A

12   PERSON -- CAN WE READ THE RULE LITERALLY OR NOT IS THE

13   QUESTION THERE.  AND IF THIS HAS ALREADY BEEN DECIDED, THE

14   COURT WOULD CERTAINLY APPRECIATE KNOWING ABOUT THAT.

15         MR. SILBER:  THANK YOU, YOUR HONOR.

16         DOES YOUR HONOR WISH TO ADDRESS PROBABLE CAUSE

17   AND THE OTHER QUESTIONS AT THE NEXT --

18         THE COURT:  YES.  WELL, I WANT TO GET THROUGH THESE

19   GATEWAY ISSUES, AND THEN I FEEL LIKE IT'S GOING TO BE ON A

20   MOTION-BY-MOTION BASIS BECAUSE YOU MAY SAY, "WELL, YOU KNOW,

21   TENANT 3, THE STAMP COLLECTION, YEAH, WE'RE FINE THERE; BUT

22   TENANT 4, THE -- YOU KNOW, THE CASH AND COINS, WE'RE NOT."

23   SO WE'LL DEAL WITH THOSE ON A MOTION-BY-MOTION BASIS.

24         MR. SILBER:  OKAY.  AND ONE THING ALSO TO CLARIFY FOR

25   THE COURT.  IF YOU RULED AGAINST MY CLIENTS ON THE ABILITY TO
```

1     PROCEED ANONYMOUSLY, THEY'LL BE IN A POSITION WHERE THEY HAVE

2     TO CHOOSE BETWEEN THEIR PROPERTY RIGHTS AND PRIVACY, AND I

3     CAN TELL YOU THEY ARE GOING TO CHOOSE THEIR PROPERTY RIGHTS.

4     THEY REALLY WANT TO BE ANONYMOUS FOR THE REASONS THAT WE

5     STATED; BUT, CERTAINLY, I CAN TELL YOU IT WOULD BE A LOSS TOO

6     GREAT TO BEAR CERTAINLY FOR TENANTS 1 AND 2.  IT WOULD JUST

7     BE TOO GREAT TO BEAR.  THEY WOULD HAVE TO JUST SUCK IT UP

8     AND, YOU KNOW, TAKE IT.

9          THE COURT:  I DON'T WANT YOU TO NEGOTIATE AGAINST

10    YOURSELF YET.

11         MR. SILBER:  I KNOW.  BUT I WANT TO BE CLEAR WITH THE

12    COURT SO YOU KNOW WHAT WE ARE DEALING WITH.  YOU KNOW, BY NO

13    MEANS TAKE THAT AS A CONCESSION THAT WE WISH TO PROCEED NOT

14    ANONYMOUSLY, BUT IT IS ONE OF THOSE SITUATIONS WHERE YOU ARE

15    CHOOSING BETWEEN WHICH RIGHT -- YOU KNOW, WHAT IS THE LESSER

16    OF MY TWO EVILS?  YOU KNOW, THIS IS NOT JUST A PLAY TO BE

17    ANONYMOUS.  THEY REALLY NEED THEIR PROPERTY BACK.

18         THE COURT:  OKAY.  GREAT.  THANK YOU.  THANK YOU,

19    COUNSEL, AND THANK YOU.  AND I'LL LOOK FORWARD TO THAT

20    BRIEFING.  THE MORE EXAMPLES OF ON-POINT THINGS YOU CAN

21    PROVIDE ME, THE BETTER.  AND WE'LL TALK ABOUT IT ON THE 28TH.

22         MR. RODGERS:  THANK YOU.

23         MR. SILBER:  IS THERE A TIME FOR THE 28TH?

24         THE CLERK:  3:00 P.M.?

25         THE COURT:  YES.  DOES THIS TIME WORK FOR EVERYBODY IF

1       WE DID IT AT 3:00?

2              MR. SILBER:  WHATEVER WORKS FOR THE COURT, YOUR HONOR.

3              THE COURT:  YES, 3:00 ON THE 28TH.

4              MR. RODGERS:  THAT'S FINE, YOUR HONOR.

5              THE COURT:  AND WE'LL -- THIS WAY WE'LL HAVE PLENTY OF

6       TIME.  IT IS AFTER EVERYTHING ELSE AND WE CAN DIG INTO

7       THINGS.

8              MR. SILBER:  SOUNDS GOOD.  THANK YOU, YOUR HONOR.

9

10                    (AT 3:40 P.M., THE PROCEEDINGS WERE

11                     ADJOURNED UNTIL JUNE 28, 2021; 3:00

12                     P.M.)

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT

1                CERTIFICATE OF FEDERAL PRO TEMPORE

2                      OFFICIAL REPORTER

3

4      COUNTY OF LOS ANGELES )

5      STATE OF CALIFORNIA   )

6

7              I, GAYE L. LIMON, FEDERAL PRO TEMPORE OFFICIAL

8      COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT

9      FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY

10     THAT, PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE,

11     THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

12     STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

13     ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS

14     IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL

15     CONFERENCE OF THE UNITED STATES.

16              DATED THIS 20TH DAY OF JUNE, 2021.

17

18     _____

       GAYE L. LIMON, CSR NO. 7416
19     FEDERAL PRO TEMPORE OFFICIAL COURT REPORTER

20

21

22

23

24

25