LAW OFFICES OF BRIAN SILBER, P.A.
Brian Silber (Admitted Pro Hac Vice)
916 South Andrews Avenue
Fort Lauderdale, FL 33316
Telephone: (954) 462-3636
Email: silberlaw@gmail.com

THE LENTZ LAW FIRM, P.C.
Jacek W. Lentz (Cal. State Bar No. 213198)
9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210
Telephone: (213) 250 - 9200
Facsimile: (888) 571 – 5591
Email: jwl@lentzlawfirm.com

Attorneys For Movants
Tenants 1 - 4

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-CR-00106-MCS |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL OF PREVIOUSLY FILED SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES [DKT. 40]** |
| v. | |
| U.S. PRIVATE VAULTS INC., California Corporate Number C3405297, | |
| Defendant. | |

TO THE HONORABLE COURT AND THE OFFICE OF THE UNITED STATES ATTORNEY FOR THE CENTRAL DISTRICT OF CALIFORNIA:

Movants Tenants 1 – 4 hereby withdraw their Supplemental Memorandum of Points and Authorities filed under Dkt. No. 40.