1   **DECLARATION OF SUPERVISORY SPECIAL AGENT JESSIE MURRAY**

2       I, Supervisory Special Agent Jessie Murray, declare as follows:

3       1.      I am a Supervisory Special Agent with the FBI.

4       2.      On May 20, 2021, the FBI initiated administrative forfeiture proceedings as

5   to the $400,000 within box number 503.  Attached hereto as Exhibit A is a true and

6   correct copy of the May 20, 2021 letter sent to the person who later submitted a claim to

7   the FBI on June 6, 2021, and attached hereto as Exhibit B is a true and correct copy of

8   the claim submitted June 6, 2021 to the FBI to contest the FBI's administrative forfeiture

9   of the $400,000.  The May 20, 2021 letter and June 6, 2021 claim have been redacted

10  because it is my understanding that the issue of the claimant's anonymity may be at issue

11  in the Court proceedings.

12      I declare under penalty of perjury under the laws of the United States of America

13  that the foregoing is true and correct.

14      Executed in Los Angeles, California on July 8, 2021.

16                                  SSA JESSIE MURRAY

11