

# CLAIM FORM

**YOU MUST COMPLETE ALL PARTS OF THIS FORM FOR THE ASSETS YOU ARE CLAIMING.**

**Note:** There is no legal form or format required for filing a claim; this document is provided for your convenience. Please visit https://www.forfeiture.gov/FilingClaim.htm for more specific guidance on filing your claim with the appropriate seizing agency.

**Frivolous Claim Statement:** If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Privacy Act Notice:** The Department of Justice is collecting this information for the purpose of processing your claim. Providing this information is voluntary; however, the information is necessary to process your application. Information collected is covered by Privacy Act System of Records Notice Department of Justice (DOJ), DOJ-002-DOJ Computer Systems Activity & Access Records, Federal Register (71 FR 29170). This information may be disclosed to contractors when necessary to accomplish an agency function, to law enforcement when there is a violation or potential violation of law, or in accordance with other published routine uses. For a complete list of routine uses, see the system of records notice listed above.

## SECTION I - CONTACT INFORMATION

### CLAIMANT INFORMATION

**Claimant/Contact Name:** (Last, First)
███████████

| **Business/Institution Name:** (if applicable) | **Prisoner ID:** (If applicable) |
|---|---|
| | |

**Address:** (Include Street, City, State, and Zip Code)
███████████
Reseda, CA ███

**Social Security Number/Tax Identification Number:** (Enter N/A if you do not have one)
N/A

**Please provide an explanation why you do not have a Social Security Number, if above is N/A:**
We will provide upon later request.

| **Phone:** (optional) | **Email:** (optional) |
|---|---|
| | |

### ATTORNEY INFORMATION (if applicable)

**Attorney Name:** (Last, First)
Silber, Brian

**Attorney Title:**

**Firm Name:** (if applicable)
LAW OFFICES OF BRIAN Y SILBER P.A.

**Attorney Address:** (Include Street, City, State, and Zip Code)
916 S ANDREWS AVE
FT LAUDERDALE, FL 33316

**Are you an attorney filing this claim on behalf of your client?**  [X] Yes   [ ] No

| **Attorney Phone:** (optional) | **Attorney Email:** (optional) |
|---|---|
| 954-462-3636 | silberlaw@gmail.com |

If any of this information changes, you are responsible for notifying the agency of the new information.

## SECTION II - ASSET LIST

List each asset ID and asset description that you are claiming.

| # | Asset ID | Asset Description |
|---|---|---|
| 1 | 21-FBI-003090 | $400,000.00 U.S. Currency, SN: **** seized by the FBI on March 22, 2021 in Beverly Hills, CA. |

**Exhibit B**
**15**

## SECTION III - INTEREST IN PROPERTY

Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.

### INTEREST IN PROPERTY INFORMATION

| Asset ID | Asset Description |
|---|---|
| 21-FBI-003090 | $400,000.00 U.S. Currency, SN: ****  in Beverly Hills, CA.   seized by the FBI on March 22, 2021 |

In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset:

I am tenant of Box 503 at U.S. Private Vaults, located at 9182 West Olympic Blvd., Beverly Hills, CA 90212. I possess both keys to the box and can describe its contents. I claim an ownership interest and a possessory interest in $400,000.00. This is my family's life savings. They have entrusted me to secure this property for all of our benefit. This money was obtained by my family from the sale of real estate, from insurance claim proceeds, and from savings earned from employment in the healthcare industry.

In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.

We will provide at a later point in time if necessary.

**Exhibit B**
**16**

## SECTION IV - RECOVERY OF LOSS

No Recovery of Loss exists.

## SECTION V - DECLARATION AND REPRESENTATION

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.



Signature

Printed Name

06.06.21

Date

### Sworn Notice of Representation

*This section must be completed only by claimants who are represented by an attorney.*

I have retained the above-named attorney to represent me in this matter. I have reviewed the foregoing claim and found that its contents are accurate to the best of my information and belief. I declare under penalty of perjury that the foregoing information is true and correct.



Signature

Printed Name

06.06.21

Date

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

Attached Document List:

**Exhibit B**