# DECLARATION OF AUSA VICTOR A. RODGERS

I, Victor A. Rodgers, declare as follows:

1. I am one of the attorneys of record representing the government in this matter.

2. Attached hereto as Exhibit A is a true and correct copy of Docket No. 27 in <u>Loe v. United States of America, et al.</u>, Case No. 2:21-cv-003348-RGK-MAR, and is Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on July 12, 2021.

                                              /s/
                              AUSA VICTOR A. RODGERS