TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Sections
    1100/1400/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269/0142/0141
    E-mail:  Andrew.Brown@usdoj.gov
             Victor.Rodgers@usdoj.gov
             Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. PRIVATE VAULTS, INC.,<br>   California Corporate Number C3405297<br><br>    Defendant. | Case No. 2:21-cr-00106-MCS<br><br>**PLAINTIFF UNITED STATES OF AMERICA'S SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES REGARDING THE MOTION OF TENANT 4 FOR RETURN OF PROPERTY PURSUANT TO FED. R. CRIM. P. 41(g) AND TO PROCEED ANONYMOUSLY**<br><br>Date:        July 26, 2021<br>Time:       3:00 p.m.<br>Courtroom: 7C, the Honorable<br>                     Mark C. Scarsi |

## MEMORANDUM OF POINTS AND AUTHORITIES

The government is submitting an identical supplemental memorandum of points and authorities regarding Tenant 3 (box 7304) and 4 Tenant 4 (box 34), because the contents of those boxes either have been or shortly will be returned.

The government is returning property that is not subject to the administrative forfeiture proceedings, which proceedings and their impact are discussed in the supplemental memorandum, filed concurrently herewith, in opposition to the joint motion filed by Tenants 1 and 2 for return of property and to proceed using a pseudonym.  The government is returning other property, such as the contents of Tenant's 3 and 4's respective boxes, because the government has not initiated forfeiture proceedings against them.  To reiterate, whether a box's contents will be returned at this time depends upon whether forfeiture proceedings have been initiated against a particular box, in which event the property will not be returned at this time.

During the last hearing on June 7, 2021, the government indicated it would check the status of Tenant 3's box, which is box number 7304, and did so, and determined that box 7304 was not part of the administrative forfeiture proceedings.  As a result, the FBI contacted box 7304's attorney, and an appointment was made on June 9, 2021 for the boxholder to retrieve the boxholder's items on Monday, July 12, 2021, which is the same date this supplemental memorandum is being filed.  See also docket no. 42 (tenants' supplemental memorandum at 1:26-2:2).  The government will file a further status report within a week regarding the status of the return on this box.

In addition, the government indicated during the June 7, 2021 hearing that Tenant 4's box, which is box 34, had already been slated for return.  The contents of the box were returned June 11, 2021, as set forth in Tenants' supplemental memorandum.  Docket no. 42 (tenants' supplemental memorandum at 1:26-2:2).  Accordingly, Tenant 3 and 4 motions for return of property and to proceed anonymously using a pseudonym should be denied as moot, assuming Tenant 3's property is returned.

/ / /

As to returning contents of particular boxes, there are some difficulties that can cause delays, including identifying the boxholders, people not showing up for appointments to retrieve their items from their boxes and initial staffing problems at the FBI. The return process (and the difficulties therewith) are described extensively in the Declaration of FBI Special Agent Lynne Zellhart, which is Docket No. 51-1 in the related civil case entitled Snitko, et al., v. United States of America, et al., Case No. 2:21-cv-04405-RGK-MAR, and the government incorporates that declaration by reference here.

Dated: July 12, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

　　　/s/
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA