TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Sections
    1100/1400/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269/0142/0141
    E-mail: Andrew.Brown@usdoj.gov
            Victor.Rodgers@usdoj.gov
            Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. PRIVATE VAULTS, INC.,<br>  California Corporate Number<br>  C3405297<br><br>    Defendant. | Case No. 2:21-cr-00106-MCS<br><br>**PLAINTIFF UNITED STATES OF AMERICA'S STATUS REPORT REGARDING TENANT 3 RETURN**<br><br>Date:        July 26, 2021<br>Time:       3:00 p.m.<br>Courtroom:  7C, the Honorable<br>                Mark C. Scarsi |

## MEMORANDUM OF POINTS AND AUTHORITIES

The government is submitting this status report regarding Tenant 3 (box 7604).[1] As noted in the government's July 12, 2021 supplemental memorandum, an appointment was scheduled for July 12, 2021 for Tenant 3 to pick up the contents of Tenant 3's box. Docket Nos. 44 and 45. However, Tenant 3 cancelled the appointment, but the appointment was rescheduled for July 15, 2021, and Tenant 3 retrieved the contents of that box on July 15, 2021. The box also contained approximately $6,895.00 and, now that the non-currency items have been retrieved by Tenant 3, the government has taken steps to return the currency. As the government has previously stated, neither Tenant 3 nor Tenant 4's boxes were ever earmarked for asset forfeiture proceedings. In addition, to the extent any of the tenants (i.e., Tenants 1, 2, 3 or 4) claim that items were missing or lost by the government and therefore not returned, a Fed. R. Crim. P. 41(g) motion is improper and jurisdiction does not lie because the government has sovereign immunity and a motion or complaint is improper since such a motion requires, in order for subject matter jurisdiction to lie, the movant's exhaustion of the movant's administrative remedies by submitting a claim to the FBI, and having the FBI deny that claim to the missing or lost property. See Government's motion to dismiss in Search and Seizure of Box No. 8309 at U.S. Private Vaults, Case no. 2:21-CV-03554-RGK-MAR, docket no. 18 filed July 14, 2021 at pages 6-9.

Dated: July 19, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

          /s/
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Attorneys for Plaintiff
UNITED STATES OF AMERICA

---

[1] The government's supplemental memorandum filed July 12, 2021 incorrectly identified this box as Box 7304. The correct box number is box 7604.

1