ORIGINAL

Benjamin N. Gluck - State Bar No. 203997
   bgluck@birdmarella.com
Nicole R. Van Dyk - State Bar No. 261646
   nvandyk@birdmarella.com
Naomi S. Solomon - State Bar No. 321357
   nsolomon@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Movant Michelle Friedman Gerlis

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

U.S. PRIVATE VAULTS,

    Defendant.

CASE NO. 21-CR-00106-MCS

**DECLARATION OF BENJAMIN N. GLUCK IN SUPPORT OF MOTION TO INTERVENE AND FOR ORDER UNSEALING SEARCH WARRANT MATERIAL**

*[Filed concurrently with Notice of Motion and Motion to Intervene And For Order Unsealing Search Warrant Material; Memorandum of Points and Authorities in support thereof; Declaration of Michelle Friedman Gerlis]*

Date: August 9, 2021
Time: 3:00 p.m.
Crtrm.: 7C

Assigned to Hon. Mark C. Scarsi

3735625.1

DECLARATION OF BENJAMIN N. GLUCK

# DECLARATION OF BENJAMIN N. GLUCK

I, Benjamin N. Gluck, declare as follows:

1. I am an active member of the Bar of the State of California and a Principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Movant Michelle Friedman Gerlis in this action. I make this declaration in support of Michelle Gerlis's Motion to Unseal Search Warrant Material. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. I have had many conversations with AUSA's Andrew Brown, Victor Rodgers, and Maxwell Coll regarding the Government's searches and seizures of property from U.S. Private Vaults. Mr. Brown told me that the Government inventoried, inspected, and took into Government control the contents of about 800 safe deposit boxes at that facility.

3. Mr. Brown told me that the search and seizure at U.S. Private Vaults was conducted pursuant to two separate warrants—one authorizing search and seizure for evidentiary purposes, and one authorizing search and seizure for forfeiture purposes. Despite my repeated requests to Mr. Brown and my similar requests of Mr. Coll, the Government has refused to provide any copies of the former. The Government has also refused to provide any more than a very limited excerpt of an affidavit supporting the warrants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on July 26, 2021, at Los Angeles, California.

_____
Benjamin N. Gluck

## PROOF OF SERVICE

***United States v. U.S. Private Vaults***
**Case No. 21-CR-00106-MCS**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, 23rd Floor, Los Angeles, CA 90067-2561.

On July 26, 2021, I served the following document(s) described as **DECLARATION OF BENJAMIN N. GLUCK IN SUPPORT OF MOTION TO INTERVENE AND FOR ORDER UNSEALING SEARCH WARRANT MATERIAL** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** By placing a true copy thereof in sealed envelopes addressed to the parties listed on the attached Service List and causing them to be deposited in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid. I am readily familiar with our firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address aeastman@birdmarella.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY MESSENGER SERVICE:** I caused the documents to be served by placing them in an envelope or package addressed to the persons at the addresses listed on the Service List and providing them to a professional messenger service for service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 26, 2021, at Los Angeles, California.

*/s/ Alicia L. Eastman*
Alicia L. Eastman

3735625.1

3

DECLARATION OF BENJAMIN N. GLUCK

**SERVICE LIST**
*United States v. U.S. Private Vaults*
**Case No. 21-CR-00106-MCS**

**VIA U.S. MAIL AND E-MAIL**

Andrew Brown
Maxwell K. Coll
Victor A. Rodgers
United States Attorney's Office
312 North Spring Street, 11th Floor
Los Angeles, CA 90012
Telephone: (213) 894-0102
Email: andrew.brown@usdoj.gov
Email: Maxwell.Coll@usdoj.gov
Email: Victor.Rodgers@usdoj.gov
**Counsel for the United States of America**

Jacek W. Lentz
Lentz Law Firm PC
9171 Wilshire Boulevard, Suite 500
Beverly Hills, CA 90210
Telephone: (213) 250-9200
Email: jwl@lentzlawfirm.com
**Counsel for Movants Tenants 1, 2, 3 and 4**

Brian Y. Silber
Law Offices of Brian Silber, P.A.
916 South Andrews Avenue
Fort Lauderdale, FL 33316
Telephone: (954) 462-3636
Email: silberlaw@gmail.com
**Counsel for Movants Tenants 1, 2, 3 and 4**

**VIA MESSENGER**

Andrew Brown
United States Attorney's Office
312 North Spring Street, 11th Floor
Los Angeles, CA 90012
Telephone: (213) 894-0102
Email: andrew.brown@usdoj.gov
**Counsel for the United States of America**