**ORIGINAL**

**FILED**

2021 JUL 26 PM 1:41

1  Benjamin N. Gluck - State Bar No. 203997
    bgluck@birdmarella.com
2  Nicole R. Van Dyk - State Bar No. 261646
    nvandyk@birdmarella.com
3  Naomi S. Solomon - State Bar No. 321357
    nsolomon@birdmarella.com
4  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
5  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
6  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
7
   Attorneys for *Reason* Magazine
8
                    **UNITED STATES DISTRICT COURT**
9
          **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
10

11

12  UNITED STATES OF AMERICA,                CASE NO. 21-CR-00106-MCS **FAXED**

13            Plaintiff,                      **DECLARATION OF MIKE ALISSI IN
                                              SUPPORT OF JOINDER OF *REASON*
14       vs.                                  MAGAZINE IN MICHELLE
                                              FRIEDMAN GERLIS'S MOTION TO
15  U.S. PRIVATE VAULTS,                      INTERVENE AND FOR ORDER
                                              UNSEALING SEARCH WARRANT
16            Defendant.                      MATERIAL
17
18                                            *[Filed concurrently with Joinder of Reason
                                              Magazine in Michelle Friedman Gerlis's
19                                            Motion to Intervene And For Order
                                              Unsealing Search Warrant Material]*
20
21                                            Date:    August 9, 2021
                                              Time:    3:00 p.m.
22                                            Crtrm.:  7C
23                                            Assigned to Hon. Mark C. Scarsi
24
25
26
27
28

3735655.2

DECLARATION OF MIKE ALISSI

**DECLARATION OF MIKE ALISSI**

I, Mike Alissi, declare as follows:

1.      I am the publisher of *Reason* magazine.  I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2.      Founded in 1968, *Reason* is the nation's leading libertarian magazine.  It produces and disseminates hard-hitting independent journalism on civil liberties, politics, technology, policy, culture, and economics.  *Reason* distributes an average of approximately 50,000 copies of its magazine, which is published 11 times per year.  It also operates a website, www.reason.com, which receives an average of approximately 5.2 million visits per month.

3.      *Reason* produces original videos that draw an average of approximately 5.3 million views a month, as well as podcasts, live events, and more.  Its staffers regularly appear on leading cable news and radio programs and our work is widely cited in the media.  Its offices are located in Los Angeles and Washington, D.C.

4.      *Reason* has published six articles about the Government's search and seizure at U.S. Private Vaults.  These articles attracted 485,000 page views at www.reason.com.  *Reason's* posts about the U.S. Private Vaults matter on Twitter, Facebook, and Instagram reached 690,000 users and received engagement from 21,000 users.

5.      *Reason* intends to continue reporting on the Government's seizure of property from customers of U.S. Private Vaults and asserts a First Amendment right to review and inform the public about the content of the warrant material, including without limitation, (a) the scope and strength of any evidence that the Government relied on to do what it did here, (b) whether the Government was forthright with the Magistrate about its intentions with respect to the customers' property, and (c) whether the Government complied with any representations it made to the Magistrate about what it would or would not do with respect to customers' property.

I declare under penalty of perjury under the laws of the United States of America

3735655.2

DECLARATION OF MIKE ALISSI

1 │ that the foregoing is true and correct.

2 │      Executed July 22, 2021 at Hamden, Connecticut

3

4

5 │               Mike Alissi

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3735655.2

3

DECLARATION OF MIKE ALISSI

## PROOF OF SERVICE

### *United States v. U.S. Private Vaults*
### Case No. 21-CR-00106-MCS

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 1875 Century Park East, 23rd Floor, Los Angeles, CA 90067-2561.

On July 26, 2021, I served the following document(s) described as **DECLARATION OF MIKE ALISSI IN SUPPORT OF JOINDER OF *REASON* MAGAZINE IN MICHELLE FRIEDMAN GERLIS'S MOTION TO INTERVENE AND FOR ORDER UNSEALING SEARCH WARRANT MATERIAL** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY MAIL:**  By placing a true copy thereof in sealed envelopes addressed to the parties listed on the attached Service List and causing them to be deposited in the mail at Los Angeles, California.  The envelopes were mailed with postage thereon fully prepaid.  I am readily familiar with our firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused the document(s) to be sent from e-mail address aeastman@birdmarella.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY MESSENGER SERVICE:**  I caused the documents to be served by placing them in an envelope or package addressed to the persons at the addresses listed on the Service List and providing them to a professional messenger service for service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 26, 2021, at Los Angeles, California.

Alicia L. Eastman

3735655.2

4

DECLARATION OF MIKE ALISSI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**
*United States v. U.S. Private Vaults*
**Case No. 21-CR-00106-MCS**

**VIA U.S. MAIL AND E-MAIL**

Andrew Brown
Maxwell K. Coll
Victor A. Rodgers
United States Attorney's Office
312 North Spring Street, 11th Floor
Los Angeles, CA  90012
Telephone: (213) 894-0102
Email: andrew.brown@usdoj.gov
Email: Maxwell.Coll@usdoj.gov
Email: Victor.Rodgers@usdoj.gov
**Counsel for the United States of America**

Brian Y. Silber
Law Offices of Brian Silber, P.A.
916 South Andrews Avenue
Fort Lauderdale, FL 33316
Telephone: (954) 462-3636
Email: silberlaw@gmail.com
**Counsel for Movants Tenants 1, 2, 3 and 4**

**VIA MESSENGER**

Andrew Brown
United States Attorney's Office
312 North Spring Street, 11th Floor
Los Angeles, CA  90012
Telephone: (213) 894-0102
Email: andrew.brown@usdoj.gov
**Counsel for the United States of America**

Jacek W. Lentz
Lentz Law Firm PC
9171 Wilshire Boulevard, Suite 500
Beverly Hills, CA  90210
Telephone: (213) 250-9200
Email: jwl@lentzlawfirm.com
**Counsel for Movants Tenants 1, 2, 3 and 4**

3735655.2

5

DECLARATION OF MIKE ALISSI