UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.  2:21-cr-00106-MCS-1                                                                 Date: July 26, 2021

Present: The Honorable:  Mark C. Scarsi, United States District Judge

Interpreter    None

| Jennifer Graciano | Miriam Baird | Victor A. Rodgers, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Movant Tenants 1-4 | | | | Brian Silber and Jacek W. Lentz | | X | X |

**Proceedings:** Motions for Order for Leave to Proceed Anonymously (ECF Nos. 11, 15, and 19); Motions for Return of Property (ECF Nos. 12, 16, and 20)

The motion hearing is held. The Court and counsel confer. The Court takes the motions under submission.

IT IS SO ORDERED.

: 27
Initials of Deputy Clerk    JGR