LAW OFFICES OF BRIAN SILBER, P.A.
Brian Silber (Admitted Pro Hac Vice)
916 South Andrews Avenue
Fort Lauderdale, FL 33316
Telephone: (954) 462-3636
Email: silberlaw@gmail.com

THE LENTZ LAW FIRM, P.C.
Jacek W. Lentz (Cal. State Bar No. 213198)
9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210
Telephone: (213) 250 - 9200
Facsimile: (888) 571 – 5591
Email: jwl@lentzlawfirm.com

Attorneys For Movants
Tenants 1 - 4

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-CR-00106-MCS |
|---|---|
| Plaintiff, | **NOTICE OF SUPPLEMENTAL AUTHORITY BY TENANTS 1 AND 2 IN SUPPORT OF MOTION TO PROCEED ANONYMOUSLY AND MOTION TO RETURN PROPERTY** |
| v. | |
| U.S. PRIVATE VAULTS INC., California Corporate Number C3405297, | |
| Defendant. | **Hon. Mark C. Scarsi** |

On July 23, 2021, the Honorable R. Gary Klausner ("Judge Klausner"), U.S. District Court, Central District of California, rendered orders in two cases that are related to the instant one, 21-cv-04405 and 21-cv-03019.

Because the issues ruled upon in those orders directly relate to the questions of jurisdiction and anonymity presently before this Court in the instant case, Tenants' hereby supplement their pending Motion to Proceed Anonymously [DN 11] and Motion for Return of Property [DN 12] with Judge Klausner's orders and incorporate

same into their motions by reference.  See Exhibit A and B, court orders in Case Nos. 2:21-CV-03019 and 21-CV-04405, respectively.

DATED:     July 30, 2021

Respectfully submitted,

LAW OFFICES OF BRIAN SILBER

/s/ Brian Silber

By: _____
Brian Silber
Attorneys for Claimants
Tenants 1 - 4

DATED:     July 30, 2021

Respectfully submitted,

THE LENTZ LAW FIRM, P.C.

/s/ Jacek W. Lentz

By: _____
Jacek W. Lentz
Attorneys for Claimants
Tenants 1 - 4