LAW OFFICES OF BRIAN SILBER, P.A.
Brian Silber (Admitted Pro Hac Vice)
916 South Andrews Avenue
Fort Lauderdale, FL 33316
Telephone: (954) 462-3636
Email: silberlaw@gmail.com

THE LENTZ LAW FIRM, P.C.
Jacek W. Lentz (Cal. State Bar No. 213198)
9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210
Telephone: (213) 250 - 9200
Facsimile: (888) 571 – 5591
Email: jwl@lentzlawfirm.com

Attorneys For Movants
Tenants 1 - 4

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-CR-00106-MCS |
|---|---|
| Plaintiff, | **SECOND NOTICE OF SUPPLEMENTAL AUTHORITY BY TENANTS 1 AND 2 IN SUPPORT OF MOTION TO PROCEED ANONYMOUSLY AND MOTION TO RETURN PROPERTY** |
| v. | |
| U.S. PRIVATE VAULTS INC., California Corporate Number C3405297, | |
| Defendant. | **Hon. Mark C. Scarsi** |

On or about August 1, 2021, Tenants 1 and 2 filed a Notice of Supplemental Authority [Dkt. No. 54]. That notice contained an error in that it referred to two (2) orders signed by Judge Klausner dated July 23, 2021. In fact, only one of the orders was dated July 23, 2021. The other one was dated July 16, 2021.

Tenants hereby provide notice of Judge Klausner's third order dated July 23, 2021 and issued in Case No. 2:21-CV-04405. This third order is attached herein as Exhibit C.

The issues ruled upon in all three orders of which Tenants have provided notice for directly relate to the questions of jurisdiction and anonymity presently before this Court in the instant case. Consequently, Tenants' hereby supplement their pending Motion to Proceed Anonymously [Dkt. No. 11] and Motion for Return of Property [Dkt. No. 12] with Judge Klausner's orders and incorporate same into their motions by reference. See Exhibit A and B attached to the Tenants' first notice [Dkt. No. 54] as well as Exhibit C attached to the Second Notice herein.

DATED: August 2, 2021

Respectfully submitted,

LAW OFFICES OF BRIAN SILBER

/s/ Brian Silber

By: _____
Brian Silber
Attorneys for Claimants
Tenants 1 - 4

DATED: August 2, 2021

Respectfully submitted,

THE LENTZ LAW FIRM, P.C.

/s/ Jacek W. Lentz

By: _____
Jacek W. Lentz
Attorneys for Claimants
Tenants 1 - 4