Benjamin N. Gluck - State Bar No. 203997
　bgluck@birdmarella.com
Nicole R. Van Dyk - State Bar No. 261646
　nvandyk@birdmarella.com
Naomi S. Solomon - State Bar No. 321357
　nsolomon@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Movant Michelle Friedman
Gerlis Joining Movant Reason

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>U.S. PRIVATE VAULS,<br><br>　　　　Defendant. | CASE NO. 21-CR-00106-MCS<br><br>**STIPULATION AND REQUEST FOR ORDER**<br><br>*[Filed concurrently with (Proposed) Order]*<br><br>Date:　August 9, 2021<br>Time:　3:00 p.m.<br>Crtrm.:　7C<br><br>Assigned to Hon. Mark C. Scarsi |

Moving parties Michelle Friedman Gerlis and *Reason* magazine (collectively "Movants") and the United States of America respectfully stipulate and request that the Court (1) issue an Order in the form filed concurrently with this stipulation and (2) take Movants' pending Motion off calendar.

On July 26, 2021, Movant Michelle Friedman Gerlis filed a motion seeking to intervene in this action and requesting that the Court unseal the as-yet-unsealed portions of the search warrant(s) and affidavit related to the search of U.S. Private Vaults on or around March 22, 2021. (Dkt. No. 48.) Movant *Reason* joined that motion. (Dkt. No. 51.) In order to resolve these matters, counsel for the United

3738634.1

States of America has proposed that the Government provide Movants redacted versions of all search warrants and affidavits sought in the motion. The redactions will be limited to information that appears to be residential addresses, vehicle license numbers, and the portion of the affidavit explaining the basis for the Government's belief that Target Poliak lives at a particular address. Movants are prepared to accept such a redacted version of the documents.

The Government requests that the original (unredacted) versions of these documents remain under seal. The Government will provide copies of the redacted versions directly to Movants counsel.

In the event the Court issues the proposed Order filed with this stipulation, counsel for Movants requests that the Motion to Unseal, currently scheduled for August 9, 2021, be withdrawn and taken off calendar.

DATED: August 2, 2021

Benjamin N. Gluck
Nicole R. Van Dyk
Naomi S. Solomon
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: _____/s/ Benjamin N. Gluck_____
Benjamin N. Gluck
Attorneys for Movant Michelle Friedman Gerlis and joining Movant *Reason*

DATED: August 2, 2021

TRACY L. WILKISON
Acting United States Attorney

By: _____/s/ Andrew Brown_____
ANDREW BROWN
Assistant United States Attorney
Attorneys for Plaintiff UNITED STATES OF AMERICA