Benjamin N. Gluck - State Bar No. 203997
  bgluck@birdmarella.com
Nicole R. Van Dyk - State Bar No. 261646
  nvandyk@birdmarella.com
Naomi S. Solomon - State Bar No. 321357
  nsolomon@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Movant Michelle Friedman Gerlis and Joining Movant *Reason* Magazine

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>U.S. PRIVATE VAULTS,<br><br>    Defendant. | CASE NO. 21-CR-00106-MCS<br><br>**STIPULATION REQUESTING THE COURT TO CORRECT ORDER REGARDING SEARCH WARRANTS AND AFFIDAVIT (Dkt. No. 57)**<br><br>Assigned to Hon. Mark C. Scarsi |

On August 2, 2021, Moving parties Michelle Friedman Gerlis and *Reason* magazine (collectively "Movants") and the United States of America (together, the "Parties") submitted a stipulation notifying the Court that they had reached a compromise resolving the issues raised in Movants' Motion (Dkt. No. 48) and Joinder (Dkt. No. 51), and requesting that the Court enter the concurrently filed proposed order effectuating that compromise (Dkt. No. 56-1).

On August 3, 2021, the Court entered an order in the same form as that proposed by the Parties. (Dkt. No. 57.) Upon reviewing the order, the Parties realized that counsel for Movants had mistakenly filed a draft of the proposed order which did not contain all of the edits requested by the Government and agreed to by the Parties. Accordingly, in order to

correct that error, the Parties respectfully request that the Court (a) strike the order filed by the Court as Dkt. No. 57, and (b) instead file the corrected proposed order attached to this stipulation.

    Counsel for Movants apologize for this error and the inconvenience caused to the Court.

DATED: August 4, 2021

Benjamin N. Gluck
Nicole R. Van Dyk
Naomi S. Solomon
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By:    */s/ Benjamin N. Gluck*
      Benjamin N. Gluck
Attorneys for Movant Michelle Friedman Gerlis and joining Movant *Reason* Magazine

DATED: August 4, 2021

TRACY L. WILKISON
Acting United States Attorney

By:    */s/ Andrew Brown*
      ANDREW BROWN
Assistant United States Attorney
Attorneys for Plaintiff UNITED STATES OF AMERICA

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 4, 2021

By: */s/ Benjamin N. Gluck*
Benjamin N. Gluck
Attorneys for Movant Michelle Friedman Gerlis and Joining Movant *Reason Magazine*