# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> vs. <br> U.S. PRIVATE VAULTS, <br>     Defendant. | CASE NO. 21-CR-00106-MCS <br><br> **(PROPOSED) ORDER** <br><br> *[Filed concurrently with Stipulation]* <br><br> Assigned to Hon. Mark C. Scarsi |

GOOD CAUSE APPEARING THEREFORE:

1. Not later than three days after the issuance of this Order, the Government shall provide to counsel for Movants Michelle Friedman Gerlis and *Reason* Magazine a copy of the search warrant and affidavit for U.S. Private Vaults, 9182 W. Olympic Blvd., Beverly Hills, CA, which was executed on or about March 22, 2021.

2. Such documents shall not be redacted except as follows. The Government may redact: (a) any information it believes is a residential address; (b) any vehicle license or registration number; (c) that portion of the affidavit explaining the Government's basis for believing that an individual resides at a particular address.

3. The original (unredacted) version of these documents shall remain sealed.

3738920.1

The redacted document shall be treated as unsealed.

4.     The Motion to Unseal (Dkt No. 48), currently scheduled for August 9, 2021, is taken off calendar.

DATED: August ___, 2021

_____
Honorable Mark C. Scarsi
United States District Judge

Submitted by:

Bird, Marella, Boxer, Wolpert,
Nessim, Drooks, Lincenberg & Rhow, P.C.
Benjamin N. Gluck
Nicole R. Van Dyk
Naomi S. Solomon

      */s/ Benjamin N. Gluck*
_____
           Benjamin N. Gluck
Attorneys for Movant Michelle Friedman
Gerlis Joining Movant *Reason* Magazine