# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge  Mark C. Scarsi

From: Dion Mitchell                     , Deputy Clerk    Date Received: 08/19/2021

Case No.: 2:21-cr-00106-MCS           Case Title: USA v. U.S. PRIVATE VAULTS, INC., California Corporate

Document Entitled: Notice of Motion and motion for return of property by movants listed below

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1      Documents must be filed electronically
- ☐ Local Rule 6-1        Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1     Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1      No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1     Document not legible
- ☐ Local Rule 11-3.8     Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1     No copy provided for judge
- ☐ Local Rule 11-6       Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8       Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1       Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7       Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1       Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1       Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2       Statement of genuine disputes of material fact lacking
- ☐ Local Rule 83-2.5     No letters to the judge
- ☐ Fed. R. Civ. P. 5     No proof of service attached to document(s)
- ☒ Other:  The initial filing of the unredacted version of the motion was filed without the application and and order on 08/18/2021.

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____        _____
Date                           U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.  Only the caption-page of the rejected motion is attached hereto.

August 23, 2021                /s/ Mark C. Scarsi
_____        _____
Date                           U.S. District Judge / ~~U.S. Magistrate Judge~~

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (06/13)            NOTICE OF DOCUMENT DISCREPANCIES

LAW OFFICES OF BRIAN SILBER, P.A.
Brian Silber (Pro Hac Vice)
916 South Andrews Avenue
Fort Lauderdale, FL 33316
Telephone: (954) 462-3636
Email: silberlaw@gmail.com

THE LENTZ LAW FIRM, P.C.
Jacek W. Lentz (State Bar No. 213198)
9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210
Telephone: (213) 250 - 9200
Facsimile: (888) 571 – 5591
Email: jwl@lentzlawfirm.com

Attorneys for
All Movants Listed Below

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>U.S. PRIVATE VAULTS INC.,<br>California Corporate Number C3405297,<br><br>　　　　　　Defendant. | Case No. 21-CR-00106-MCS<br><br>**NOTICE OF MOTION AND MOTION FOR RETURN OF PROPERTY BY MOVANTS LISTED BELOW**<br><br>[Rule 41(g) Fed. Rules Crim. Proc.]<br><br>Date: September 20, 2021<br>Time: 3 p.m.<br>Department: 7C<br><br>**Hon. Mark C. Scarsi** |

TO THE HONORABLE COURT AND THE OFFICE OF THE UNITED STATES ATTORNEY FOR THE CENTRAL DISTRICT OF CALIFORNIA:

　　PLEASE TAKE NOTICE that on the date and time indicated above, or as soon as the matter may be heard, all Movants listed and identified below ("Movants") will,

8/19/21

Dear Mr. Kerr & the Court:

Please kindly accept the motion attached herein in lieu of one filed yesterday. The version submitted yesterday contains information that should have been redacted in Exhibit C.

The present motion is 100% identical but for Exhibit C.

Please accept our most sincere apologies for our inexcusable error. We sincerely regret the inconvenience we have caused.

J. Lentz