LAW OFFICES OF BRIAN SILBER, P.A.
Brian Silber (Pro Hac Vice)
916 South Andrews Avenue
Fort Lauderdale, FL 33316
Telephone: (954) 462-3636
Email: silberlaw@gmail.com

THE LENTZ LAW FIRM, P.C.
Jacek W. Lentz (Cal. State Bar No. 213198)
9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210
Telephone: (213) 250 - 9200
Facsimile: (888) 571 – 5591
Email: jwl@lentzlawfirm.com

Attorneys for Movants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br><br><br>U.S. PRIVATE VAULTS INC.,<br>California Corporate Number C3405297,<br><br>　　　　　　　Defendant. | Case No. 21-CR-00106-MCS<br><br>**APPLICATION TO SEAL RECORD**<br><br>**Date: TBD**<br>**Time: TBD**<br>**Department: C7**<br><br>Hon. Mark C. Scarsi |

## **APPLICATION TO SEAL RECORD**

TO THE HONORABLE COURT AND THE OFFICE OF THE UNITED STATES ATTORNEY FOR THE CENTRAL DISTRICT OF CALIFORNIA:

On August 18, 2021, the undersigned attorneys filed a Motion for Return of Property on behalf of Movants. Because this matter is a criminal case and Movants are neither a defendant nor the United States, Movants were required to file their motion in paper format (as opposed to electronically). However, in so doing, the undersigned inadvertently failed to redact mailing addresses listed in "Exhibit C (Sample Notices of Seizure)" to the motion. The undersigned discovered this error after the courthouse had already closed for the day.

To rectify the situation, attorney Jacek W. Lentz appeared in person at the Clerk's Office upon their opening on today's date (August 19, 2021). The Clerk accepted a properly redacted version of the motion and filed it. However, to address the fact that the August 18 filing has unredacted confidential information in it, the Clerk instructed Mr. Lentz to move the Court to seal the entire August 18 motion and its exhibits.

WHEREFORE, the Movants and the undersigned attorneys motion this Court to seal the Motion for Return of Property filed on August 18, 2021 including all exhibits, especially "Exhibit C (Sample Notices of Seizure)" which contained the unredacted addresses, forthwith.

DATED:   August 19, 2021

Respectfully submitted,

LAW OFFICES OF BRIAN SILBER

By: /s/ Brian Silber
_____
Brian Silber
Attorneys for Movants
~~Pro Hac Vice~~

DATED: August 19, 2021

Respectfully submitted,

THE LENTZ LAW FIRM, P.C.

By: /s/ Jacek W. Lentz
Jacek W. Lentz
Attorneys for Movants

# PROOF OF SERVICE

I, Malgorzata A. Graves, declare as follows:

I am over the age of eighteen years, and not a party to the within case; my business address is The Lentz Law Firm, P.C., 9171 Wilshire Blvd, Suite 500, Beverly Hills, California 90210. On August 19, 2021, I served the within:

**APPLICATION TO SEAL RECORD, PROPOSED ORDER**

in the United States District Court, Central District of California, Court Case No. 21-CR-00106-MCS, by sending a true copy thereof, as indicated and addressed as follows:

Mr. Andrew Brown
Assistant US Attorney
Office of US Attorney
Major Frauds Section
312 North Spring Street, 11th Floor
Los Angeles, CA 90012-4700
[Email: Andrew.brown@usdoj.gov]

Mr. Benjamin N. Gluck
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East,
23rd Floor
Los Angeles, CA 90067-2561
[Email: bng@birdmarella.com]

Victor A. Rodgers, Jr.
AUSA-Office of US Attorney Asset Forfeiture Division
312 North Spring Street 14th Floor Los Angeles, CA 90012
213-894-2569
213-894-0142 (fax)
[Email: victor.rodgers@usdoj.gov]

U.S. Private Vaults
c/o Mr. Michael Singer
Singer & Larsen, P.C.
1291 Galleria Drive, Suite 230
Henderson, NV 89014
[Email: msinger@mhsingerlaw.com]

Maxwell K Coll
AUSA - Office of US Attorney
Criminal Division - US Courthouse
312 North Spring Street Suite 1200
Los Angeles, CA 90012
213-894-1785
213-894-0141 (fax)
[Email: maxwell.coll@usdoj.gov]

☐ **(BY MAIL)** By placing such document in an envelope, with postage thereon fully prepaid for Priority Mail, for collection and mailing at 79 Forest Lake Dr., Asheville, NC 28803. I am readily familiar with the process of collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

☐ **(BY PERSONAL SERVICE)** By causing such document to be delivered by hand with instructions that it be personally served.

PROOF OF SERVICE

☒ **[BY ELECTRONIC MAIL]** By personally sending such documents, as a PDF attachments, via electronic mail from the address of jwl@lentzlawfirm.com to the electronic addresses listed above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 19, 2021, at Asheville, North Carolina.

*/s/ Malgorzata H Graves*

Malgorzata A. Graves

PROOF OF SERVICE

# PROOF OF SERVICE

I, Malgorzata A. Graves, declare as follows:

I am over the age of eighteen years, and not a party to the within case; my business address is The Lentz Law Firm, P.C., 9171 Wilshire Blvd, Suite 500, Beverly Hills, California 90210. On August 19, 2021, I served the within:

**APPLICATION TO SEAL RECORD, PROPOSED ORDER**

in the United States District Court, Central District of California, Court Case No. 21-CR-00106-MCS, by sending a true copy thereof, as indicated and addressed as follows:

Mr. Andrew Brown
Assistant US Attorney
Office of US Attorney
Major Frauds Section
312 North Spring Street, 11th Floor
Los Angeles, CA 90012-4700
[Email: Andrew.brown@usdoj.gov]

Mr. Benjamin N. Gluck
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East,
23rd Floor
Los Angeles, CA 90067-2561
[Email: bng@birdmarella.com]

Victor A. Rodgers, Jr.
AUSA-Office of US Attorney Asset Forfeiture Division
312 North Spring Street 14th Floor Los Angeles, CA 90012
213-894-2569
213-894-0142 (fax)
[Email: victor.rodgers@usdoj.gov]

U.S. Private Vaults
c/o Mr. Michael Singer
Singer & Larsen, P.C.
1291 Galleria Drive, Suite 230
Henderson, NV 89014
[Email: msinger@mhsingerlaw.com]

Maxwell K Coll
AUSA - Office of US Attorney
Criminal Division - US Courthouse
312 North Spring Street Suite 1200
Los Angeles, CA 90012
213-894-1785
213-894-0141 (fax)
[Email: maxwell.coll@usdoj.gov]

☐ **(BY MAIL)** By placing such document in an envelope, with postage thereon fully prepaid for Priority Mail, for collection and mailing at 79 Forest Lake Dr., Asheville, NC 28803. I am readily familiar with the process of collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

☐ **(BY PERSONAL SERVICE)** By causing such document to be delivered by hand with instructions that it be personally served.

☒ **[BY ELECTRONIC MAIL]** By personally sending such documents, as a PDF attachments, via electronic mail from the address of jwl@lentzlawfirm.com to the electronic addresses listed above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 19, 2021, at Asheville, North Carolina.

*Malgorzata A. Graves*

Malgorzata A. Graves

PROOF OF SERVICE

LODGED

2021 AUG 19 PM 3:21

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___ JM ___

UNITED STATES DISTRICT COURT

THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>U.S. PRIVATE VAULTS INC.,<br>California Corporate Number C3405297,<br><br>　　　　　　Defendant. | Case No. 21-CR-00106-MCS<br><br>**[PROPOSED] ORDER** |

GOOD CAUSE BEING SHOWN, upon consideration Movants' Application To Seal Record is hereby granted and the Motion for Return of Property filed by Movants on August 18, 2021 is ordered sealed.

DATED: _____          _____
                                Hon. Mark C. Scarsi
                                U.S. District Court Judge

[PROPOSED] ORDER                -1-