# EXHIBIT

# "A"

# EXHIBIT

# "A"

# DECLARATION
# BY MARION AROM

1.      I am the person who rented a U.S. Private Vaults, Inc. ("USPV") safety deposit box number 4107 ("Box 4107") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212.

2.      I authorize attorneys Brian Silber and Jacek W Lentz to represent me in my effort to recover my property from the government following its seizure of my box between March 22 – 26, 2021. I also authorize them to represent me in my motion for return of property that is being filed in Case No. 21-CR-00106, in the United States District Court for the Central District of California. I further authorize the U.S. government (the "government"), to return my property, as noted below, to my attorneys Brian Silber and/or Jacek W. Lentz.

3.      I claim an ownership and possessory interest in the contents of Box 4107, which contained $170,175.00 in U.S. Currency and 100 Gold Coins (the "Subject Property"). Being deprived of access and use of the Subject Property has resulted in a great hardship for me and I need the property back for my use, enjoyment, and financial security as part of my life savings.

4.      The Subject Property named in this declaration is included in the "Subject Property" named in my pending motion for return of property that is filed with other USPV tenants in Case No. 21-CR-00106.

5.      I possess keys to Box 4107 and would like to present them, through my attorneys, to prove I am the true tenant of Box 4107.  I also able to present photographs of my keys and am willing to share them with the government through my attorneys.

6.      I am willing to submit other evidence to prove my ownership of Box 4107.  For example, I am able to identify the size of my box and its location within the overall USPV facility.

## OATH PURSUANT TO 28 U.S.C. §1746

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 9, 2021 in Los Angeles, California.

_____
Marion Arom
Tenant Box 4107

**DECLARATION**
**BY TERRA BOYD**

1.    I am the person who rented a U.S. Private Vaults, Inc. ("USPV") safety deposit box number  ("Box 7627") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212.

2.    I authorize attorneys Brian Silber and Jacek W. Lentz to represent me in my effort to recover my property from the government following its seizure of my box between March 22 – 26, 2021. I also authorize them to represent me in my motion for return of property that is being filed in Case No. 21-CR-00106, in the United States District Court for the Central District of California. I further authorize the U.S. government (the "government"), to return my property, as noted below, to my attorneys Brian Silber and/or Jacek W. Lentz.

3.    I claim an ownership and possessory interest in the contents of Box 7627, which contained $ 11,280.00 in U.S. Currency (the "Subject Property").  Being deprived of access and use of the Subject Property has resulted in a great hardship for me and I need the property back for my use, enjoyment, and financial security as part of my life savings.

4.    The Subject Property named in this declaration is included in the "Subject Property" named in my pending motion for return of property that is filed with other USPV tenants in Case No. 21-CR-00106.

5.    I possess keys to Box 7627 and would like to present them, through my attorneys, to prove I am the true tenant of Box 7627.  I also possess photographs of my keys and am willing to share them with the government through my attorneys.

6.    I am willing to submit other evidence to prove my ownership of Box 7627.  For example, I am able to identify the size of my box and its location within the overall USPV facility.

## OATH PURSUANT TO 28 U.S.C. §1746

I declare under penalty of perjury that the foregoing is true and correct.
Executed on August 9, 2021 in Los Angeles, California.

Terra Boyd
Tenant Box 7627

## DECLARATION
## BY FIONA BRIQUET

1.      I am the person who rented a U.S. Private Vaults, Inc. ("USPV") safety deposit box number  ("Box 1302") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212.

2.      I authorize attorneys Brian Silber and Jacek W. Lentz to represent me in my effort to recover my property from the government following its seizure of my box between March 22 – 26, 2021. I also authorize them to represent me in my motion for return of property that is being filed in Case No. 21-CR-00106, in the United States District Court for the Central District of California. I further authorize the U.S. government (the "government"), to return my property, as noted below, to my attorneys Brian Silber and/or Jacek W. Lentz.

3.      I claim an ownership and possessory interest in the contents of Box 1302, which contained $321,500 in U.S. Currency (the "Subject Property").  Being deprived of access and use of the Subject Property has resulted in a great hardship for me and I need the property back for my use, enjoyment, and financial security as part of my life savings.

4.      The Subject Property named in this declaration is included in the "Subject Property" named in my pending motion for return of property that is filed with other USPV tenants in Case No. 21-CR-00106.

5.      I possess keys to Box 1302 and would like to present them, through my attorneys, to prove I am the true tenant of Box 1302.  I also possess photographs of my keys and am willing to share them with the government through my attorneys.

6.      I am willing to submit other evidence to prove my ownership of Box 1302.  For example, I am able to identify the size of my box and its location within the overall USPV facility.

### <u>OATH PURSUANT TO 28 U.S.C. §1746</u>

I declare under penalty of perjury that the foregoing is true and correct.
Executed on August 9, 2021 in Los Angeles, California.

Fiona Briquet
Tenant Box 1302

# DECLARATION
## BY MALIA CASIMIR

1.      I am the person who rented a U.S. Private Vaults, Inc. ("USPV") safety deposit box number  ("Box 6") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212.

2.      I authorize attorneys Brian Silber and Jacek W. Lentz to represent me in my effort to recover my property from the government following its seizure of my box between March 22 – 26, 2021. I also authorize them to represent me in my motion for return of property that is being filed in Case No. 21-CR-00106, in the United States District Court for the Central District of California. I further authorize the U.S. government (the "government"), to return my property, as noted below, to my attorneys Brian Silber and/or Jacek W. Lentz.

3.      I claim an ownership and possessory interest in the contents of Box 6, which contained $ 62,000 in U.S. Currency (the "Subject Property").  Being deprived of access and use of the Subject Property has resulted in a great hardship for me and I need the property back for my use, enjoyment, and financial security as part of my life savings.

4.      The Subject Property named in this declaration is included in the "Subject Property" named in my pending motion for return of property that is filed with other USPV tenants in Case No. 21-CR-00106.

5.      I possess keys to Box 6 and would like to present them, through my attorneys, to prove I am the true tenant of Box 6.  I also possess photographs of my keys and am willing to share them with the government through my attorneys.

6.      I am willing to submit other evidence to prove my ownership of Box 6. For example, I am able to identify the size of my box and its location within the overall USPV facility.

## OATH PURSUANT TO 28 U.S.C. §1746

I declare under penalty of perjury that the foregoing is true and correct.
Executed on August 9, 2021 in Los Angeles, California.

Malia Casimir
Tenant Box 6

DECLARATION IN SUPPORT OF MOTION FOR RETURN          -2-
OF PROPERTY

# DECLARATION
# BY MARIO CERRITOS JR.

1.     I am the person who rented a U.S. Private Vaults, Inc. ("USPV") safety deposit box number 48 ("Box 48") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212.

2.     I authorize attorneys Brian Silber and Jacek W. Lentz to represent me in my effort to recover my property from the government following its seizure of my box between March 22 – 26, 2021. I also authorize them to represent me in my motion for return of property that is being filed in Case No. 21-CR-00106, in the United States District Court for the Central District of California. I further authorize the U.S. government (the "government"), to return my property, as noted below, to my attorneys Brian Silber and/or Jacek W. Lentz.

3.     I claim an ownership and possessory interest in the contents of Box 48, which contained $ 299,940 in U.S. Currency (the "Subject Property"). Being deprived of access and use of the Subject Property has resulted in a great hardship for me and I need the property back for my use, enjoyment, and financial security as part of my life savings.

4.     The Subject Property named in this declaration is included in the "Subject Property" named in my pending motion for return of property that is filed with other USPV tenants in Case No. 21-CR-00106.

5.     I possess keys to Box 48 and would like to present them, through my attorneys, to prove I am the true tenant of Box 48. I also possess photographs of my keys and am willing to share them with the government through my attorneys.

6.     I am willing to submit other evidence to prove my ownership of Box 48. For example, I am able to identify the size of my box and its location within the overall USPV facility.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### OATH PURSUANT TO 28 U.S.C. §1746

I declare under penalty of perjury that the foregoing is true and correct.
Executed on August 10, 2021 in Los Angeles, California.

Mario Cerritos Jr.
Tenant Box 48

**DECLARATION**
**BY SALOME CHAVEZ**

1.      I am the person who rented a U.S. Private Vaults, Inc. ("USPV") safety deposit box number 2001 ("Box 2001") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212.

2.      I authorize attorneys Brian Silber and Jacek W. Lentz to represent me in my effort to recover my property from the government following its seizure of my box between March 22 – 26, 2021. I also authorize them to represent me in my motion for return of property that is being filed in Case No. 21-CR-00106, in the United States District Court for the Central District of California. I further authorize the U.S. government (the "government"), to return my property, as noted below, to my attorneys Brian Silber and/or Jacek W. Lentz.

3.      I claim an ownership and possessory interest in the contents of Box 2001, which contained $ 207,100 in U.S. Currency (the "Subject Property").  Being deprived of access and use of the Subject Property has resulted in a great hardship for me and I need the property back for my use, enjoyment, and financial security as part of my life savings.

4.      The Subject Property named in this declaration is included in the "Subject Property" named in my pending motion for return of property that is filed with other USPV tenants in Case No. 21-CR-00106.

5.      I possess keys to Box 2001 and would like to present them, through my attorneys, to prove I am the true tenant of Box 2001.  I also possess photographs of my keys and am willing to share them with the government through my attorneys.

6.      I am willing to submit other evidence to prove my ownership of Box 2001.  For example, I am able to identify the size of my box and its location within the overall USPV facility.

DECLARATION IN SUPPORT OF MOTION FOR RETURN          -1-
OF PROPERTY

## OATH PURSUANT TO 28 U.S.C. §1746

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 9, 2021 in Los Angeles, California.

Salome Chavez
Tenant Box 2001

DECLARATION IN SUPPORT OF MOTION FOR RETURN OF PROPERTY                    -2-

## DECLARATION
## BY DAVID COHEN

1.    I am the person who rented U.S. Private Vaults, Inc. ("USPV") safety deposit box number 321 ("Box 321") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212, in the Central District of California.

2.    I authorize attorneys Brian Silber and Jacek W. Lentz to represent me in my effort to recover my property from the government following its seizure of my box between March 22 – 26, 2021. I also authorize them to represent me in my motion for return of property that is being filed in Case No. 21-CR-00106, in the United States District Court for the Central District of California. I further authorize the U.S. government (the "government"), to return my property, as noted below, to my attorneys Brian Silber and/or Jacek W. Lentz.

3.    I claim an ownership and possessory interest in the contents of Box 321, which contained $172,340.00 in U.S. Currency (the "Subject Property").  Being deprived of access and use of the Subject Property has resulted in a great hardship for me and I need the property back for my use, enjoyment, and financial security as part of my life savings.

4.    The Subject Property named in this declaration is included in the "Subject Property" named in my pending motion for return of property that is filed with other USPV tenants in Case No. 21-CR-00106.

5.    I possess keys to Box 321 and would like to present them, through my attorneys, to prove I am the true tenant of Box 321.  I also possess photographs of my keys and am willing to share them with the government through my attorneys. I am also able to identify the size of my box and its location within the overall USPV facility.

## OATH PURSUANT TO 28 U.S.C. §1746

I declare under penalty of perjury that the foregoing is true and correct.
Executed on August _____10/h_____, 2021 in Los Angeles, California.

**David Cohen**
Tenant of USPV Box 321

DECLARATION IN SUPPORT OF MOTION FOR RETURN
OF PROPERTY                        -2-

# DECLARATION
# BY ZIV COHEN AND KIMBERLY DUTTLE

1.      We are the persons who rented a U.S. Private Vaults, Inc. ("USPV") safety deposit box number 4901 ("Box 4901") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212.

2.      We authorize attorneys Brian Silber and Jacek W Lentz to represent us in our efforts to recover our property from the government following its seizure of my box between March 22 – 26, 2021. We also authorize them to represent us in our motion for return of property that is being filed in Case No. 21-CR-00106, in the United States District Court for the Central District of California. We further authorize the U.S. government (the "government"), to return our property, as noted below, to our attorneys Brian Silber and/or Jacek W. Lentz.

3.      We claim an ownership and possessory interest in the contents of Box 4901, which contained $175,900 in U.S. Currency (the "Subject Property"). Being deprived of access and use of the Subject Property has resulted in a great hardship for us and we need the property back for our use, enjoyment, and financial security as part of our life savings.

4.      The Subject Property named in this declaration is included in the "Subject Property" named in our pending motion for return of property that is filed with other USPV tenants in Case No. 21-CR-00106.

5.      We possess keys to Box 4901 and would like to present them, through our attorneys, to prove we are the true tenant of Box 4901. We also possess photographs of the keys and are willing to share them with the government through our attorneys.

6.      We are willing to submit other evidence to prove our ownership of Box 4901. For example, we are able to identify the size of our box and its location within the overall USPV facility.

## OATH PURSUANT TO 28 U.S.C. §1746

We declare under penalty of perjury that the foregoing is true and correct. Executed on August 9, 2021 in Los Angeles, California.

Ziv Cohen
Tenant Box 4901

Kimberly Duttle
Tenant Box 4901

## DECLARATION
## BY KAREEM COUCH

1.      I am the person who rented U.S. Private Vaults, Inc. ("USPV") safety deposit box number 702 ("Box 702") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212, in the Central District of California.

2.      I authorize attorneys Brian Silber and Jacek W. Lentz to represent me in my effort to recover my property from the government following its seizure of my box between March 22 – 26, 2021. I also authorize them to represent me in my motion for return of property that is being filed in Case No. 21-CR-00106, in the United States District Court for the Central District of California. I further authorize the U.S. government (the "government"), to return my property, as noted below, to my attorneys Brian Silber and/or Jacek W. Lentz.

3.      I claim an ownership and possessory interest in the contents of Box 702, which contained $73,890.00 in U.S. Currency (the "Subject Property").  Being deprived of access and use of the Subject Property has resulted in a great hardship for me and I need the property back for my use, enjoyment, and financial security as part of my life savings.

4.      The Subject Property named in this declaration is included in the "Subject Property" named in my pending motion for return of property that is filed with other USPV tenants in Case No. 21-CR-00106.

5.      I possess keys to Box 702 and would like to present them, through my attorneys, to prove I am the true tenant of Box 702.  I also possess photographs of my keys and am willing to share them with the government through my attorneys. I also possess photographs of my keys and am willing to share them with the government through my attorneys. I am also able to identify the size of my box and its location within the overall USPV facility.

DECLARATION IN SUPPORT OF MOTION FOR RETURN       -1-
OF PROPERTY

## OATH PURSUANT TO 28 U.S.C. §1746

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August _____ 1 6 ___, 2021 in Los Angeles, California.

**Kareem Couch**
Tenant of USPV Box 702

DECLARATION IN SUPPORT OF MOTION FOR RETURN    -2-
OF PROPERTY

## DECLARATION
## BY ARIEL DADON

1.    I am a person who rented a safety deposit box from U.S. Private Vaults, Inc. ("USPV") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212, in the Central District of California. I believe my box number was 3602 ("Box 3602"), but I am not completely sure. I can identify my box's location within the USPV vault, I can identify its correct size, and I can unlock the lock with my key. I am also willing to submit to a biometric scan of my iris and palm using USPV's biometric equipment.

2.    I authorize attorneys Brian Silber and Jacek W. Lentz to represent me in my effort to recover my property from the government following its seizure of my box between March 22 – 26, 2021. I also authorize them to represent me in my motion for return of property that is being filed in Case No. 21-CR-00106, in the United States District Court for the Central District of California. I further authorize the U.S. government (the "government"), to return my property, as noted below, to my attorneys Brian Silber and/or Jacek W. Lentz.

3.    I claim an ownership and possessory interest in the contents of Box 3602, which contained approximately $63,000 in U.S. Currency (the "Subject Property"). Being deprived of access and use of the Subject Property has resulted in a great hardship for me and I need the property back for my use, enjoyment, and financial security as part of my life savings.

4.    The Subject Property named in this declaration is included in the "Subject Property" named in my pending motion for return of property that is filed with other USPV tenants in Case No. 21-CR-00106.

5.    I possess the key to Box 3602 and would like to present it, through my attorneys, to prove I am the true tenant of Box 3602.  I also possess photographs of my

DECLARATION IN SUPPORT OF MOTION FOR RETURN        -1-
OF PROPERTY

key and am willing to share them with the government through my attorneys. I am also able to identify the size of my box and its location within the overall USPV facility.

## OATH PURSUANT TO 28 U.S.C. §1746

I declare under penalty of perjury that the foregoing is true and correct. Executed on August _____11_____, 2021 in Los Angeles, California.

**Ariel Dadon**
Tenant of USPV Box 3602

## DECLARATION
## BY ROBERT FIORE

1.     I am the person who rented a U.S. Private Vaults, Inc. ("USPV") safety deposit box number 7720 ("Box 7720") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212.

2.     I authorize attorneys Brian Silber and Jacek W. Lentz to represent me in my effort to recover my property from the government following its seizure of my box between March 22 – 26, 2021. I also authorize them to represent me in my motion for return of property that is being filed in Case No. 21-CR-00106, in the United States District Court for the Central District of California. I further authorize the U.S. government (the "government"), to return my property, as noted below, to my attorneys Brian Silber and/or Jacek W. Lentz.

3.     I claim an ownership and possessory interest in the contents of Box 7720, which contained $ 52,100 in U.S. Currency (the "Subject Property"). Being deprived of access and use of the Subject Property has resulted in a great hardship for me and I need the property back for my use, enjoyment, and financial security as part of my life savings.

4.     The Subject Property named in this declaration is included in the "Subject Property" named in my pending motion for return of property that is filed with other USPV tenants in Case No. 21-CR-00106

5.     I possess keys to Box 7720 and would like to present them, through my attorneys, to prove I am the true tenant of Box 7720. I also possess photographs of my keys and am willing to share them with the government through my attorneys.

6.     I am willing to submit other evidence to prove my ownership of Box 7720. For example, I am able to identify the size of my box and its location within the overall USPV facility.

1
2
3
4

## OATH PURSUANT TO 28 U.S.C. §1746

5
6
7

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 9, 2021 in Los Angeles, California.

8
9

08/06/2021

10

Robert Fiore.
Tenant Box 7720

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION IN SUPPORT OF MOTION FOR RETURN          2
OF PROPERTY

## DECLARATION
## BY DRAKE FUJIMOTO

1.     I am the person who rented a U.S. Private Vaults, Inc. ("USPV") safety deposit box number 130 ("Box 130") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212.

2.     I authorize attorneys Brian Silber and Jacek W. Lentz to represent me in my effort to recover my property from the government following its seizure of my box between March 22 – 26, 2021. I also authorize them to represent me in my motion for return of property that is being filed in Case No. 21-CR-00106, in the United States District Court for the Central District of California. I further authorize the U.S. government (the "government"), to return my property, as noted below, to my attorneys Brian Silber and/or Jacek W. Lentz.

3.     I claim an ownership and possessory interest in the contents of Box 130, which contained $ 53,840.00 in U.S. Currency (the "Subject Property").  Being deprived of access and use of the Subject Property has resulted in a great hardship for me and I need the property back for my use, enjoyment, and financial security as part of my life savings.

4.     The Subject Property named in this declaration is included in the "Subject Property" named in my pending motion for return of property that is filed with other USPV tenants in Case No. 21-CR-00106.

5.     I possess keys to Box 130 and would like to present them, through my attorneys, to prove I am the true tenant of Box 130.  I also possess photographs of my keys and am willing to share them with the government through my attorneys.

6.     I am willing to submit other evidence to prove my ownership of Box 130. For example, I am able to identify the size of my box and its location within the overall USPV facility.

DECLARATION IN SUPPORT OF MOTION FOR RETURN          -1-
OF PROPERTY

## OATH PURSUANT TO 28 U.S.C. §1746

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 9, 2021 in Honolulu, Hawaii

Drake Fujimoto
Tenant Box 130

DECLARATION IN SUPPORT OF MOTION FOR RETURN
OF PROPERTY                                      -2-

## DECLARATION
## BY AMIT GOLDGEIER

1.     I am the person who rented a U.S. Private Vaults, Inc. ("USPV") safety deposit box number  ("Box 809") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212.

2.     I authorize attorneys Brian Silber and Jacek W. Lentz to represent me in my effort to recover my property from the government following its seizure of my box between March 22 – 26, 2021. I also authorize them to represent me in my motion for return of property that is being filed in Case No. 21-CR-00106, in the United States District Court for the Central District of California. I further authorize the U.S. government (the "government"), to return my property, as noted below, to my attorneys Brian Silber and/or Jacek W. Lentz.

3.     I claim an ownership and possessory interest in the contents of Box 809 which contained $75,600 in U.S. Currency and personal items such as jewelry (the "Subject Property").  Being deprived of access and use of the Subject Property has resulted in a great hardship for me and I need the property back for my use, enjoyment, and financial security as part of my life savings.

4.     The Subject Property named in this declaration is included in the "Subject Property" named in my pending motion for return of property that is filed with other USPV tenants in Case No. 21-CR-00106.

5.     I possess keys to Box 809 and would like to present them, through my attorneys, to prove I am the true tenant of Box 809.  I also possess photographs of my keys and am willing to share them with the government through my attorneys.

6.     I am willing to submit other evidence to prove my ownership of Box 809. For example, I am able to identify the size of my box and its location within the overall USPV facility.

## OATH PURSUANT TO 28 U.S.C. §1746

I declare under penalty of perjury that the foregoing is true and correct.
Executed on August 9, 2021 in Los Angeles, California.

Amit Goldgeier
Tenant Box 809

DECLARATION IN SUPPORT OF MOTION FOR RETURN
OF PROPERTY

## DECLARATION
## BY ETHAN GROSZ, LUBA ALEXANDER AND HANIA
## ALEXANDER

1.     We are the persons who rented a U.S. Private Vaults, Inc. ("USPV") safety deposit box number 5212 ("Box 5212") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212.

2.     We authorize attorneys Brian Silber and Jacek W Lentz to represent us in our efforts to recover our property from the government following its seizure of our box between March 22 – 26, 2021. We also authorize them to represent us in our motion for return of property that is being filed in Case No. 21-CR-00106, in the United States District Court for the Central District of California. We further authorize the U.S. government (the "government"), to return our property, as noted below, to our attorneys Brian Silber and/or Jacek W. Lentz.

3.     We claim an ownership and possessory interest in the contents of Box 5212, which contained $166,246.00 in U.S. Currency (the "Subject Property"). Being deprived of access and use of the Subject Property has resulted in a great hardship for us and we need the property back for our use, enjoyment, and financial security as part of our life savings.

4.     The Subject Property named in this declaration is included in the "Subject Property" named in our pending motion for return of property that is filed with other USPV tenants in Case No. 21-CR-00106.

5.     We possess keys to Box 5212 and would like to present them, through our attorneys, to prove we are the true tenant of Box 5212.  We also possess photographs of the keys and are willing to share them with the government through our attorneys.

6.     We are willing to submit other evidence to prove our ownership of Box 5212.  For example, we are able to identify the size of our box and its location within the overall USPV facility.

DECLARATION IN SUPPORT OF MOTION FOR RETURN          -1-
OF PROPERTY

## OATH PURSUANT TO 28 U.S.C. §1746

We declare under penalty of perjury that the foregoing is true and correct.
Executed on August 9, 2021 in Phoenix, Arizona.

Ethan Grosz
Tenant Box 5212

Luba Alexander
Tenant Box 5212

Hania Alexander
Tenant Box 5212

**DECLARATION IN SUPPORT OF MOTION FOR RETURN
OF PROPERTY**                              -2-

**DECLARATION**
**BY CAMERON JERNIGAN**

1.      I am the person who rented a U.S. Private Vaults, Inc. ("USPV") safety deposit box number 7619 ("Box 7619") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212.

2.      I authorize attorneys Brian Silber and Jacek W. Lentz to represent me in my effort to recover my property from the government following its seizure of my box between March 22 – 26, 2021. I also authorize them to represent me in my motion for return of property that is being filed in Case No. 21-CR-00106, in the United States District Court for the Central District of California. I further authorize the U.S. government (the "government"), to return my property, as noted below, to my attorneys Brian Silber and/or Jacek W. Lentz.

3.      I claim an ownership and possessory interest in the contents of Box 7619, which contained $ 18,000 in U.S. Currency (the "Subject Property").  Being deprived of access and use of the Subject Property has resulted in a great hardship for me and I need the property back for my use, enjoyment, and financial security as part of my life savings.

4.      The Subject Property named in this declaration is included in the "Subject Property" named in my pending motion for return of property that is filed with other USPV tenants in Case No. 21-CR-00106.

5.      I possess keys to Box 7619 and would like to present them, through my attorneys, to prove I am the true tenant of Box 7619.  I also possess photographs of my keys and am willing to share them with the government through my attorneys.

6.      I am willing to submit other evidence to prove my ownership of Box 7619.  For example, I am able to identify the size of my box and its location within the overall USPV facility.

## OATH PURSUANT TO 28 U.S.C. §1746

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 9, 2021 in Los Angeles, California.

*Cameron Jernigan*
Cameron Jernigan
Tenant Box 7619

DECLARATION IN SUPPORT OF MOTION FOR RETURN       -2-
OF PROPERTY

# DECLARATION
## BY IULIIA KOLBINA

1.      I am the person who rented a U.S. Private Vaults, Inc. ("USPV") safety deposit box number 2512 ("Box 2512") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212.

2.      I authorize attorneys Brian Silber and Jacek W. Lentz to represent me in my effort to recover my property from the government following its seizure of my box between March 22 – 26, 2021. I also authorize them to represent me in my motion for return of property that is being filed in Case No. 21-CR-00106, in the United States District Court for the Central District of California. I further authorize the U.S. government (the "government"), to return my property, as noted below, to my attorneys Brian Silber and/or Jacek W. Lentz.

3.      I claim an ownership and possessory interest in the contents of Box 2512, which contained $ 50,100.00 in U.S. Currency (the "Subject Property"). Being deprived of access and use of the Subject Property has resulted in a great hardship for me and I need the property back for my use, enjoyment, and financial security as part of my life savings.

4.      The Subject Property named in this declaration is included in the "Subject Property" named in my pending motion for return of property that is filed with other USPV tenants in Case No. 21-CR-00106.

5.      I possess keys to Box 2512 and would like to present them, through my attorneys, to prove I am the true tenant of Box 2512. I also possess photographs of my keys and am willing to share them with the government through my attorneys.

6.      I am willing to submit other evidence to prove my ownership of Box 2512. For example, I am able to identify the size of my box and its location within the overall USPV facility.

## OATH PURSUANT TO 28 U.S.C. §1746

I declare under penalty of perjury that the foregoing is true and correct.
Executed on August 9, 2021 in Los Angeles, California.

Iuliia Kolbina
Tenant Box 2512

## DECLARATION
## BY AVI KRAIEM

1.      I am the person who rented U.S. Private Vaults. Inc. ("USPV") safety deposit box number 8005 ("Box 8005") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212, in the Central District of California.

2.      I authorize attorneys Brian Silber and Jacek W. Lentz to represent me in my effort to recover my property from the government following its seizure of my box between March 22 – 26, 2021. I also authorize them to represent me in my motion for return of property that is being filed in Case No. 21-CR-00106, in the United States District Court for the Central District of California. I further authorize the U.S. government (the "government"), to return my property, as noted below, to my attorneys Brian Silber and/or Jacek W. Lentz.

3.      I claim an ownership and possessory interest in the contents of Box 8005, which contained $143,900 in U.S. Currency (the "Subject Property"). Being deprived of access and use of the Subject Property has resulted in a great hardship for me and I need the property back for my use, enjoyment, and financial security as part of my life savings.

4.      The Subject Property named in this declaration is included in the "Subject Property" named in my pending motion for return of property that is filed with other USPV tenants in Case No. 21-CR-00106.

5.      I possess keys to Box 8005 and would like to present them, through my attorneys, to prove I am the true tenant of Box 8005   I also possess photographs of my keys and am willing to share them with the government through my attorneys. I am also able to identify the size of my box and its location within the overall USPV facility.

## OATH PURSUANT TO 28 U.S.C. §1746

I declare under penalty of perjury that the foregoing is true and correct.
Executed on August _____16_____, 2021 in Los Angeles, California.

**Avi Kraiem**
Tenant of USPV Box 8005

1

## **DECLARATION**
## **BY JORDAN LAMS**

1.     I am the person who rented U.S. Private Vaults, Inc. ("USPV") safety deposit box number 7802 ("Box 7802") and box 7913 ("Box 7913") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212, in the Central District of California.

2.     I authorize attorneys Brian Silber and Jacek W. Lentz to represent me in my effort to recover my property from the government following its seizure of my box between March 22 – 26, 2021. I also authorize them to represent me in my motion for return of property that is being filed in Case No. 21-CR-00106, in the United States District Court for the Central District of California. I further authorize the U.S. government (the "government"), to return my property, as noted below, to my attorneys Brian Silber and/or Jacek W. Lentz.

3.     I claim an ownership and possessory interest in the contents of Box 7802, which contained $100,100 in U.S. Currency and Box 7913 which contained $69,950 in U.S. Currency (collective the "Subject Property").  Being deprived of access and use of the Subject Property has resulted in a great hardship for me and I need the property back for my use, enjoyment, and financial security as part of my life savings.

4.     The Subject Property named in this declaration is included in the "Subject Property" named in my pending motion for return of property that is filed with other USPV tenants in Case No. 21-CR-00106.

5.     I possess keys to Box 7802 and Box 7913 and would like to present them, through my attorneys, to prove I am the true tenant of Box 7802 and Box 7913.  I also possess photographs of my keys and am willing to share them with the government through my attorneys. I am also able to identify the size of my box and its location within the overall USPV facility.

DECLARATION IN SUPPORT OF MOTION FOR RETURN        -1-
OF PROPERTY

## OATH PURSUANT TO 28 U.S.C. §1746

I declare under penalty of perjury that the foregoing is true and correct.
Executed on August ___12___, 2021 in Los Angeles, California.

**Jordan Lams**
Tenant of USPV Box 7802
and Box 7913

DECLARATION IN SUPPORT OF MOTION FOR RETURN
OF PROPERTY                                    -2-

**DECLARATION
BY METU MANNAN**

1.    I am the person who rented U.S. Private Vaults, Inc. ("USPV") safety deposit box number 2004 ("Box 2004") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212, in the Central District of California.

2.    I authorize attorneys Brian Silber and Jacek W. Lentz to represent me in my effort to recover my property from the government following its seizure of my box between March 22 – 26, 2021. I also authorize them to represent me in my motion for return of property that is being filed in Case No. 21-CR-00106, in the United States District Court for the Central District of California. I further authorize the U.S. government (the "government"), to return my property, as noted below, to my attorneys Brian Silber and/or Jacek W. Lentz.

3.    I claim an ownership and possessory interest in the contents of Box 2004, which contained 71 pieces of jewelry and 75 one-ounce gold bars (the "Subject Property"). The notice of seizure sent to me by the government incorrectly listed 65 one-ounce gold bars, in truth I had 75.  Being deprived of access and use of the Subject Property has resulted in a great hardship for me and I need the property back for my use, enjoyment, and financial security as part of my life savings. I especially need my antique Indian jewelry back because it has great sentimental value to me.

4.    The Subject Property named in this declaration is included in the "Subject Property" named in my pending motion for return of property that is filed with other USPV tenants in Case No. 21-CR-00106.

5.    I possess keys to Box 2004 and would like to present them, through my attorneys, to prove I am the true tenant of Box 2004.  I also possess photographs of my keys and am willing to share them with the government through my attorneys. I am

also able to identify the size of my box and its location within the overall USPV facility.

## OATH PURSUANT TO 28 U.S.C. §1746

I declare under penalty of perjury that the foregoing is true and correct. Executed on August ___10^TH___, 2021 in Los Angeles, California.

Metu Mannan
Tenant of USPV Box 2004

DECLARATION IN SUPPORT OF MOTION FOR RETURN
OF PROPERTY                                                                    -2-

## DECLARATION
## BY EMERALD MARROQUIN

1.      I am the person who rented a U.S. Private Vaults, Inc. ("USPV") safety deposit box number 3600 ("Box 3600") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212.

2.      I authorize attorneys Brian Silber and Jacek W. Lentz to represent me in my effort to recover my property from the government following its seizure of my box between March 22 – 26, 2021. I also authorize them to represent me in my motion for return of property that is being filed in Case No. 21-CR-00106, in the United States District Court for the Central District of California. I further authorize the U.S. government (the "government"), to return my property, as noted below, to my attorneys Brian Silber and/or Jacek W. Lentz.

3.      I claim an ownership and possessory interest in the contents of Box 3600, which contained $ 377,850.00 in U.S. Currency (the "Subject Property").  Being deprived of access and use of the Subject Property has resulted in a great hardship for me and I need the property back for my use, enjoyment, and financial security as part of my life savings.

4.      The Subject Property named in this declaration is included in the "Subject Property" named in my pending motion for return of property that is filed with other USPV tenants in Case No. 21-CR-00106.

5.      I possess keys to Box 3600 and would like to present them, through my attorneys, to prove I am the true tenant of Box 3600.  I also possess photographs of my keys and am willing to share them with the government through my attorneys.

6.      I am willing to submit other evidence to prove my ownership of Box 3600.  For example, I am able to identify the size of my box and its location within the overall USPV facility.

## OATH PURSUANT TO 28 U.S.C. §1746

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 9, 2021 in Los Angeles , California.

Emerald Marroquin
Tenant Box 3600

**DECLARATION
BY STANLEY MENAKER**

1.  I am the person who rented U.S. Private Vaults, Inc. ("USPV") safety deposit box number 331 ("Box 331") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212, in the Central District of California.

2.  I authorize attorneys Brian Silber and Jacek W. Lentz to represent me in my effort to recover my property from the government following its seizure of my box between March 22 – 26, 2021. I also authorize them to represent me in my motion for return of property that is being filed in Case No. 21-CR-00106, in the United States District Court for the Central District of California. I further authorize the U.S. government (the "government"), to return my property, as noted below, to my attorneys Brian Silber and/or Jacek W. Lentz.

3.  I claim an ownership and possessory interest in the contents of Box 331, which contained $99,000.00 in U.S. Currency (the "Subject Property").  Being deprived of access and use of the Subject Property has resulted in a great hardship for me and I need the property back for my use, enjoyment, and financial security as part of my life savings.

4.  The Subject Property named in this declaration is included in the "Subject Property" named in my pending motion for return of property that is filed with other USPV tenants in Case No. 21-CR-00106.

5.  I possess keys to Box 331 and would like to present them, through my attorneys, to prove I am the true tenant of Box 331.  I also possess photographs of my keys and am willing to share them with the government through my attorneys. I am also able to identify the size of my box and its location within the overall USPV facility.

DECLARATION IN SUPPORT OF MOTION FOR RETURN          -1-
OF PROPERTY

## OATH PURSUANT TO 28 U.S.C. §1746

I declare under penalty of perjury that the foregoing is true and correct. Executed on August __11_____, 2021 in Los Angeles, California.

**Stanley Menaker**
Tenant of USPV Box 331

DECLARATION IN SUPPORT OF MOTION FOR RETURN OF PROPERTY                    -2-

# DECLARATION
# BY AHMED MOKHTAR

1.     I am the person who rented a U.S. Private Vaults, Inc. ("USPV") safety deposit box number 8211 ("Box 8211") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212.

2.     I authorize attorneys Brian Silber and Jacek W. Lentz to represent me in my effort to recover my property from the government following its seizure of my box between March 22 – 26, 2021. I also authorize them to represent me in my motion for return of property that is being filed in Case No. 21-CR-00106, in the United States District Court for the Central District of California. I further authorize the U.S. government (the "government"), to return my property, as noted below, to my attorneys Brian Silber and/or Jacek W. Lentz.

3.     I claim an ownership and possessory interest in the contents of Box 8211, which contained $ 348,500 in U.S. Currency (the "Subject Property").  Being deprived of access and use of the Subject Property has resulted in a great hardship for me and I need the property back for my use, enjoyment, and financial security as part of my life savings.

4.     The Subject Property named in this declaration is included in the "Subject Property" named in my pending motion for return of property that is filed with other USPV tenants in Case No. 21-CR-00106.

5.     I possess keys to Box 8211 and would like to present them, through my attorneys, to prove I am the true tenant of Box 8211.  I also possess photographs of my keys and am willing to share them with the government through my attorneys.

6.     I am willing to submit other evidence to prove my ownership of Box 8211.  For example, I am able to identify the size of my box and its location within the overall USPV facility.

## OATH PURSUANT TO 28 U.S.C. §1746

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 11, 2021 in Beverly Hills, California.

Ahmed Mokhtar
Tenant Box 8211

## DECLARATION
## BY MARYLYN MURILLO-MENDEZ

1.      I am the person who rented a U.S. Private Vaults, Inc. ("USPV") safety deposit box number 3201 ("Box 3201") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212.

2.      I authorize attorneys Brian Silber and Jacek W. Lentz to represent me in my effort to recover my property from the government following its seizure of my box between March 22 – 26, 2021. I also authorize them to represent me in my motion for return of property that is being filed in Case No. 21-CR-00106, in the United States District Court for the Central District of California. I further authorize the U.S. government (the "government"), to return my property, as noted below, to my attorneys Brian Silber and/or Jacek W. Lentz.

3.      I claim an ownership and possessory interest in the contents of Box 3201, which contained $ 153,100 in U.S. Currency (the "Subject Property"). Being deprived of access and use of the Subject Property has resulted in a great hardship for me and I need the property back for my use, enjoyment, and financial security as part of my life savings.

4.      The Subject Property named in this declaration is included in the "Subject Property" named in my pending motion for return of property that is filed with other USPV tenants in Case No. 21-CR-00106.

5.      I possess keys to Box 3201 and would like to present them, through my attorneys, to prove I am the true tenant of Box 3201. I also possess photographs of my keys and am willing to share them with the government through my attorneys.

6.      I am willing to submit other evidence to prove my ownership of Box 3201. For example, I am able to identify the size of my box and its location within the overall USPV facility.

## OATH PURSUANT TO 28 U.S.C. §1746

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 9, 2021 in Los Angeles, California.

Marvlyn Murillo-Mendez
Tenant Box 3201

DECLARATION IN SUPPORT OF MOTION FOR RETURN OF PROPERTY                                        2.

# DECLARATION
## BY ANAHIT PETROSYAN AND TIGRAN GRIGORYAN

1.     We are the persons who rented a U.S. Private Vaults, Inc. ("USPV") safety deposit box number 901 ("Box 901") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212.

2.     We authorize attorneys Brian Silber and Jacek W Lentz to represent us in our efforts to recover our property from the government following its seizure of our box between March 22 – 26, 2021. We also authorize them to represent us in our motion for return of property that is being filed in Case No. 21-CR-00106, in the United States District Court for the Central District of California. We further authorize the U.S. government (the "government"), to return our property, as noted below, to our attorneys Brian Silber and/or Jacek W. Lentz.

3.     We claim an ownership and possessory interest in the contents of Box 901, which contained $ 76,550.00 in U.S. Currency (the "Subject Property"). Being deprived of access and use of the Subject Property has resulted in a great hardship for us and we need the property back for our use, enjoyment, and financial security as part of our life savings.

4.     The Subject Property named in this declaration is included in the "Subject Property" named in our pending motion for return of property that is filed with other USPV tenants in Case No. 21-CR-00106.

5.     We possess keys to Box 901 and would like to present them, through our attorneys, to prove we are the true tenant of Box 901. We also possess photographs of the keys and are willing to share them with the government through our attorneys.

6.     We are willing to submit other evidence to prove our ownership of Box 901. For example, we are able to identify the size of our box and its location within the overall USPV facility.

DECLARATION IN SUPPORT OF MOTION FOR RETURN     -1-
OF PROPERTY

## OATH PURSUANT TO 28 U.S.C. §1746

We declare under penalty of perjury that the foregoing is true and correct.

Executed on August 9, 2021 in __Trenton__, NJ ____.


Anahit Petrosyan
Tenant Box 901


Tigran Grigoryan
Tenant Box 901

DECLARATION IN SUPPORT OF MOTION FOR RETURN OF PROPERTY                    -2-

## DECLARATION
## BY MAREK RUDAK

1.      I am the person who rented a U.S. Private Vaults, Inc. ("USPV") safety deposit box number 5409 ("Box 5409") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212.

2.      I authorize attorneys Brian Silber and Jacek W. Lentz to represent me in my effort to recover my property from the government following its seizure of my box between March 22 – 26, 2021. I also authorize them to represent me in my motion for return of property that is being filed in Case No. 21-CR-00106, in the United States District Court for the Central District of California. I further authorize the U.S. government (the "government"), to return my property, as noted below, to my attorneys Brian Silber and/or Jacek W. Lentz.

3.      I claim an ownership and possessory interest in the contents of Box 5409, which contained $ 340,000.00 in U.S. Currency as well as items described as jewelry/precious items (the "Subject Property").  Being deprived of access and use of the Subject Property has resulted in a great hardship for me and I need the property back for my use, enjoyment, and financial security as part of my life savings.

4.      The Subject Property named in this declaration is included in the "Subject Property" named in my pending motion for return of property that is filed with other USPV tenants in Case No. 21-CR-00106.

5.      I possess keys to Box 5409 and would like to present them, through my attorneys, to prove I am the true tenant of Box 5409.  I also possess photographs of my keys and am willing to share them with the government through my attorneys.

6.      I am willing to submit other evidence to prove my ownership of Box 5409.  For example, I am able to identify the size of my box and its location within the overall USPV facility.

## OATH PURSUANT TO 28 U.S.C. §1746

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 9, 2021 in Los Angeles, California.

Marek Rudak
Tenant Box 5409

DECLARATION IN SUPPORT OF MOTION FOR RETURN OF PROPERTY

-2-

## DECLARATION
## BY HASSIB SADDIQUE

1.    I am the person who rented U.S. Private Vaults, Inc. ("USPV") safety deposit box number 1803 ("Box 1803") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212, in the Central District of California.

2.    I authorize attorneys Brian Silber and Jacek W. Lentz to represent me in my effort to recover my property from the government following its seizure of my box between March 22 – 26, 2021. I also authorize them to represent me in my motion for return of property that is being filed in Case No. 21-CR-00106, in the United States District Court for the Central District of California. I further authorize the U.S. government (the "government"), to return my property, as noted below, to my attorneys Brian Silber and/or Jacek W. Lentz.

3.    I claim an ownership and possessory interest in the contents of Box 1803, which contained $173,700.00 in U.S. Currency, 167 one-ounce gold bars, and 2 ten ounce gold bars (the "Subject Property"). Being deprived of access and use of the Subject Property has resulted in a great hardship for me and I need the property back for my use, enjoyment, and financial security as part of my life savings.

4.    The Subject Property named in this declaration is included in the "Subject Property" named in my pending motion for return of property that is filed with other USPV tenants in Case No. 21-CR-00106.

5.    I possess keys to Box 1803 and would like to present them, through my attorneys, to prove I am the true tenant of Box 1803. I also possess photographs of my keys and am willing to share them with the government through my attorneys. I am also able to identify the size of my box and its location within the overall USPV facility.

DECLARATION IN SUPPORT OF MOTION FOR RETURN          -1-
OF PROPERTY

## OATH PURSUANT TO 28 U.S.C. §1746

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August _____ 10TH _____, 2021 in Los Angeles, California.

**Hassib Saddique**
Tenant of USPV Box 1803

DECLARATION IN SUPPORT OF MOTION FOR RETURN OF PROPERTY                    -2-

**DECLARATION**
**BY CHARLES SASSONE**

1.      I am the person who rented U.S. Private Vaults, Inc. ("USPV") safety deposit box number 7920 ("Box 7920") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212, in the Central District of California.

2.      I authorize attorneys Brian Silber and Jacek W. Lentz to represent me in my effort to recover my property from the government following its seizure of my box between March 22 – 26, 2021. I also authorize them to represent me in my motion for return of property that is being filed in Case No. 21-CR-00106, in the United States District Court for the Central District of California. I further authorize the U.S. government (the "government"), to return my property, as noted below, to my attorneys Brian Silber and/or Jacek W. Lentz.

3.      I claim an ownership and possessory interest in the contents of Box 7920, which contained $75,200 in U.S. Currency (the "Subject Property"). Being deprived of access and use of the Subject Property has resulted in a great hardship for me and I need the property back for my use, enjoyment, and financial security as part of my life savings.

4.      The Subject Property named in this declaration is included in the "Subject Property" named in my pending motion for return of property that is filed with other USPV tenants in Case No. 21-CR-00106.

5.      I possess keys to Box 7920 and would like to present them, through my attorneys, to prove I am the true tenant of Box 7920. I also possess photographs of my keys and am willing to share them with the government through my attorneys. I am also able to identify the size of my box and its location within the overall USPV facility.

## OATH PURSUANT TO 28 U.S.C. §1746

I declare under penalty of perjury that the foregoing is true and correct.
Executed on August ____8/16/2021____, 2021 in Los Angeles, California.

**Charles Sassone**
Tenant of USPV Box 7920

DECLARATION IN SUPPORT OF MOTION FOR RETURN
OF PROPERTY                                    -2-

## DECLARATION
## BY KATHRYN SAUSER

1.      I am the person who rented a U.S. Private Vaults, Inc. ("USPV") safety deposit box number 2206 ("Box 2206") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212.

2.      I authorize attorneys Brian Silber and Jacek W. Lentz to represent me in my effort to recover my property from the government following its seizure of my box between March 22 – 26, 2021. I also authorize them to represent me in my motion for return of property that is being filed in Case No. 21-CR-00106, in the United States District Court for the Central District of California. I further authorize the U.S. government (the "government"), to return my property, as noted below, to my attorneys Brian Silber and/or Jacek W. Lentz.

3.      I claim an ownership and possessory interest in the contents of Box 2206, which contained $ 50,000 in U.S. Currency (the "Subject Property").  Being deprived of access and use of the Subject Property has resulted in a great hardship for me and I need the property back for my use, enjoyment, and financial security as part of my life savings.

4.      The Subject Property named in this declaration is included in the "Subject Property" named in my pending motion for return of property that is filed with other USPV tenants in Case No. 21-CR-00106.

5.      I possess keys to Box 2206 and would like to present them, through my attorneys, to prove I am the true tenant of Box 2206.  I also possess photographs of my keys and am willing to share them with the government through my attorneys.

6.      I am willing to submit other evidence to prove my ownership of Box 2206.  For example, I am able to identify the size of my box and its location within the overall USPV facility.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## OATH PURSUANT TO 28 U.S.C. §1746

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 9, 2021 in ___New York___, NY _____.

Kathryn Sauser
Tenant Box 2206

DECLARATION IN SUPPORT OF MOTION FOR RETURN   -2-
OF PROPERTY

# DECLARATION
# BY GAYLORD TOWN

1.     I am the person who rented a U.S. Private Vaults, Inc. ("USPV") safety deposit box number 2100 ("Box 2100") located at 9182 West Olympic Blvd., Beverly Hills, California, 90212.

2.     I authorize attorneys Brian Silber and Jacek W. Lentz to represent me in my effort to recover my property from the government following its seizure of my box between March 22 – 26, 2021. I also authorize them to represent me in my motion for return of property that is being filed in Case No. 21-CR-00106, in the United States District Court for the Central District of California. I further authorize the U.S. government (the "government"), to return my property, as noted below, to my attorneys Brian Silber and/or Jacek W. Lentz.

3.     I claim an ownership and possessory interest in the contents of Box 2100, which contained $ 165,000 in U.S. Currency (the "Subject Property"). Being deprived of access and use of the Subject Property has resulted in a great hardship for me and I need the property back for my use, enjoyment, and financial security as part of my life savings.

4.     The Subject Property named in this declaration is included in the "Subject Property" named in my pending motion for return of property that is filed with other USPV tenants in Case No. 21-CR-00106.

5.     I possess keys to Box 2100 and would like to present them, through my attorneys, to prove I am the true tenant of Box 2100. I also possess photographs of my keys and am willing to share them with the government through my attorneys.

6.     I am willing to submit other evidence to prove my ownership of Box 2100. For example, I am able to identify the size of my box and its location within the overall USPV facility.

## OATH PURSUANT TO 28 U.S.C. §1746

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 9, 2021 in Kaneohe , Hawaii.

Gaylord Town
Tenant Box 2100