UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. PRIVATE VAULTS, INC., California Corporate Number C3405297,<br><br>Defendant. | Case No. 2:21-cr-00106-MCS<br><br>**[PROPOSED] ORDER GRANTING UNITED STATES OF AMERICA'S <u>EX PARTE</u> APPLICATION TO CONTINUE THE HEARING ON MOVANTS' MOTION FOR RETURN OF PROPERTY PURSUANT TO FED. R. CIV. P. 41(g) [DOCKET NO. 64] FROM SEPTEMBER 20, 2021 AT 3:00 P.M. TO NOVEMBER 15, 2021 AT 3:00 P.M..** |

   The Court, having considered the <u>ex parte</u> application filed by Plaintiff United States of America to continue the hearing on movants' motion for return of property pursuant to Fed. R. Crim. P. 41(g) (docket no. 64) from September 20, 2021 at 3:00 p.m. to November 15, 2021 at 3:00 p.m., and good cause appearing therefor, IT IS HEREBY ORDERED that the government's <u>ex parte</u> application is granted and movants' motion is hereby continued to November 15, 2021 at 3:00 p.m.

DATED: _____

THE HONORABLE MARC C. SCARSI
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

       /S/
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA