TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Sections
    1100/1400/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269/0142/0141
    E-mail: Andrew.Brown@usdoj.gov
        Victor.Rodgers@usdoj.gov
        Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> U.S. PRIVATE VAULTS, INC., California Corporate Number C3405297, <br><br> Defendant. | Case No. 2:21-cr-00106-MCS <br><br> **NOTICE OF ERRATA ATTACHING DECLARATION OF VICTOR A. RODGERS INADVERTANTLY OMITTED FROM THE UNITED STATES OF AMERICA'S EX PARTE APPLICATION [DOCKET NO. 66]** |

Attached hereto is the Declaration of AUSA Victor A Rodgers, inadvertently omitted from the government's *ex parte* application filed earlier today as docket no. 66.

| | |
|---|---|
| Dated: August 25, 2021 | Respectfully submitted, |
| | TRACY L. WILKISON<br>Acting United States Attorney |
| | SCOTT M. GARRINGER<br>Assistant United States Attorney<br>Chief, Criminal Division |
| | /S/<br>ANDREW BROWN<br>VICTOR A. RODGERS<br>MAXWELL COLL<br>Assistant United States Attorney |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |