## DECLARATION OF AUSA VICTOR A. RODGERS

I, Victor A. Rodgers, declare as follows:

1. I am the Asset Forfeiture Assistant United States Attorney assigned to this case.

2. The government did not receive the motion for return of property until August 23, 2021 when it was sent via electronic ECF notification to the government late in the day. The document on its face reflects that the motion was manually filed on August 19, 2021.

3. I have reviewed the list of 33 boxes referenced in movants' Rule 41(g) motion. 30 out of the 33 movants have filed claims, and the 90 day deadline under 18 U.S.C. § 983(a)(3)(A) & (B) for the government to either release the property or file a judicial forfeiture complaint expires prior to September 30, 2021 as to 30 of them. The deadline as to the remaining three movants expires in October 2021.

4. Attached hereto as Exhibit A is a copy of Docket No. 30 in <u>Coe v. United States of America</u>, Case No. 2:21-CV-03019-RGK-MAR.

5. On August 25, 2021 at 9:00 a.m. by email, I advised counsel for movants (Brian Silber and Jacek Lentz) of this <u>ex parte</u> application to continue the hearing date on their motion for return of property to November 15, 2021. Counsel (Brian Silber) advised me that they oppose this <u>ex parte</u> application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on August 25, 2021.

                                                            _____/s/_____
                                                            VICTOR A. RODGERS