Case 2:21-cv-03019-RGK-MAR Document 30 Filed 05/11/21 Page 1 of 1 Page ID #:346

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-03019-RGK-MAR | Date | May 11, 2021 |
|---|---|---|---|
| Title | *Charles Coe v. United States of America et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Scheduling Notice to All Parties; Order Re: Defendants' *Ex Parte* Application [DE 26]

Having read and considered Defendants' *Ex Parte* Application and Plaintiff Chris Coe's Opposition thereto, the Court **CONTINUES** the hearing date on Plaintiff's pending Motion for Return of Property (ECF No. 25) from June 7, 2021, to July 26, 2021 at 9:00 a.m. to afford Defendants sufficient time after their answer deadline to file an opposition to Plaintiff's Motion.

The Court **DENIES** Defendants' *Ex Parte* Application as moot.

**IT IS SO ORDERED**

:

Initials of Preparer