UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. PRIVATE VAULTS, INC.,<br>California Corporate Number C3405297,<br><br>Defendant. | Case No. 2:21-cr-00106-MCS<br><br>**ORDER GRANTING UNITED STATES OF AMERICA'S EX PARTE APPLICATION TO CONTINUE THE HEARING ON MOVANTS' MOTION FOR RETURN OF PROPERTY (ECF No. 66)** |

The Court, having considered the *ex parte* application filed by Plaintiff United States of America to continue the hearing on movants' motion for return of property pursuant to Fed. R. Crim. P. 41(g) (ECF No. 64) from September 20, 2021 at 3:00 p.m. to November 15, 2021 at 3:00 p.m., and good cause appearing therefor, IT IS HEREBY ORDERED that the government's application is granted and movants' motion is hereby continued to November 15, 2021 at 3:00 p.m.

DATED: August 27, 2021

_____
THE HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE