TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Section
    1100/1400/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269/0142/0141
    E-mail: Andrew.Brown@usdoj.gov
        Victor.Rodgers@usdoj.gov
        Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00106-MCS |
| Plaintiff, | **STIPULATION TO CONTINUE THE GOVERNMENT'S TIME TO RESPOND TO THE MOVANTS' MOTION FOR RETURN OF PROPERTY** |
| v. | |
| U.S. PRIVATE VAULTS, INC., California Corporate Number C3405297, | |
| Defendant. | |

    Plaintiff United States of America ("the government") and

the 33 movants set forth in the notice of motion and motion for

return of property (docket no. 64) hereby stipulate and agree

the government's time to respond to the motion shall be

continued from October 22, 2021 to November 5, 2021.

1    The Court's standing order notes the Local Rules of Civil
2    Procedure govern the conduct of criminal proceedings unless
3    otherwise indicated.  See Local Rule of Criminal Procedure 57-1
4    and Standing Order page 17.  Pursuant to the Court's order filed
5    August 27, 2021 granting the government's ex parte application
6    (docket no. 69), the hearing on the movants' motion was
7    continued to November 15, 2021.  In the government's ex parte
8    application, the government noted that its response to the
9    motion, which the government noted must be treated as a civil
10   complaint, was due October 22, 2021.  Docket No. 66 at 3:8-14.
11   Under Local Rule of Civil Procedure 8-3, parties may extend the
12   period of time to respond to a complaint for less than thirty
13   days without a Court order where, as here, they have not sought
14   or obtained a prior extension to respond to the complaint.
15   Accordingly, the parties stipulate and agree the government may
16   / / /
17   / / /
18   / / /
19   / / /
20   / / /
21   / / /
22   / / /
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

have a two week extension, from October 22, 2021 to November 5, 2021, to respond to the movants' motion.

                              Respectfully submitted,

Dated: October 22, 2021       TRACY L. WILKISON
                              Acting United States Attorney
                              SCOTT M. GARRINGER
                              Assistant United States Attorney
                              Chief, Criminal Division


                                        /s/
                              _____
                              ANDREW BROWN
                              VICTOR A. RODGERS
                              MAXWELL COLL
                              Assistant United States Attorneys

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA


Dated: October 22, 2021       LAW OFFICES OF BRIAN SILBER
                              THE LENTZ LAW FIRM, P.C.


                              _____
                                        /s/
                              BRIAN SILBER/JACEK W. LENTZ

                              Attorneys for Movants

3