1  TRACY L. WILKISON
   Acting United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   ANDREW BROWN (Cal. Bar No. 172009)
4  VICTOR A. RODGERS (Cal. Bar No. 101281)
   MAXWELL COLL (Cal. Bar No. 312651)
5  Assistant United States Attorneys
   Major Frauds/Asset Forfeiture/
6  General Crimes Sections
        1100/1400/1200 United States Courthouse
7       312 North Spring Street
        Los Angeles, California 90012
8       Telephone: (213) 894-0102/2569/1785
        Facsimile: (213) 894-6269/0142/0141
9       E-mail: Andrew.Brown@usdoj.gov
                Victor.Rodgers@usdoj.gov
10              Maxwell.Coll@usdoj.gov

11 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> U.S. PRIVATE VAULTS, INC., <br> California Corporate Number C3405297, <br><br> Defendant. | Case No. 2:21-cr-00106-MCS <br><br> **PLAINTIFF UNITED STATES OF AMERICA'S NOTICE OF LODGING OF [PROPOSED] ORDER EXTENDING FROM OCTOBER 22, 2021 TO NOVEMBER 5, 2021 PLAINTIFF UNITED STATES OF AMERICA'S TIME TO RESPOND TO MOVANTS' MOTION FOR RETURN OF PROPERTY** |

Plaintiff United States of America ("the government") hereby lodges a [proposed] order extending from October 22, 2021 to November 5, 2021 plaintiff United States of

America's time to respond to movants motion for return of property, with respect to the stipulation therefor filed October 22, 2021 as docket no. 70.

Dated: October 25, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

_____/S/_____
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA