UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>U.S. PRIVATE VAULTS, INC.,<br>California Corporate Number C3405297,<br><br>　　　　Defendant. | Case No. 2:21-cr-00106-MCS<br><br>**[PROPOSED] ORDER EXTENDING FROM OCTOBER 22, 2021 TO NOVEMBER 5, 2021 PLAINTIFF UNITED STATES OF AMERICA'S TIME TO RESPOND TO MOVANTS' MOTION FOR RETURN OF PROPERTY** |

　　　　Pursuant to the stipulation between plaintiff United States of America and the 33 movants set forth in the notice of motion and motion for return of property (docket no. 64), and good cause appearing therefor, IT IS HEREBY ORDERED that plaintiff United

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

States of America's time to respond to movants' motion for return of property is hereby extended from October 22, 2021 to November 5, 2021.

DATED: _____

THE HONORABLE MARC C. SCARSI
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

     /S/
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA