## DECLARATION OF SA LYNNE ZELLHART

I, SA Lynne Zellhart, declare as follows:

1. I am a Special Agent with the FBI and have been so employed since 2004. I have participated in the investigation of U.S Private Vaults ("USPV") and am familiar with all aspects of the investigation.

2. I have reviewed the list of 34 movants (which begins with Hania Alexander and ends with Gaylord Town) with respect to the movants' motion for return of property. Except for movant Marek Rudak, for whom I understand the government has filed a judicial civil forfeiture action, the FBI has either returned or is in the process of returning (and is using its best efforts to do so) all the other movants' property because the government is not going forward with judicial forfeiture proceedings as to their property.

3. There are only a few (namely four) movant boxes for which the property has not been returned but is in the process of being returned. Those four boxes are as follows. First, three of the four movant boxes have appointments scheduled to pick up their property, and they are for movant Gaylord Town [box 2100], who is apparently out-of-town and requested an appointment at the end of November (even though appointments were available sooner), and movants Mario Cerritos [box 48] and Hania and Lubia Alexander and Ethan Grosz [collectively, for box 5212]), both of whom have scheduled appointments to pick up their property next week. Second, the FBI has contacted the movant for the fourth box, which is for movant Kareem Couch [box 702], and suggested dates for the movant to retrieve the property within the box.

4. In addition, from time-to-time, the return of property will be delayed because of actions of the boxholder. For example, boxholders will cancel their appointment to pick up their property or they or their attorneys will simply not show up at all. This is what happened with movant Iuliia Kolbina (box 2512) whose attorney failed to show up for their October 4, 2021 appointment to pick up their property, resulting in a delay in returning the property, which was returned when the appointment was rescheduled.

13

5. Once the box contents are retrieved, the currency seized from the boxes, which was deposited into a bank account is wired to the boxholder, together with the interest earned thereon, when they provide wire transfer information to the FBI.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California on November 4, 2021.

*[signature]*
SA LYNNE ZELLHART