1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9      FOR THE CENTRAL DISTRICT OF CALIFORNIA

10              WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>U.S. PRIVATE VAULTS, INC.,<br>California Corporate Number C3405297,<br><br>        Defendant. | Case No. 2:21-cr-00106-MCS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF UNITED STATES OF AMERICA'S MOTION TO DISMISS THE MOTION FOR RETURN OF PROPERTY FILED BY MOVANTS [DOCKET NO. 64], WHICH IS TREATED AS A COMPLAINT, FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED** |

        The Court, having considered the motion filed by Plaintiff United States of America To Dismiss The Motion for Return of Property Filed By Movants (Docket No. 64), Which Is Treated As A Complaint, For Lack of Subject Matter Jurisdiction And Failure To State A Claim Upon Which Relief Can Be Granted, IT IS HEREBY

ORDERED that the government's motion to dismiss is granted and Movants' Motion for Return Of Property is dismissed.

DATED: _____ _____        _____
                                  THE HONORABLE MARC C. SCARSI
                                  UNITED STATES DISTRICT JUDGE

PRESENTED BY:

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


_____/S/_____

ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA