LAW OFFICES OF BRIAN SILBER, P.A.
Brian Silber (Admitted Pro Hac Vice)
916 South Andrews Avenue
Fort Lauderdale, FL 33316
Telephone: (954) 462-3636
Email: silberlaw@gmail.com

THE LENTZ LAW FIRM, P.C.
Jacek W. Lentz (State Bar No. 213198)
9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210
Telephone: (213) 250 - 9200
Facsimile: (888) 571 – 5591
Email: jwl@lentzlawfirm.com

Attorneys for
All Movants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>U.S. PRIVATE VAULTS INC.,<br>California Corporate Number C3405297,<br><br>Defendant. | Case No. 21-CR-00106-MCS<br><br>**STIPULATION TO CONTINUE HEARING DATE**<br><br>**Present Hearing Date: Nov. 15, 2021**<br><br>**Proposed Hearing Date: Jan. 24, 2022**<br><br>**Time: 3:00 p.m.**<br><br>**Courtroom: 7C, Hon Mark C. Scarsi** |

All movants set forth in the notice of motion and motion for return of property [Dkt. No. 64], by and through their attorneys Jacek W. Lentz and Brian Silber, and Plaintiff United States of America (the "government"), hereby stipulate and agree to continue the presently scheduled hearing on the motion. [Dkt. No. 73]. The hearing is

**STIPULATION TO CONTINUE HEARING DATE** -1- S408873.1

1  presently set for November 15, 2021 at 3:00 p.m.  The parties agree and stipulate to
2  continue the hearing to January 24, 2022 at 3:00 p.m.
3        The reason for the request for a continuance is that the parties are working to
4  resolve all issues pertaining to the motion for return, which will obviate the need for
5  any Court decision on this matter or to hold a hearing on the requested January 24,
6  2022 new date for the hearing on the motion.
7        Should the Court wish to proceed with the hearing as scheduled, counsel would
8  ask for permission to appear telephonically or via Zoom, given one of the counsels
9  resides in Florida.

12  SO STIPULATED.

14  DATED: November 11, 2021

TRACY L. WILKINSON
Acting United States Attorney
SCOTT M. GARRANGER
Assistant United States Attorney
Chief, Criminal Division

        /s/
By: _____
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Asset Forfeiture/General Crimes Sections
Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED:   November 11, 2021

Respectfully submitted,

LAW OFFICES OF BRIAN SILBER

By: /s/ Brian Silber
Brian Silber
Attorneys for Movants

DATED:   November 11, 2021

Respectfully submitted,

THE LENTZ LAW FIRM, P.C.

By: /s/ Jacek W. Lentz
Jacek W. Lentz
Attorneys for Movants