UNITED STATES DISTRICT COURT

THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br>   v.<br><br>U.S. PRIVATE VAULTS INC.,<br>California Corporate Number C3405297,<br>                    Defendant. | Case No. 21-CR-00106-MCS<br><br>**[PROPOSED] ORDER** |
|---|---|

GOOD CAUSE BEING SHOWN, upon consideration of the Stipulation by the parties, it is hereby ordered the hearing on the movants' motion for return of property is to be continued from November 15, 2021 to January 24, 2022 at 3:00 p.m..

DATED: _____        _____
                                                                           Hon. Mark C. Scarsi
                                                                           U.S. District Court Judge