# UNITED STATES DISTRICT COURT

# THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>U.S. PRIVATE VAULTS INC.,<br>California Corporate Number C3405297,<br><br>　　　　　　　Defendant. | Case No. 21-CR-00106-MCS<br><br>**ORDER ON STIPULATION TO CONTINUE HEARING (ECF No. 74]** |

GOOD CAUSE BEING SHOWN, upon consideration of the Stipulation by the parties, it is hereby ordered the hearing on the movants' motions for return of property (ECF Nos. 64 and 73) are to be continued from November 15, 2021 to January 24, 2022 at 3:00 p.m.

DATED: November 15, 2021

_____
Hon. Mark C. Scarsi
U.S. District Court Judge

[PROPOSED] ORDER　　　　　　　　-1-