Jacek W. Lentz (Cal. State Bar No. 213198)
THE LENTZ LAW FIRM, P.C.
9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210
Telephone: (213) 250 - 9200
Facsimile: (888) 571 – 5591
Email: jwl@lentzlawfirm.com

LAW OFFICES OF BRIAN SILBER, P.A.
Brian Y. Silber (Pro Hac Vice)
916 South Andrews Avenue
Fort Lauderdale, FL 33316
Telephone: (954) 462-3636
Email: silberlaw@gmail.com

Attorneys For All Movants Listed in
Exhibit "A"

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br><br>U.S. PRIVATE VAULTS, INC., California Corporate Number C3405297,<br><br>      Defendant. | Case No. 2:21-cr-00106-MCS<br><br>**JOINT REPORT (Docket No. 76)** |

   Pursuant to the Court's January 12, 2022 order (docket no. 76), counsel for plaintiff United States of America ("the government") and Movants listed above, provide the court with a response as follows:

The undersigned attorneys for Movants, represent to the Court and the Parties as follows:

As of January 19, 2022, all Movants have had their property returned except for the following:

**Michelle Buller/Michael Mateyko (Box 8302):**

Keys were authenticated and jewelry was returned, but $71,940 is still outstanding. Paperwork to initiate a funds transfer from the government has been submitted to DOJ and is being processed.

**Kareem Couch (Box 702):**

Keys were authenticated but we are still awaiting the paperwork to initiate a funds transfer from the government. $73,890 is still outstanding.

**Avi Kraiem (Box 8005):**

Keys were authenticated and paperwork to initiate funds transfer was submitted to DOJ. The paperwork is being processed and $143,900 is still outstanding.

**Drake Fujimoto (Box 130):**

Keys were authenticated and funds transfer paperwork has been submitted to DOJ. The paperwork is being processed and $53,840 is still outstanding.

**Metu Mannan (Box 2004):**

Keys were authenticated, all jewelry and currency have been returned. However, 10 one-ounce gold bars are unaccounted for and were never returned. Mannan does <u>not</u> intend to pursue relief for the missing gold bars in the context of the pending motion for return of property before this Court.

**Marek Rudak (Box 5409):**

The government filed a forfeiture action against Rudak's $340,000. Rudak retained other counsel and is seeking relief in the forfeiture action. Rudak does <u>not</u> intend to continue to litigate the pending motion.

**Kathryn Sauser (Box 2206):**

Keys were authenticated but $50,000 still remains outstanding. A funds transfer form has been submitted to DOJ and it is being processed.

**Kimberly Tuttle (Box 4901):**

Keys were authenticated and all property has been returned except for her share of approximately $1,000.

1. With the exception of Rudak and Mannan, who will seek relief in other proceedings, the undersigned expect all outstanding property to be returned in the coming weeks. Accordingly, Movants intend to file a motion to voluntarily dismiss their motion for return of property in the next day or two.

DATED:  January 19, 2022

TRACY L. WILKINSON
United States Attorney
SCOTT M. GARRANGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section


By: _____/s/_____

VICTOR A. RODGERS
Assistant United States Attorney
Asset Forfeiture Section
Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED:  January 19, 2022

THE LENTZ LAW FIRM, P.C.


By: _____/s/_____

JACEK W. LENTZ
Attorneys For Movants Listed in Exibit "A

DATED:  January 19, 2022

LAW OFFICES OF BRIAN SILBER, P.A.

1

2   By: _____/s/_____

3   BRIAN SILBER
    Attorneys For Movants Listed in Exibit "A

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28