Jacek W. Lentz (Cal. State Bar No. 213198)
THE LENTZ LAW FIRM, P.C.
9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210
Telephone: (213) 250 - 9200
Facsimile: (888) 571 – 5591
Email: jwl@lentzlawfirm.com

LAW OFFICES OF BRIAN SILBER, P.A.
Brian Y. Silber (Pro Hac Vice)
916 South Andrews Avenue
Fort Lauderdale, FL 33316
Telephone: (954) 462-3636
Email: silberlaw@gmail.com

Attorneys For All Movants Listed in
Exhibit "A"

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>U.S. PRIVATE VAULTS, INC.,<br>California Corporate Number C3405297,<br><br>　　　　　　　Defendant. | Case No. 2:21-cr-00106-MCS<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR RETURN OF PROPERTY BY ALL MOVANTS LISTED IN EXHIBIT "A"; [PROPOSED] ORDER** |

On or about August 19, 2021, various movants filed joint Motion for Return of Properties [Dkt. No. 64] related to properties seized by the government on or about March 22, 2021, from a facility known as the U.S. Private Vaults. On or about January 19, 2021, the movants filed a status report advising the Court and the government on the status of the return of various properties. [Dkt. No. 78].

The movants herein are referred to as Movants Listed in Exhibit "A." Exhibit "A" was incorporated as part of the original August 19, 2021, Motion To Return

1  Property [Dkt. No. 64]. The movants in this motion as the same as the movants in the
2  Dkt 64 Motion and include:

| | | |
|---|---|---|
| Alexander, Hania | - | Box No. 5212 |
| | | [jointly with Luba Alexander and Ethan Grosz] |
| Alexander, Luba | - | Box No. 5212 |
| | | [jointly with Hania Alexander and Ethan Grosz] |
| Arom, Marion | - | Box No. 4107 |
| Boyd, Terra | - | Box No. 7627 |
| Briquet, Fiona | - | Box No. 1302 |
| Casimir, Malia | - | Box No. 6 |
| Cerritos, Mario | - | Box No. 48 |
| Chavez, Salome | - | Box No. 2001 |
| Cohen, Ziv | - | Box No. 4901 |
| | | [jointly with Kimberly Duttle] |
| Cohen, David | - | Box No. 321 |
| Couch, Kareem | - | Box No. 702 |
| Dadon, Ariel | - | Box No. 3602 |
| Duttle, Kimberly | - | Box No. 4901 |
| | | [jointly with Ziv Cohen] |
| Fiore, Robert | - | Box No. 7720 |
| Fujimoto, Drake | - | Box No. 130 |
| Grigoryan, Tigran | - | Box No. 901 |
| | | [jointly with Anahit Petrosyan] |
| Goldgeier, Amit | - | Box No. 809 |
| Grosz, Ethan | - | Box No. 5212 |
| | | [jointly with Hania and Luba Alexander] |

| | | | |
|---|---|---|---|
| 1 | Jernigan, Cameron | - | Box No. 7619 |
| 2 | Kolbina, Iuliia | - | Box No. 2512 |
| 3 | Kraiem, Avi | - | Box No. 8005 |
| 4 | Lams, Jordan | - | Box Nos. 7802, 7913 |
| 5 | Mannan, Metu | - | Box No. 2004 |
| 6 | Marroquin, Emerald | - | Box. No. 3600 |
| 7 | Menaker, Stanley | - | Box No. 331 |
| 8 | Mokhtar, Ahmed | - | Box No. 8211 |
| 9 | Murillo-Mendez, M. | - | Box No. 3201 |
| 10 | Petrosyan, Anahit | - | Box No. 901 [jointly with Tigran Grigoryan] |
| 11 | Rudak, Marek | - | Box No. 5409 |
| 12 | Saddique, Hassib | - | Box No. 1803 |
| 13 | Sauser, Kathryn | - | Box No. 2206 |
| 14 | Sassone, Charles | - | Box. No. 7920 |
| 15 | Town, Gaylord | - | Box No. 2100 |

As described by Movants in the Status Report, [Dkt. No. 78], as of January 19, 2022, all Movants have had their property returned except for the following:

**1. Michelle Buller/Michael Mateyko (Box 8302):**

Keys were authenticated and jewelry was returned, but $71,940 is still outstanding. Paperwork to initiate a funds transfer from the government has been submitted to DOJ and is being processed.

**2. Kareem Couch (Box 702):**

Keys were authenticated and paperwork to initiate funds transfer was submitted to DOJ. $73,890 is still outstanding.

**3. Avi Kraiem (Box 8005):**

Keys were authenticated and paperwork to initiate funds transfer was submitted to DOJ. The paperwork is being processed and $143,900 is still outstanding.

**4. Drake Fujimoto (Box 130):**

Keys were authenticated and funds transfer paperwork has been submitted to DOJ. The paperwork is being processed and $53,840 is still outstanding.

**5. Metu Mannan (Box 2004):**

Keys were authenticated, all jewelry and currency have been returned. However, 10 one-ounce gold bars are unaccounted for and were never returned. Mannan does not intend to pursue relief for the missing gold bars in the context of the pending motion for return of property before this Court.

**6. Marek Rudak (Box 5409):**

The government filed a forfeiture action against Rudak's $340,000. Rudak retained other counsel and is seeking relief in the forfeiture action. Rudak does not intend to continue to litigate the pending motion.

**7. Kathryn Sauser (Box 2206):**

Keys were authenticated but $50,000 still remains outstanding. A funds transfer form has been submitted to DOJ and it is being processed.

**9. Kimberly Tuttle (Box 4901):**

Keys were authenticated and all property has been returned except for her share of approximately $1,000.

In accordance with representations made by the Movants in the Status Report Dkt. No. 78, the Movants and their undersigned attorneys respectfully withdraw their pending Motion For Return of Property [Dkt. No. 64] and request the Court to cancel the hearing currently scheduled for Jan. 24, 2021, forthwith.

DATED: January 21, 2022

THE LENTZ LAW FIRM, P.C.

By: /s/
_____
JACEK W. LENTZ
Attorneys For Movants Listed in Exhibit "A

DATED: January 21, 2022

LAW OFFICES OF BRIAN SILBER, P.A.

By: /s/
_____
BRIAN SILBER
Attorneys For Movants Listed in Exhibit "A