UNITED STATES DISTRICT COURT

THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br><br>U.S. PRIVATE VAULTS INC.,<br>California Corporate Number C3405297,<br><br>    Defendant. | Case No. 21-CR-00106-MCS<br><br>**[PROPOSED] ORDER** |

  GOOD CAUSE BEING SHOWN, the Movants' Motion to Withdraw Motion for Return of Property is hereby granted and the January 24, 2022, hearing on the matter has been cancelled.

DATED: _____      _____
                      Hon. Mark C. Scarsi
                      U.S. District Court Judge