# UNITED STATES DISTRICT COURT

# THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-CR-00106-MCS |
|---|---|
| Plaintiff, | **ORDER ON NOTICE OF WITHDRAWAL OF MOTION(S) FOR RETURN OF PROPERTY (ECF No. 79)** |
| v. | |
| U.S. PRIVATE VAULTS INC., California Corporate Number C3405297, | |
| Defendant. | |

GOOD CAUSE BEING SHOWN, the Movants' Motion to Withdraw Motion for Return of Property (ECF No. 64) is hereby granted and the January 24, 2022, hearing on the matter has been cancelled.

DATED: January 24, 2022

_____
Hon. Mark C. Scarsi
U.S. District Court Judge