TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0102
     Facsimile: (213) 894-6269
     E-mail:    andrew.brown@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-cr-00106-MCS |
|---|---|
| Plaintiff, | GOVERNMENT'S FILING OF ATTACHMENT (U.S. PRIVATE VAULTS CORPORATE RESOLUTION) TO THE PLEA AGREEMENT |
| v. | |
| U.S. PRIVATE VAULTS, INC., California Corporate Number C3405297, | |
| Defendant. | |

The government hereby files its attachment to the plea agreement, filed on March 2, 2022 (document number 85) in the above referenced case.

//

//

//

```
Dated: March 7, 2022          Respectfully submitted,

                              TRACY L. WILKISON
                              United States Attorney

                              SCOTT M. GARRINGER
                              Assistant United States Attorney
                              Chief, Criminal Division


                                /s/ Andrew Brown
                              ANDREW BROWN
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA
```



## Corporate Resolution by Board of Directors

## U.S. Private Vaults, Inc., a Nevada Corporation

November 4, 2021

Pursuant to waiver of notice and call, a special meeting of the Board of Directors and shareholders was held this Day of November 4, 2021.

Present by telephone was Mark Paul who acted as Chairman and Michael Poliak who acted as Secretary and recorded these minutes. The Chairman noted this special meeting was needed to address a number of issues to conclude the Company's business. The Board then unanimously passed the following resolutions:

**It is hereby agreed by the U.S. Private Vaults, Inc., ("The Company") Board of Directors, comprising of Michael Poliak Secretary, and Mark Paul, C.E.O., and C.F.O.**

RESOLVED: The Company agreed effective 3/22/2021 that the Company shall cease operations, and close the location, while wrapping up all other on-going business as soon as possible.

RESOLVED: The Company Agrees to terminate all employee, and all vendor services.

RESOLVED: The Company has read the attached "Plea Agreement" No. 2:21-cr-00106-MCS, agrees to accept the terms, and to execute the "Plea Agreement" with the United State Government.

The Company has authorized Michael Singer, as corporate counsel for USPV, to execute and enter the Plea, in United States District Court, and to execute and comply with other required documentation as may be requested in the future by the government, in conjunction with this plea agreement.

RESOLVED:

C.E.O:

_[signature]_
_____
Mark Paul

Secretary:

_[signature]_
_____
Michael Poliak