# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| USA | 2:21−cr−00106−MCS |
| Plaintiff(s), | |
| v. | |
| U.S. PRIVATE VAULTS, INC., CALIFORNIA CORPORATE NUMBER C3405297 | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| Defendant(s). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 3/14/2022 | 93 | Application of Non−Resident Attorney to Appear in a Specific Case Pro Hac Vice |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

The document is accepted as filed.

Clerk, U.S. District Court

Dated: March 15, 2022

By: /s/ *Stephen Montes*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G−112B (01/07)   **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**