Name and address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff(s)<br>v.<br>U.S. PRIVATE VAULTS, INC., California Corporate Number C3405297<br><br>Defendant(s). | CASE NUMBER<br>2:21-cr-00106-MCS-1<br><br>~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

**Singer, Michael H.** of Law Office of Michael H. Singer, 8475 South Eastern Avenue, Las Vegas, Nevada 89123

*Applicant's Name (Last Name, First Name & Middle Initial)*

(702) 454-2111
*Telephone Number*     *Fax Number*

msinger@mhsingerlaw.com
*E-Mail Address*

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

U.S. PRIVATE VAULTS, INC., California Corporate Number C3405297

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

**Werksman, Mark J.** of Werksman Jackson and Quinn LLP, 888 West Sixth Street Suite 400, Los Angeles, California 90017

*Designee's Name (Last Name, First Name & Middle Initial)*

120767          (213) 688-1942
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

mwerksman@werksmanjackson.com
*E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated   March 15, 2022                            */s/ Mark C. Scarsi*
                                                  Mark C. Scarsi
                                                  U.S. District Judge/U.S. Magistrate Judge