FILED

Michael H. Singer, Esq. SBV NV1589
8475 S. Eastern Avenue
Las Vegas, NV 89123
(702) 339-9798

2022 MAR 14 PM 4:23

Attorneys for Defendant
U.S. Private Vaults, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. PRIVATE VAULTS, INC.,<br><br>Defendant. | Case No.: 21-CR-00106-MCS<br><br>REQUEST TO APPEAR TELEPHONICALLY; [PROPOSED] ORDER<br><br>DATE: MARCH 16, 2022<br>TIME: 10:00 A.M.<br><br>HONORABLE MARK C. SCARSI |

Michael H. Singer, counsel for Defendant U.S. Private Vaults, Inc. hereby requests to appear telephonically for the Plea Hearing scheduled in this case March 16, 2022 at 10:00 a.m. as a special appearance pro hac vice for the purpose of filing a plea on behalf of the corporation U.S. Private Vaults, Inc. Counsel resides in Nevada and wishes to avoid traveling to Los Angeles due to the lingering risks associated with the covid pandemic. Counsel can be reached for this hearing at (702) 339-9798. Counsel is advised that Asst. U.S. Attorney Andrew Brown does not oppose this request.

Dated: March 11, 2022

Respectfully submitted,

By: *Michael H. Singer*
Michael H. Singer
Attorney for Defendant
U.S. Private Vaults, Inc.

1