LODGED

2022 MAR 14  PM 4:22

Michael H. Singer, Esq. SBV NV1589
8475 S. Eastern Avenue
Las Vegas, NV 89123

**Attorneys for Defendant**
U.S. Private Vaults, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> U.S. PRIVATE VAULTS, INC., <br><br> Defendant | Case No.: 21-CR-00106-MCS <br><br> [PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Counsel for Defendant, Michael H. Singer, shall be allowed to appear telephonically via (702) 399-9798 for the Plea Hearing scheduled in this case on March 16, 2022 at 10:00 a.m.

IT IS HEREBY ORDERED:

Dated: March ___, 2022

By: _____
Honorable Mark C. Scarsi
United States District Judge

1