LODGED

Michael H. Singer, Esq. SBV NV1589
8475 S. Eastern Avenue
Las Vegas, NV 89123

Attorneys for Defendant
U.S. Private Vaults, Inc.

2022 MAR 14 PM 4:22

FILED
CLERK, U.S. DISTRICT COURT
3/15/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.

U.S. PRIVATE VAULTS, INC.,

    Defendant

Case No.: 21-CR-00106-MCS

[~~PROPOSED~~] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Counsel for Defendant, Michael H. Singer, shall be allowed to appear telephonically via (702) 399-9798 for the Plea Hearing scheduled in this case on March 16, 2022 at 10:00 a.m.

IT IS HEREBY ORDERED:

Dated: March 15, 2022

By: *Mark C. Scarsi*
Honorable Mark C. Scarsi
United States District Judge