UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:21-cr-00106-MCS-1 | Date | March 16, 2022 |
|---|---|---|---|

| Present: The Honorable | MARK C. SCARSI, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Stephen Montes Kerr | Marea Woolrich | Andrew Brown |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| U.S. PRIVATE VAULTS, INC., California Corporate Number C3405297 | X | | | Michael H. Singer | X | | X |

**Proceedings:** CHANGE OF PLEA

Cause called; appearances made. Mr. Singer appears by telephone. Recording or re-broadcasting of the proceedings is strictly prohibited.

Pursuant to the U.S. Private Vaults Corporate Resolution by Board of Directors (ECF No. 86) authoring Mr. Singer to plead on behalf of the corporate defendant, Mr. Singer moves to change defendant's plea to an Indictment. The Plea Agreement is incorporated onto the record of the proceeding.

Defendant enters a new and different plea of GUILTY to Count 1.

The Court advises the defendant of its Constitutional rights and questions the defendant regarding the plea of GUILTY. The Court finds there is an independent factual basis for the plea and further finds the plea is made freely, intelligently and voluntarily, and with a full understanding of the nature of the charges, the consequences of the plea and of defendant's Constitutional rights. The Court accepts the plea and orders that the plea be entered.

The Court refers the defendant to the Probation Office for investigation and a complete report and the matter is continued to **June 13, 2022 at 3:00 p.m.** for sentencing.

The Court vacates the status conference and jury trial date for this defendant.

|  | : | 11 |
|---|---|---|
| Initials of Deputy Clerk | | SMO |

cc: USPO