**DECLARATION OF VICTOR A. RODGERS**

I, Victor A. Rodgers, declare and state as follows:

1. I am an Assistant United States Attorney in the Office of the United States Attorney for the Central District of California in Los Angeles, California and am responsible for the representation of Plaintiff United States of America with respect to the asset forfeiture issues in this case. I have personal and first-hand knowledge of the facts set forth in this Declaration and, if called to testify, I could and would testify competently thereto.

2. On May 3, 2022, the United States Attorney's Office e-mailed substantially final drafts of the instant ex parte application pursuant to Fed. R. Crim. P. 32.2 for a preliminary order of forfeiture and the [proposed] preliminary order of forfeiture to Michael H. Singer, Esq., counsel for defendant U.S. Private Vaults, Inc., California Corporate Number C3405297, and requested that counsel advise whether counsel had any objections to this ex parte application. By a May 5, 2022 email, Mr. Singer advised that defendant did not oppose this ex parte application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 9, 2022 at Los Angeles, California.

/s/ Victor A. Rodgers
Victor A. Rodgers