# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NUMBER: |
| USA | |
| Plaintiff(s), | 2:21−cr−00106−MCS |
| v. | |
| U.S. PRIVATE VAULTS, INC., CALIFORNIA CORPORATE NUMBER C3405297 | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| Defendant(s). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

   5/13/2022           106         Miscellaneous Document by USA

 Date Filed         Doc. No.   Title of Doc.

**IT IS HEREBY ORDERED:**

The document is accepted as filed.

Clerk, U.S. District Court

Dated: May 16, 2022          By:  /s/ *Stephen Montes*
                                  Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*