TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture Sections
1100/1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0102/2569/1785
     Facsimile: (213) 894-6269/0142
     E-mail: Andrew.Brown@usdoj.gov
             Victor.Rodgers@usdoj.gov
             Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00106-MCS |
| Plaintiff, | PLAINTIFF UNITED STATES OF AMERICA'S STATEMENT REGARDING THE NEED FOR THE COURT TO PRONOUNCE FORFEITURE AT DEFENDANT'S SENTENCING HEARING AND INCLUDE THE FORFEITURE IN DEFENDANT'S JUDGMENT AND COMMITMENT ORDER |
| v. | |
| U.S. PRIVATE VAULTS, INC., California Corporate Number C3405297, | |
| Defendant. | Sentencing Date: June 13, 2022<br>Time: 3:00 p.m. |

On May 11, 2022, the Court signed and filed a Preliminary Order of Forfeiture against Defendant U.S. Private Vaults, Inc., California Corporate Number C3405297 ("Defendant"). Docket No. 105. Pursuant to the Preliminary Order of Forfeiture, the Court forfeited to the United States of America Defendant's interests

in the assets set forth in the Preliminary Order of Forfeiture. Id. at 1:25-2:11.

Fed. R. Crim. P. 32.2(b)(4)(A) provides that "the preliminary forfeiture order becomes final as to the defendant" at sentencing and Fed. R. Crim. P. 32.2(b)(4)(B) provides that "[t]he court must include the forfeiture when orally announcing the sentence or must otherwise ensure that the defendant knows of the forfeiture at sentencing" and "[t]he court must also include the forfeiture order, directly or by reference, in the judgment, but the court's failure to do so may be corrected at any time under Rule 36."

Sentencing is presently scheduled for June 13, 2022 at 3:00 p.m. The government recommends that the following language be used for the Court's oral pronouncement of the forfeiture to Defendant at sentencing:

> The Court has found that the property identified in the preliminary order of forfeiture is subject to forfeiture for the violations for which defendant has pled guilty.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

In addition, the government recommends that the following language be included in Defendant's judgment and commitment order:

> The Court has found that the property identified in the preliminary order of forfeiture is subject to forfeiture for the violations for which defendant has pled guilty. The preliminary order of forfeiture is incorporated by reference into this judgment and is final as to defendant.

Dated: June 2, 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA