UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT

( _____ Amended _____ )

Case No.  2:21-cr-00106-MCS-1                                                                         Date: June 13, 2022

Present: The Honorable: Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Katie Thibodeaux | Andrew Brown |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| U.S. PRIVATE VAULTS, INC., California Corporate Number C3405297 | ☐ | ☐ | Michael H. Singer and David J. Werksman | X | ☐ | ☐ | N/A |

PROCEEDINGS:      SENTENCING AND JUDGMENT          ☐ Contested   [X] Non-Evidentiary
Day \_\_ (if continued from a prior hearing date)

☐ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   __X__ Refer to separate Judgment Order.
☐ Imprisonment for \_\_\_years/months on each of count(s) _____
    Count(s)_____concurrent/consecutive to count(s)_____
☐ Fine of $ _____ is imposed on each of count(s) concurrent/consecutive.
☐ Execution/Imposition of sentence as to imprisonment only suspended on count(s)_____
☐ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____
☐ \_\_\_ years/months Supervised Release/Probation imposed on count(s)_____
☐ consecutive/concurrent to count(s) _____
under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
   ☐ Perform _____ hours of community service. ☐ Pay $ _____ fine amounts & times determined by P/O.
   ☐ Serve _____ in a CCC/CTC. ☐ Make $ _____ restitution in amounts & times determined by PO.
   ☐ Participate in a program for treatment of narcotic/alcohol addiction.
   ☐ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision.
      Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
   ☐ Other conditions: _____
☐ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
☐ Pay $ _____ per count, special assessment to the United States for a total of $ _____
☐ Imprisonment for \_\_\_\_\_ months/years and for a study pursuant to 18 USC _____
with results to be furnished to the Court within \_\_\_\_ days/months whereupon the sentences shall be subject to modification.
This matter is set for further hearing on _____
☐ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
☐ Defendant informed of right to appeal.
☐ ORDER sentencing transcript for Sentencing Commission. ☐ Processed statement of reasons
☐ Bond Exonerated  ☐ upon surrender  ☐ upon service of _____
☐ Execution of sentence is stayed until 12 noon, _____
at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
☐ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
☐ Issued Remand/Release # _____
☐ Present bond to continue as bond on appeal. ☐ Appeal bond set at $ _____
☐ Filed and distributed judgment. ENTERED.
[X] Other Also present is Sara Caplan, counsel for an interested party

                                                                                                         : 13

cc:                                                                       Initials of Deputy Clerk   SMO